UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHANIEL DANIELS,**          ) | |
| )                                  | |
| **PLAINTIFF**          ) | |
| )                                  | |
| v.                              ) | Civ. Act. No.  05-2455 (GK) |
| )                                  | |
| **BRUCE JAMES, PUBLIC PRINTER** ) | |
| **U.S. Government Printing Office,** ) | |
| )                                  | |
| **DEFENDANT**          ) | |

\* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Federal Defendant, Bruce James, as Public Printer of the U.S. Government Printing Office, in his official capacity, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to answer, move, or otherwise plead to plaintiff's complaint, until, June 29, 2006.  The answer would otherwise be due on Tuesday, May 30, 2006.  This is Defendant's first request for an extension.  Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) and has consented to this motion.  Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964 for gender discrimination, retaliation and hostile work environment as well as pursuant to the Age Discrimination in Employment Act of 1967 (ADEA).

Additional time is required to investigate the allegations contained in the complaint, to review Plaintiff's administrative claim file and to confer with agency counsel.

This motion is not for purposes of delay but for good cause shown.

    Respectfully submitted,

    /s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

    /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    /s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334