UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHANIEL DANIELS,**        ) | |
| )  | |
| **PLAINTIFF**           ) | |
| ) | |
| v.                                    ) | Civ. Act. No.  05-2455 (GK) |
| ) | |
| **BRUCE JAMES, PUBLIC PRINTER**           ) | |
| **U.S. Government Printing Office,**         ) | |
| ) | |
| **DEFENDANT**           ) | |

\* \* \* \* \* \* \* \* \* \*

CONSENT MOTION TO
MODIFY THE AUGUST 14, 2006 SCHEDULING ORDER
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

In accordance with Federal Rule of Civil Procedure 6(b)(1) and this Court's August 14, 2006 Scheduling Order, defendant, by and through undersigned counsel, respectfully requests that it modifies its Scheduling Order by extending the time for which discovery closes by thirty days, from November 15, 2006 until December 15, 2006, all other dates to remain the same as follows:

| | Dates |
|---|---|
| All Discovery closed | **12/15/05** |
| Deadline for dispositive motions | **02/15/07** |
| Mediation | **11/15/06 - 01/15/07** |

Counsel for the defendant has conferred with counsel for the plaintiff, who consents to this request that the scheduling order be modified for the following reasons:

Counsel for the defendant needs additional time to complete written discovery and to depose the relevant witnesses.

Wherefore, it is respectfully requested that the Court modify the August 14, 2006 Scheduling Order by extending the time by which all discovery shall end until December 15, 2006.

Dated: November ___, 2006                    Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334