UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATHANIEL DANIELS,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 05-2455 (GK) |
| | ) | |
| **BRUCE JAMES, PUBLIC PRINTER** | ) | |
| U.S. Government Printing Office, | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ITS' MOTION FOR SUMMARY JUDGMENT**
\* \* \* \* \* \* \* \* \* \*

Defendant, Bruce James, Public Printer of the United States Government Printing Office, (GPO) by and through his undersigned attorneys, hereby respectfully requests an enlargement of time, to and including Thursday, March 29, 2007, within which to file its motion for summary judgment (motion).

Defendant's motion is presently due on February 15, 2007. This is defendant's first request for an enlargement of time for this purpose. Grant of this motion will not require the rescheduling of any other due dates in this action. Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) but has not returned the call prior to the filing of this motion. Discovery closed on December 15, 2006.

There is good cause for this motion. Counsel was out of the office on both February 13 and 14 due to illness and inclement weather. Moreover, Defendant's preparation of its motion has been hampered by other responsibilities which have occupied counsel for the Government. These responsibilities include: preparation of appellate brief for filing on February 5, 2007, in

DeRose v. Powell, Ct. Of Appeals Case No. 06-5111; preparation of Motion for Summary Judgment in Bester v. F.B.I., Civ. Act. No. 06-1745 (RMU), filed on February 6, 2007; preparation of Motion for Leave to file Cross-Motion to Quash in, In Re Apollo Group, Inc, Civ. Act. No. 06-MC-0558 (CKK), filed on February 6, 2007; mediation in Ball v. U.S.A., Civ. Act. No. 06-0059 (RMU), on February 6, 2007; defending expert witness deposition on February 7, 2007, in Legnini v. U.S.A., Civ. Act. No. 06-0012 (RJL); preparing and filing appellee's brief in Kaufman v. Gonzalez, Ct. of Appeals Case No. 05-1631 on February 8, 2007; taking expert witness deposition in Legnini on February 9, 2007; preparing witness for deposition in Kalil v. Veneman, Civ. Act. No. 01-2194 (RJL) on February 12, 2007; Motion for Summary Judgment due on February 16, 2007, in Simmons v. Cox, Civ. Act. No. 05-1828 (RCL); preparing answers to interrogatories and requests for the production of documents in Brown v. U.S.A., Civ. Act. No. 05-2309 (EGS), due on February 16, 2007; preparing appellee's brief due on February 20, 2007 in Nurridin v. NASA, Ct. of Appeals Case No. 05-5386; preparing for depositions in Brown, scheduled on February 22, 2007; preparing for the plaintiff's deposition in Kalil, scheduled for February 23, 2007; preparation of deferred appendix in DeRose for filing on February 27, 2007; completing expert discovery in Brown, by March 15, 2007. Counsel is on scheduled annual leave, the week of March 19, 2007.

    Good cause exists for this motion. An extension of time is requested up until March 29, 2007.

    See attached order.

                                                    Respectfully submitted,

                                                    /s/
                                         _____
                                         JEFFREY A. TAYLOR, D.C. BAR # 498610

United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334