UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHANIEL DANIELS,**                )                   | |
|                                       )                   | |
| **PLAINTIFF**                         )                   | |
|                                       )                   | |
| v.                                    )                   | Civ. Act. No.  05-2455 (GK) |
|                                       )                   | |
| **BRUCE JAMES, PUBLIC PRINTER**       )                   | |
| **U.S. Government Printing Office,**  )                   | |
|                                       )                   | |
| **DEFENDANT**                         )                   | |

**PROPOSED ORDER**

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time To file its' Motion for Summary Judgment up to March 29, 2007, and the entire record herein, it is this ____ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED, and it is

_____
**UNITED STATES DISTRICT JUDGE**