UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL DANIELS, )  )  PLAINTIFF ) ) v. ) BRUCE JAMES, PUBLIC PRINTER ) U.S. Government Printing Office, ) ) DEFENDANT ) | Civ. Act. No. 05-2455 (GK) |

\* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE AMENDED ANSWER

Pursuant to Fed. R. Civ. P. 6(b), Defendant, the United States Government Printing Office (GPO), a federal government agency, by and through undersigned counsel, moves this Court for leave to file its amended answer. Counsel for Defendant has contacted counsel for Plaintiff and has obtained his consent as to the relief requested.

On June 29, 2006 Defendant filed his answer to the complaint. Defendant seeks to amend the answer. The underlying claim is filed under the Age Discrimination in Employment Act of 1967. Title 29 U.S.C. §§ 621-634, as amended.

The Court should allow liberal amendment of the pleadings unless the Foman v. Davis[1] factors are present or there is prejudice on the non-moving party. Plaintiff would not be prejudiced by the amendment of Defendant's answer. See Jackson v. District of Columbia, 254 F. 3d 262, 268 (D.C. Cir. 2001).

In Foman, the court held that the grant of leave for amendment of pleadings to a party

---

[1] Foman v. Davis, 371 U.S. 178 (1962)

seeking it should be freely given absent any apparent or declared reason - such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, or undue prejudice to the opposing party by virtue of allowance of the amendment. Foman, 371 U.S. at 182.

In this case, there has not been undue delay, bad faith or dilatory motive in the filing of this motion. Nor would its grant be unduly prejudicial to the plaintiff. Defendant seeks to provide amend the previously filed answer in response to the Plaintiff's complaint.

Accordingly, Defendant therefore requests leave to file an amended answer attached hereto.

Respectfully submitted,

/s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS BAR # 434122
Assistant United States Attorney

/s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.,
Washington, D.C. 20530
(202) 305-1334