UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL DANIELS, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civ. Act. No.  05-2455 (GK) |
| ) | |
| BRUCE JAMES, PUBLIC PRINTER ) | |
| U.S. Government Printing Office, ) | |
| ) | |
| DEFENDANT ) | |

\* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

The Defendant, Bruce James, Public Printer - U.S. Government Printing Office, by and through undersigned counsel hereby amends its answer to Plaintiff's Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff has failed to state a claim upon which relief can be granted

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is not entitled to a jury trial on his ADEA claim.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust his administrative remedies with respect to gender and/or sex discrimination.

### FOURTH AFFIRMATIVE DEFENSE

In response to the individual numbered paragraphs of the Complaint, Defendant admits, denies or otherwise avers as follows:

1. Paragraph 1 consists of Plaintiff's characterization of jurisdiction, to which no response is required.  To the extent a response is deemed required, Defendant admits only that Plaintiff, has

filed a complaint against Bruce R. James, in his official capacity as Public Printer for the U.S. Printing Office and denies the remaining allegations.

2. Paragraph 2 consists of Plaintiff's characterization of venue, to which no response is required. To the extent a response is deemed required, Defendant admits the allegations.

3. Defendant admits that this is a civil action and denies the remaining allegations contained in Paragraph 3 of the Plaintiff's Complaint.

4. Defendant denies the allegations contained in Paragraph 4 of the Plaintiff's Complaint.

5. Defendant admits the allegations contained in Paragraphs 5 through 6 of the Plaintiff's Complaint.

6. The allegations stated in paragraph 7 of the Plaintiff's Complaint are legal conclusions to which an answer is not required, to the extent that an answer is required, deny.

7. Defendant admits only that Plaintiff is male, denies that he has a cognizable claim under Title VII for sex discrimination due to failure to exhaust administrative remedies and denies the balance of the allegations contained in paragraph 8 of the Plaintiff's Complaint.

8. Defendant admits the allegations contained in paragraph 9 of the Plaintiff's Complaint.

9. Defendant admits the first sentence in paragraph 10 of the Plaintiff's Complaint and denies the second sentence.

10. Defendant admits the allegations contained in paragraphs 11 through 13 of the Plaintiff's Complaint.

11. Defendant denies the allegations contained in paragraph 14 of the Plaintiff's Complaint.

12. Defendant denies the first sentence contained in paragraph 15 of the Plaintiff's Complaint and admits the second sentence.

13. Defendant admits the allegations contained in Paragraphs 16 through 17 of the Plaintiff's Complaint.

14. Defendant denies the allegations contained in Paragraphs 18 through 25 of the Plaintiff's Complaint.

15. Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in Paragraph 26 of the Plaintiff's Complaint.

16. Defendant denies the allegations contained in Paragraph 27 of the Plaintiff's Complaint.

17. Defendant admits only that Plaintiff did not report for overtime on February 1, 2003 and denies the remaining allegations contained in Paragraph 28 of the Plaintiff's Complaint.

18. Defendant denies the allegations contained in Paragraphs 29 and 30 of the Plaintiff's Complaint.

19. Defendant restates and incorporates his answers to the allegations of the Plaintiff's Complaint, paragraphs 1 through 30, as if fully set forth herein in response to Paragraph 31.

20. Defendant denies the allegations contained in Paragraph 32 of Plaintiff's Complaint.

21. Defendant restates and incorporates his answers to the allegations of the Plaintiff's Complaint, paragraphs 1 through 30, as if fully set forth herein in response to Paragraph 33.

22. Defendant denies the allegations contained in Paragraph 34 of Plaintiff's Complaint.

23. Defendant restates and incorporates his answers to the allegations of the Plaintiff's Complaint, paragraphs 1 through 30, as if fully set forth herein in response to Paragraph 35.

24. Defendant denies the allegations contained in Paragraph 36 of Plaintiff's Complaint.

25. Defendant restates and incorporates his answers to the allegations of the Plaintiff's Complaint, paragraphs 1 through 30, as if fully set forth herein in response to Paragraph 37.

26. Defendant denies the allegations contained in Paragraphs 38 and 39 of Plaintiff's Complaint.

The remaining statements consist of Plaintiff's prayer for relief to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

Defendant denies each and every allegation in Plaintiff's Complaint that is not expressly admitted in this Answer.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334