UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATHANIEL DANIELS, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civ. Act. No.  05-2455 (GK) |
| | ) | |
| BRUCE JAMES, PUBLIC PRINTER | ) | |
| U.S. Government Printing Office, | ) | |
| | ) | |
| DEFENDANT | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Federal Defendant, the Government Printing Office, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Motion for Summary Judgment, until Friday, April 27, 2007.  The Motion is now due on Thursday, March 29, 2007.  Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 et seq.  Grant of this motion will not require the rescheduling of any other due dates in this action.  Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) but has not returned the call prior to the filing of this motion.   Discovery closed on December 15, 2006.

Counsel is requesting this additional time for the following reasons: counsel will be on annual leave during the week of March 19, 2007, not returning until March 27, 2007; counsel has another motion for summary judgment due on March 29, 2007 in Enterprise National Bank v. Mike Johann, USDA, Civ. Act. No. 06-1344 (RCL); in addition, Counsel will be in trial during

the week of April 16, 2007 in Geoffrey R. McIntyre, v. Maria Cino, Acting Secretary, U.S. Dept. of Transportaion, Civ. Act. No. 05-0664 (ESH); and has oral arguments scheduled for April 4, 2007, in Nurriddin v. NASA, Ct. of Appeals No. 05-5386 and April 24, 2007, in DeRose v. Dept. of State, Ct. of Appeals, Case No. 06-5111; and an appellee's brief due in Schmidt v. U.S. Dept. Of Labor, Ct. of Appeals Case No. 04-5405, due on April 23, 2007.  As a result, counsel is requesting the additional time to move or otherwise plead to the complaint until April 26, 2007.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

Attorneys for Defendant