UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHANIEL DANIELS,** )<br>)<br>**PLAINTIFF** )<br>)<br>v. )<br>)<br>**BRUCE JAMES, PUBLIC PRINTER** )<br>**U.S. Government Printing Office,** )<br>)<br>**DEFENDANT** ) | Civ. Act. No. 05-2455 (GK) |

**PROPOSED ORDER**

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time To file its' Motion for Summary Judgment up to April 26, 2007, and the entire record herein, it is this

____ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED, and it is

_____
**UNITED STATES DISTRICT JUDGE**