UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL DANIELS, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civ. Act. No. 05-2455 (GK) |
| ) | |
| BRUCE JAMES, PUBLIC PRINTER ) | |
| U.S. Government Printing Office, ) | |
| ) | |
| DEFENDANT ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Federal Defendant, the Government Printing Office, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Motion for Summary Judgment, until Thursday, May 10, 2007.  The Motion is now due on Thursday, April 26, 2007.  Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 et seq.  Grant of this motion will not require the rescheduling of any other due dates in this action.  Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) but has not returned the call prior to the filing of this motion.   Discovery closed on December 15, 2006.

Counsel is requesting this additional time for the following reasons: counsel has been recently informed that a declarant, who is retired, will not be available until the week of May 1, 2007. This information is needed in responding to the Complaint herein. As a result, counsel is requesting the additional time to move or otherwise plead to the complaint until May 10, 2007.

This motion is not for purposes of delay but for good cause shown.

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                /s/
                HEATHER GRAHAM-OLIVER
                Assistant United States Attorney
                Judiciary Center Building
                555 4th Street, NW - Civil Division
                Rm. 4-4808
                Washington, D.C.  20530
                (202) 305-1334

                Attorneys for Defendant