UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHANIEL DANIELS,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | Civ. Act. No. 05-2455 (GK) |
| ) | |
| **BRUCE JAMES, PUBLIC PRINTER** ) | |
| **U.S. Government Printing Office,** ) | |
| ) | |
| **DEFENDANT** ) | |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
### TO FILE MOTION FOR SUMMARY JUDGMENT

Federal Defendant, the Government Printing Office, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Motion for Summary Judgment, until Thursday, June 14, 2007. The Motion is now due on Thursday, May 10, 2007. Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 et seq. Grant of this motion will not require the rescheduling of any other due dates in this action. Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) but has not returned the call prior to the filing of this motion.

Counsel is requesting this additional time for the following reasons: agency counsel has requested additional time to obtain declarations from three more declarants: Terrence Dudley, Paul Kirby, and Robert Schwenck. Mr. Schwenck, however, will be out of the Office until the week of May 14, 2007. The agency counsel has requested additional time to obtain this

information, which is needed to prepare its Motion for Summary Judgment. In addition, the undersigned counsel is in preparation for trial for the week of June 4, 2007, in an unrelated matter, Simpson v. Leavitt, Civil Action No. 03-1123 (PLF). As a result, counsel is requesting the additional time to file its Motion for Summary Judgment until June 14, 2007.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant