UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHANIEL DANIELS,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | Civ. Act. No. 05-2455 (GK) |
| ) | |
| **BRUCE JAMES, PUBLIC PRINTER** ) | |
| **U.S. Government Printing Office,** ) | |
| ) | |
| **DEFENDANT** ) | |

## PROPOSED ORDER

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time To file its' Motion for Summary Judgment up to June14, 2007, and the entire record herein, it is this

____ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**