UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL DANIELS, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civ. Act. No.  05-2455 (GK) |
| ) | |
| BRUCE JAMES, PUBLIC PRINTER ) | |
| U.S. Government Printing Office, ) | |
| ) | |
| DEFENDANT ) | |

### DEFENDANT'S MOTION FOR AN ADDITIONAL ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Federal Defendant, the Government Printing Office (GPO), by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Motion for Summary Judgment, until Friday, July 6, 2007.  The Motion is now due on Thursday, July 6, 2007.  Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 et seq.  Grant of this motion will not require the rescheduling of any other due dates in this action.  Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) but has not returned the call prior to the filing of this motion.

Counsel is requesting this additional time for the following reasons: Due to being in trial during the week of June 4, 2007, in an unrelated matter, Simpson v. Leavitt, Civil Action No. 03-1123 (PLF), undersigned counsel has not had the opportunity to complete the motion for summary judgment, although a draft has been prepared.  In addition, undersigned counsel has

been conducting research for an opposition due in <u>In Re Apollo Group Inc, Securities Litigation,</u> Civ Act. No. 06-MC-0558 (CKK) on June 15, 2007; and conducted a deposition in <u>Brown v S.E.C.</u>, Civ Act. No. on June 12, 2007; further, counsel has an opposition due in <u>Enterprise v. U.S.D.A.</u>, Civ. Act No. 06-1344 (RCL) on June 19, 2007; mediation in <u>Roseboro v. Library of Congress</u> Civ. Act. No.06-0602 (TFH) on June 29, 2007; and an opposition in <u>Simpson v. Leavitt</u>, Civ. Act. No. 03-1123 (PLF) on June 20, 2007 and in <u>Bailey v. U.S. Postal Service,</u> Civ.Act No. 98-2224 (HHK) on June 21, 2007.   As a result, counsel is requesting the additional time to file its Motion for Summary Judgment until July 6, 2007.

      This motion is not for purposes of delay but for good cause shown.

                                Respectfully submitted,

                                /s/
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                                /s/
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                                /s/
                              HEATHER GRAHAM-OLIVER
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 4th Street, NW - Civil Division
                              Rm. 4-4808
                              Washington, D.C.  20530
                              (202) 305-1334

                              Attorneys for Defendant