UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL DANIELS, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | )    Civ. Act. No. 05-2455 (GK) |
| | ) |
| BRUCE JAMES, PUBLIC PRINTER | ) |
| U.S. Government Printing Office, | ) |
| | ) |
| DEFENDANT | ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Federal Defendant, the Government Printing Office, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Motion for Summary Judgment, until Tuesday, July 24, 2007.  The Motion is now due on Thursday, July 6, 2007.  Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 et seq.  Grant of this motion will not require the rescheduling of any other due dates in this action.  Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) but has not returned the call prior to the filing of this motion.

Counsel is requesting this additional time for the following reasons:  The undersigned counsel will be out of the office on July 2nd through 4th as well as the week of July 9, 2007; moreover, the undersigned has an opposition to file in an unrelated matter Bailey v. U.S. Postal Service, Civ Act No.98-2224 (HHK) on July 6, 2007; upon her return to the Office, counsel has a

a Reply due in <u>Cook v. Billingon,</u> Civ. Act. No. 06-1734 (HHK) on July 16, 2007; a Reply due in <u>Orlov v. Howard, et al.</u>, Civ. Act. No. 07-0350 (JDB) on July 18, 2007; a mediation statement in <u>Legnini v. U.S.A.</u>, Civ. Act. No. 06-0012 (RWR) due on July 17, 2007 in anticipation of the mediation on July 19, 2007; and an oral argument in <u>Roseboro v. Library of Congress,</u> Civ. Act. No. 06-0602 (RWR) on July 23, 2007.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

Attorneys for Defendant