UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATHANIEL DANIELS,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 05-2455 (GK) |
| | ) | |
| **BRUCE JAMES, PUBLIC PRINTER** | ) | |
| **U.S. Government Printing Office,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE MOTION FOR SUMMARY JUDGMENT**

Federal Defendant, the Government Printing Office, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time of two days within which to file its Motion for Summary Judgment, until Thursday, July 26, 2007. The Motion is now due on Tuesday, July 24, 2007. Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 et seq. Grant of this motion will not require the rescheduling of any other due dates in this action. Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) but has not returned the call prior to the filing of this motion.

Counsel is requesting this additional time primarily due to her pressing litigation schedule. The undersigned was out of the office on July 2nd through 4th as well as the week of July 9, 2007. Upon her return, counsel researched and filed a Reply Memorandum in Orlov v. Howard, et al., Civ. Act. No. 07-0350 (JDB) on July 18, 2007; researched and filed a Reply in

Cook v. Billingon, Civ. Act. No. 06-1734 (HHK); and an Opposition in In re Apollo, Civ. Act. No. 06-0558 (CKK), both on July 24, 2007, the same date that the instant motion was due. Counsel was overly optimistic about the chances of completing the instant motion also on July 24, 2007. Counsel does not anticipate any further enlargements.

      This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant