UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHANIEL DANIELS,**            ) | |
|                                                             ) | |
| **PLAINTIFF**                          ) | |
|                                                             ) | |
| v.                                                        ) | Civ. Act. No.  05-2455 (GK) |
|                                                             ) | |
| **BRUCE JAMES, PUBLIC PRINTER**  ) | |
| **U.S. Government Printing Office,**   ) | |
|                                                             ) | |
| **DEFENDANT**                       ) | |

**PROPOSED ORDER**

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time To file its' Motion for Summary Judgment up to July 26, 2007, and the entire record herein, it is this ____ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**