UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATHANIEL DANIELS,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 05-2455 (GK) |
| | ) | |
| **BRUCE JAMES, PUBLIC PRINTER** | ) | |
| **U.S. Government Printing Office,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME
## TO FILE MOTION FOR SUMMARY JUDGMENT

Federal Defendant, the Government Printing Office, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its Motion for Summary Judgment, until Monday, July 30, 2007. The Motion is now due on Thursday, July 26, 2007. Plaintiff has brought this action under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 et seq. Grant of this motion will not require the rescheduling of any other due dates in this action. Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) and has consented to the filing of this motion.

Counsel is requesting this additional time primarily due to her pressing litigation schedule. In addition to the filings completed recently, [Reply Memorandum in Orlov v. Howard, et al., Civ. Act. No. 07-0350 (JDB)(July 18, 2007); Reply in Cook v. Billingon, Civ. Act. No. 06-1734 (HHK) (July 24, 2007); and Opposition in In re Apollo, Civ. Act. No. 06-0558 (CKK), (July 24, 2007)], counsel has been finishing a motion for summary judgment in Roseboro v. Billington, Civ. No. 06-0602 (TFH) which is due July 26, 2007, the same date that

the instant motion is due. Counsel has been unable to complete both motions and is forced to ask for the additional time in which to file the motion in this matter. Counsel does not anticipate any further enlargements.

    This motion is not for purposes of delay but for good cause shown and no prejudice results to any party.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant