Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp 296-33 Subch 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| DANIELS, NATHANIEL JR | 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 | 12-22-47 | 02-25-02 |

## FIRST ACTION

| 5-A Code | 5-B. Nature of Action |
|---|---|
| C02 | CORRECTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A Code | 6-B. Nature of Action |
|---|---|
| 101 | CAREER CONDITIONAL APPOINTMENT |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| ACR | CS CERT NO. WA-01-REG-1270139 |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization

15. TO: Position Title and Number
PRINTING PLANT WORKER
POS NO. 40475   PD NO. 009228

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| KA | 3502 | 01 | 01 | 13.54 | PH |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| 13.54 | | 13.54 | |

22. Name and Location of Position's Organization
4520(3160)
PRODUCTION DEPARTMENT
OFF OF THE PRODUCTION MANAGER
DELIVERY SECTION
SHIFT 1

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - 1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 2 - 0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC LIFE ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS & FICA | 07-20-99 | F  FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - 1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | N  E-Exempt  N-Nonexempt | | 0140 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 110010001 | WASHINGTON |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | SUPV CD 8 | EMPS 21190 | |

45. Remarks
SALARY UNDER 44 USC 305

CORRECTS ITEM 31 FROM 02-25-02 TO 07-20-99.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U. S. GOVERNMENT PRINTING OFFICE 20401 | DIRECTOR OF PERSONNEL |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| IP00 | 2950 | 03-01-02 |

GOVERNMENT EXHIBIT 1

5-Part 50-316    2 - OPF Copy - Long-Term Record - DO NOT DESTROY    Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238