GPO Form 2896
(Rev. 12-1-72)

# UNITED STATES GOVERNMENT PRINTING OFFICE
Personnel Service

## JOB DESCRIPTION

Description No. 009228 Shift 1
09236 Shift 3

**1. ORGANIZATIONAL LOCATION:**

Production _____, Office of Production Manager
(Department/Service)                       (Division)

Delivery _____
(Section)           (Unit)                 1 & 3
                                           (Shift)

**2. CERTIFICATION OF OPERATING OFFICIALS:**

I hereby certify that the duties and responsibilities described in the attached job description have been officially assigned and are being performed by one or more employees under my supervision.

_____
(Signature of foreman or equivalent)         (Date)

_____[signature]_____
(Signature of division head or equivalent)   (Date)

**3. APPROVED CLASSIFICATION:**

A. Title and Code __PPW__

B. Grade or Pay Formula __KA-3502-01__

C. Recommended by __D. Larsen__
                    (Classifier)             (Date)

D. Approved by __[signature] M. K___
   Chief, Position Management Branch       7-24-75
                                           (Date)

Comp. Level Code: KA-3502-01-A

GPO 562-979-h

13. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

__[signature] Robert W. Carrington__       7/23/75
(Signature of immediate supervisor)        (Date)

POSNUM 40475

NONEXEMPT—FLSA

GOVERNMENT EXHIBIT 2

Production Dept., Office of Production Manager, Delivery Sect., Shifts 1 & 3

## PFW (HELPER), WB-3502-01

### SUPERVISORY CONTROLS:

Under general supervision of the Chief of Delivery. Receives specific instructions from the truck driver and dispatcher as to when and how to accomplish assigned tasks. Work is checked intermittently for compliance with instructions and proper performance.

### MAJOR DUTIES:

Incumbent performs one or a combination of the following tasks to assist the truck driver in delivery of material throughout the Metropolitan area. Loads and unloads truck by hand, electric (or) hydraulic jack, hand truck or dolly. Assures that cargo and equipment on truck is properly loaded to prevent damage in transit. Uses extreme care when loading and unloading at small platforms, loading docks, elevator lists, or elevator ramps where maneuverability is limited or restricted due to congestion or pedestrian traffic. May be required to assist platform personnel in moving and rearranging material in the truck or on the platform. Incumbent sorts, stacks, loads and unloads material onto or off delivery trucks with hydraulic hand jack. Performs a variety of manual tasks at receiving docks necessary to carry out loading and unloading operation. Obtains customer's signature on delivery receipts. Acts as a guide for truck driver during backing maneuvers. Returns battery operated equipment to recharging area after last trip during tour of duty. Cleans interior and exterior of truck by washing and by sweeping as necessary.

Performs other duties as assigned.

### WORKING CONDITIONS:

Required to handle skids, pallets, or hoppers of metal weighing up to 3500 pounds in pull-off (or) pull-on operation at loading docks that may vary in degree of elevation between truck bed and platform level. Lifts and carries by hand cartons of material weighing as much as 50 pounds each. Works inside and outside for long periods of time under all weather conditions.