# U.S. GOVERNMENT PRINTING OFFICE
## MERIT PROMOTION
## VACANCY ANNOUNCEMENT

| | |
|---|---|
| ANNOUNCEMENT NUMBER: | 02-242 |
| POSITION: | Printing Plant Worker (Motor Vehicle Operator) |
| SERIES/GRADE: | KA-5703-05 |
| SALARY RANGE: | $17.29 - $18.65 PH |
| ISSUE DATE: | 08/30/02 |
| CLOSING DATE: | 09/16/02 |
| NUMBER OF VACANCIES: | Three (3) |
| ORGANIZATION: | Production Department<br>Office of the Production Manager<br>Delivery Section |
| GEOGRAPHIC LOCATION: | Washington, DC |
| PROMOTION POTENTIAL: | None |
| DURATION OF APPOINTMENT: | Temporary NTE 1 year |
| TOUR OF DUTY: | Shift 1 |
| OPM NOTICE OF RESULTS REQUIRED: | No |
| CIVIL SERVICE STATUS REQUIRED: | Yes |
| AREA OF CONSIDERATION: | Permanent GPO Employees |

## SUMMARY OF DUTIES/RESPONSIBILITIES:

The incumbent drives, loads, and unloads light delivery trucks capable of loads weighing up to and including one ton. Delivers and/or picks up a variety of printed material, proofs, and special items between the Government Printing Office and various governmental and commercial buildings throughout the metropolitan area. Completes pre-trip and post-trip safety check sheets and records necessary information on vehicle manifest in accordance with office regulations. Assures that the truck is properly serviced and equipped. Responsible for washing truck interior and exterior in addition to sweeping as necessary. Gives instructions to helper when one is assigned. May occasionally drive other types and sizes of vehicles for which qualified and licensed when required by workload.

**BASIS OF EVALUATION:** Applicants will be evaluated on the basis of information obtained from the supplemental experience statement. Your total background including experience, education, and awards will be reviewed in determining the degree to which you possess the following skills, knowledge, and abilities, which are considered essential to successful job performance. You must meet the screen-out element (number one below) to be eligible for further consideration.

**NOTE:** Driver is required to work outside and is occasionally exposed to bad weather while loading and unloading vehicles. Drives in all types of traffic and weather conditions.

**NOTE:** Selectee for this position must possess a valid City or State Driver's License. Retaining a valid Driver's License is a condition of employment in order to continue in this position.

**RANKING FACTORS:** *(Applicants who meet the above qualification requirements will be rated on the basis of relevant experience, education, training, supervisory appraisal, job-related awards, and the factors listed below. Applicants should be specific in documenting these areas in their application materials.)*

1. Ability to do the work of a Printing Plant Worker (Motor Vehicle Operator) without more than normal supervision.
2. Ability to drive light delivery trucks.
3. Ability to follow instructions, both oral and written.

RANKING FACTORS CONTINUED ON REVERSE SIDE

GOVERNMENT EXHIBIT 3

Exhibit 17 p. 1-2

4. Knowledge of safe driving precautions to avoid injury to self and others.
5. Ability to identify and report minor motor vehicle problems and malfunctions to assure safety and service ability.
6. Ability to keep accurate records.
7. Ability to handle weights and loads.

## TO APPLY:

*GPO Applicants:*

Applicants must submit a copy of their latest annual performance rating and a Special Application Form (Available from the GPO Employment Branch).

*Non-GPO Applicants:* (The following instructions apply only when the position(s) is open to applicants outside of the agency.)

Applicants must submit a copy of their latest annual performance rating and *A Special Application Form (available from the GPO Employment Branch*

Current and former Federal employees must submit copies of their latest annual performance rating and SF-50 as proof of status or reinstatement eligibility.

Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply. Applicants eligible under the Veterans Readjustment Act (VRA) will also be considered. Veterans must submit a copy of their DD-214, "Certificate of Release or Discharge from Active Duty"; if claiming 10-point veterans' preference, submit a SF-15, "Application for 10-Point Veterans' Preference," plus the proof required by that form.

Applicants seeking Excepted Appointments based on disabilities must provide certification from a State or District of Columbia rehabilitation counselor indicating that they meet the requirements for and are eligible for an Excepted Appointment based on a physical or mental disability.

Selectees must successfully pass a drug test before appointment.

GPO WILL NOT PAY RELOCATION COSTS.

## OTHER ESSENTIAL INFORMATION:

Applicants must:
- include the vacancy announcement number and position title on their application.
- describe their duties and responsibilities in their own words; position descriptions may not be submitted.
- meet time-in-grade and qualification requirements by the closing date of this announcement.
- submit a GPO Form 2566, "Report of Merit Promotion Action," if they wish to obtain a report on the status of their application.
- submit applications and required forms postmarked no later than the closing date of this announcement.
- provide the title and length of related courses. For college classes include the number of credit hours (not required if a degree has been earned)
- be a United States citizen or national (e.g. resident of American Samoa)
- include their Social Security Number on their application

## SUBMIT APPLICATION(S) TO:

UNIT 3
U.S. Government Printing Office
Employment Branch, Room C106, Stop: PSE
732 North Capitol Street, NW
Washington, DC 20401
FAX (202)512-1292

## FOR ADDITIONAL INFORMATION CALL:

(202) 512-1200
TDD (202) 512-1519

*THIS AGENCY PROVIDES REASONABLE ACCOMMODATIONS TO APPLICANTS WITH DISABILITIES*

*THE GOVERNMENT PRINTING OFFICE IS AN EQUAL OPPORTUNITY EMPLOYER*

Exhibit 17 p. 2

## U.S. GOVERNMENT PRINTING OFFICE
## MERIT PROMOTION
## VACANCY ANNOUNCEMENT

| | |
|---|---|
| ANNOUNCEMENT NUMBER: | 02-243 |
| POSITION: | Printing Plant Worker (Motor Vehicle Operator) |
| SERIES/GRADE: | KA-5703-05 |
| SALARY RANGE: | $17.29 - $18.65 PH |
| ISSUE DATE: | 08/30/02 |
| CLOSING DATE: | 09/16/02 |
| NUMBER OF VACANCIES: | One (1) |
| ORGANIZATION: | Production Department<br>Office of the Production Manager<br>Delivery Section |
| GEOGRAPHIC LOCATION: | Washington, DC |
| PROMOTION POTENTIAL: | None |
| DURATION OF APPOINTMENT: | Permanent |
| TOUR OF DUTY: | Shift 1 |
| OPM NOTICE OF RESULTS REQUIRED: | No |
| CIVIL SERVICE STATUS REQUIRED: | Yes |
| AREA OF CONSIDERATION: | Permanent GPO Employees |

### SUMMARY OF DUTIES/RESPONSIBILITIES:

The incumbent drives, loads, and unloads light delivery trucks capable of loads weighing up to and including one ton. Delivers and/or picks up a variety of printed material, proofs, and special items between the Government Printing Office and various governmental and commercial buildings throughout the metropolitan area. Completes pre-trip and post-trip safety check sheets and records necessary information on vehicle manifest in accordance with office regulations. Assures that the truck is properly serviced and equipped. Responsible for washing truck interior and exterior in addition to sweeping as necessary. Gives instructions to helper when one is assigned. May occasionally drive other types and sizes of vehicles for which qualified and licensed when required by workload.

**BASIS OF EVALUATION:** Applicants will be evaluated on the basis of information obtained from the supplemental experience statement. Your total background including experience, education, and awards will be reviewed in determining the degree to which you possess the following skills, knowledge, and abilities, which are considered essential to successful job performance. You must meet the screen-out element (number one below) to be eligible for further consideration.

**NOTE:** Driver is required to work outside and is occasionally exposed to bad weather while loading and unloading vehicles. Drives in all types of traffic and weather conditions.

**NOTE:** Selectee for this position must possess a valid City or State Driver's License. Retaining a valid Driver's License is a condition of employment in order to continue in this position.

**RANKING FACTORS:** *(Applicants who meet the above qualification requirements will be rated on the basis of relevant experience, education, training, supervisory appraisal, job-related awards, and the factors listed below. Applicants should be specific in documenting these areas in their application materials.)*

1. Ability to do the work of a Printing Plant Worker (Motor Vehicle Operator) without more than normal supervision.
2. Ability to drive light delivery trucks.
3. Ability to follow instructions, both oral and written.

### RANKING FACTORS CONTINUED ON REVERSE SIDE

4. Knowledge of safe driving precautions to avoid injury to self and others.
5. Ability to identify and report minor vehicle problems and malfunctions to assure safety and service ability.
6. Ability to keep accurate records.
7. Ability to handle weights and loads.

## TO APPLY:

*GPO Applicants:*

Applicants must submit a copy of their latest annual performance rating and a Special Application Form (Available from the GPO Employment Branch).

*Non-GPO Applicants:* **(The following instructions apply only when the position(s) is open to applicants outside of the agency.)**

Applicants must submit a copy of their latest annual performance rating and *A Special Application Form (available from the GPO Employment Branch*

Current and former Federal employees must submit copies of their latest annual performance rating and SF-50 as proof of status or reinstatement eligibility.

Veterans who are preference eligibles or who have been separated from the armed forces under honorable conditions after 3 years or more of continuous active service may apply. Applicants eligible under the **Veterans Readjustment Act (VRA)** will also be considered. Veterans must submit a copy of their DD-214, "Certificate of Release or Discharge from Active Duty"; if claiming 10-point veterans' preference, submit a SF-15, "Application for 10-Point Veterans' Preference," plus the proof required by that form.

Applicants seeking Excepted Appointments based on disabilities must provide certification from a State or District of Columbia rehabilitation counselor indicating that they meet the requirements for and are eligible for an Excepted Appointment based on a physical or mental disability.

Selectees must successfully pass a drug test before appointment.

GPO WILL NOT PAY RELOCATION COSTS.

## OTHER ESSENTIAL INFORMATION:

Applicants must:
- include the vacancy announcement number and position title on their application.
- describe their duties and responsibilities in their own words; position descriptions may not be submitted.
- meet time-in-grade and qualification requirements by the closing date of this announcement.
- submit a GPO Form 2566, "Report of Merit Promotion Action," if they wish to obtain a report on the status of their application.
- submit applications and required forms postmarked no later than the closing date of this announcement.
- provide the title and length of related courses. For college classes include the number of credit hours (not required if a degree has been earned)
- be a United States citizen or national (e.g. resident of American Samoa)
- include their Social Security Number on their application

## SUBMIT APPLICATION(S) TO:

UNIT 3
U.S. Government Printing Office
Employment Branch, Room C106, Stop: PSE
732 North Capitol Street, NW
Washington, DC 20401
FAX (202)512-1292

## FOR ADDITIONAL INFORMATION CALL:

(202) 512-1200
TDD (202) 512-1519

*\*THIS AGENCY PROVIDES REASONABLE ACCOMMODATIONS TO APPLICANTS WITH DISABILITIES\**

*\*THE GOVERNMENT PRINTING OFFICE IS AN EQUAL OPPORTUNITY EMPLOYER\**