**PPW (MOTOR VEHICLE OPERATOR) THIS IS A TEMPORARY POSITION**

PPW (Motor Vehicle Operator) KA-5703-05
Production Department, Office of the Production
Manager, Delivery Section, Shift 1

VACANCY ANNOUNCEMENT: 02-242
OPEN: 08/30/02
CLOSE: 09/16/02

| Name | Current Position Title | Grade | Daytime Telephone # |
|---|---|---|---|
| Nathaniel Daniels, Jr. | Printing Plant Worker | 01 | [redacted] |

| Address | City | State | Zip Code |
|---|---|---|---|
| 5604 Daywalt Avenue | Baltimore | MD | 21206 |

Type of Current Appointment: ( ) Temporary   (X) Career or Career Conditional   ( ) Excepted (Schedule A)   ( ) Excepted (Veterans)

**NOTE TO APPLICANT:** Please answer each question in the space provided following each of the questions. You may use additional sheets of plain paper, if necessary. Please PRINT LEGIBLY or TYPE.

1. Have you ever worked in a job where you were required to drive a delivery truck?

   _X_ Yes   ___ No   If YES, please explain fully.   I drove a delivery truck for the U.S. Postal Service and the Johns Hopkins – Bayview Hospital.

2. List the sizes and types or models of trucks you have driven.
   I drove a jeep for the Postal Service and I drove 15 passenger vans for the hospital.

3. What were your responsibilities in driving the trucks listed?   I delivered mail throughout the City for the Postal Service and I delivered supplies to different departments and locations for the hospital. I also transported Senior Citizens.

4. Where (list companies) did you perform these duties?   U. S. Postal Service, 1000 E. Fayette Street, Baltimore, MD 21202, and Johns Hopkins – Bayview Hospital, 4940 Eastern Avenue, Baltimore, MD 21224.

5. How many months or years did you do this kind of work?
   ___ MONTHS   _5_ YEARS

6. Have you ever had to follow oral and written instruction?

GOVERNMENT EXHIBIT 7

2. Have you ever had to follow oral and written instruction?

   X Yes ___   ___ No   If YES, please explain fully:   At the postal service I had written map illustrations to follow and received written route assignments. At Johns Hopkins - Bayview I would often transport oxygen tanks and received oral instructions for the proper storage of the tanks.

   a. Give two examples of any oral instructions you have had to follow in order to get a job done. I had written and oral rules and procedures.

   When delivering supplies for Johns Hopkins - Bayview I would often transport oxygen tanks and received oral instructions for the proper storage of the tanks.

   At the postal Service I received oral instructions concerning the types of mail I could carry. At my job from my residents at the Adult Daycare Center. The Postal Service gave out written routes to follow and the type of vehicle you were assigned to drive.

   b. Give two examples of any written instructions you have had to follow in order to get a job done.

   At Bayview I would log in all documents when supplies were ordered and ensure that all supplies were signed for. I also had a written route to follow for picking up and escorting seniors to the Adult Daycare Center. The Postal Service gave out written routes to follow and the type of vehicle you were assigned to drive.

3. Have you ever worked in a job where you had to observe safe driving procedures and precautions?

   X Yes ___   ___ No   If YES, please explain fully.

   I transported Senior Citizens daily to the Bayview Adult Daycare Center and some were with wheel chairs, and had to be properly strapped and secure.

   I drove a 15 passenger van to pick up door to door. I also transported oxygen and other supplies to various departments and the operating room at the hospital. Oxygen had to be properly stored and transported carefully.

   a. What safety procedures did you follow to avoid accidents?

   I followed all the speed limits and when the weather was bad, I drove with precaution lights. I would not make any sudden stops or slam on brakes. I would always use blinkers when making turns.

   b. What safety precautions did you take to avoid accidents?

   I would stop 2 to 3 car lengths behind the car in front of me. I drove at a slower pace with my flashers on. I obeyed all traffic laws.

   c. How many months or years did you do this kind of work?   Five Years

   ___ MONTHS   5 YEARS

4. Have you ever performed duties where you had to identify and report on minor motor vehicle or machinery problems and malfunctions?

  __X__ Yes  _____ No  If YES, please explain fully:

  While driving for Bayview and the Postal Service, I had to report when brakes started squeaking, tires balding, bulbs out, and when warning lights appeared. Driving for the U. S. Postal Service and Johns Hopkins - Bayview Hospital.

  a. What kind of work did you do where you had to identify problems or malfunctions?

  b. What kinds of problems or malfunctions did you identify and report on?

  I reported cracked glass, oil lights on, brakes squeaking, and balding tires.

  c. Where did you get this experience?

  Johns Hopkins - Bayview Hospital and U. S. Postal Service.

  d. How many months or years did you do this kind of work?

  _____ Months  __5__ Years

5. Have you ever worked in a job where you had to maintain accurate records?

___X___ Yes   _____ No   If YES, please explain *fully*:

a. What kind of records did you maintain? I was working in the medical supply room at Bayview. I was required to maintain accurate records while I maintained inventory records, I also maintained a log of the miles driven each day. I documented all supplies taken from the supply room by staff members.

b. What were your responsibilities to maintain records? I was responsible for ensuring that all inventory received and disbursed from the supply room was accounted for and could be tracked if necessary.

c. Where did you get this experience? Johns Hopkins - Bayview Hospital.

d. How many months or years did you work where you had to maintain records? __24__ Months _____ Years

ave you ever loaded or unloaded items onto or from trucks?

X  YES ___ NO   If YES, please explain fully:

What kind of items did you load/unload?

In my current position of Printing Plant Worker, I load and unload congressional records and legal documents. When I worked for the Postal Service, I loaded and unloaded mail and small packages.

What were your responsibilities to load/unload items?

responsible for ensuring that the mail is not tampered with or damaged. ocuments and correspondence is properly stored and stacked neatly to avoid terials from falling and becoming damaged.

hat did you use (equipment) etc., to load/unload the items?

use a hand truck and hand jack.

d you load/unload items by hand?

___ YES   X  NO   If YES, what were your responsibilities?

ere did you acquire this type of experience?

S. Postal Service
S. Government Printing Office

v many months or years did you do this kind of work?

___ MONTHS   5  YEARS

23.

7. Have you ever received an award while working for the Federal Government? Yes ___ X No (If yes please check the appropriate boxes below as to the type of award(s) received. For each type specify the years received and whether or not it was a Cash Award.) NOTE: Letters of Appreciation are NOT considered awards and should not listed.

<u>Awards</u>

| | Year(s) Received | <u>Cash Award</u> |
|---|---|---|
| ___ Outstanding Performance Award | | |
| ___ Special Achievement Award | _____ | Yes ___ No ___ |
| ___ Quality Step Increase | _____ | Yes ___ No ___ |
| ___ Approved Suggestions | _____ | Yes ___ No ___ |
| ___ Other GPO Awards (Give Names) | | |
| _____ | _____ | Yes ___ No ___ |
| _____ | _____ | Yes ___ No ___ |
| _____ | _____ | Yes ___ No ___ |

8. Have you ever taken courses or training that were related to the position for which you are applying? __X__ Yes ___ No (If yes, please complete the following.)
NOTE: On-the-Job Training should NOT be listed.

| Title of Course/Training | Total Hours | Location of Course/Training | Completed | Certificate of Completion Received. |
|---|---|---|---|---|
| Truck Driving | 4 | Johns Hopkins - Bayview | Yes | Yes |
| _____ | ___ | _____ | ___ | ___ |
| _____ | ___ | _____ | ___ | ___ |
| _____ | ___ | _____ | ___ | ___ |

After completing this form, look it over carefully to make sure that you have answered every question. Be sure that you have given complete information about your experience. You cannot be given credit for work you do not tell us about.

I CERTIFY that all of the statements made in this application are true, complete, and correct to the best of my knowledge and belief and are made in good faith.

Signature of Applicant: _Nathaniel Daniels Jr_  Date: _9-15-03_

UNITED STATES GOVERNMENT PRINTING OFFICE

# EMPLOYEE PERFORMANCE RATING

**NAME:** DANIELS, NATHANIEL
**TITLE:** PRINTING PLANT WORKER
**GRADE/STEP:** 01/02
**EMPLOYEE NO.:** EMP. NO. 21190

**DIVISION/SECTION/SHIFT:**
PRODUCTION DEPARTMENT
OFFICE OF THE PRODUCTION MANAGER
DELIVERY SECTION

4520

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

## PERFORMANCE RATINGS FOR INDIVIDUAL ELEMENTS

| JOB ELEMENTS | "C"/"N" | O | FS | U |
|---|---|---|---|---|
| No. 1 | C | ☒ | ☐ | ☐ |
| No. 2 | C | ☒ | ☐ | ☐ |
| No. 3 | N | ☒ | ☐ | ☐ |
| No. 4 | N | ☒ | ☐ | ☐ |
| No. 5 | N | ☒ | ☐ | ☐ |
| No. 6 | N | ☒ | ☐ | ☐ |
| No. 7 |   | ☐ | ☐ | ☐ |
| No. 8 |   | ☐ | ☐ | ☐ |

JOB ELEMENT RATING

SUMMARY RATING FOR THE PERIOD OF  2/25/02  THROUGH  6/17/02

- ☒ Level 5 (OUTSTANDING)
- ☐ Level 4 (EXCELLENT)
- ☐ Level 3 (FULLY SUCCESSFUL)
- ☐ Level 2 (MARGINAL)
- ☐ Level 1 (UNACCEPTABLE)

**SIGNATURES:**

SUPERVISOR: Floyd C. Fagan    Supervisor    6-18-02

REVIEWERS: Vernon Dudley Chief 6-18-02 | Carmen Thomas 6/17/—    Budget Official

EMPLOYEE: Nathaniel Daniels Jr  6-18-02

PART 1 - EMPLOYMENT COPY

GPO Form 2969
(R 10-86) P-

UNITED STATES GOVERNMENT PRINTING OFFICE

# EMPLOYEE PERFORMANCE PLAN

Page 1 of 2

**NAME:** DANIELS, NATHANIAL
**TITLE:** PPW (MOTOR VEHICLE OPERATOR HELPER)
**GRADE/STEP:** KA-01
**EMP. NO.** 21190
**DIVISION/SECTION/SHIFT:** PRODUCTION DEPARTMENT / OFFICE OF THE PRODUCTION MANAGER / DELIVERY SECTION
4520

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

**[C] JOB ELEMENT 1** Assist truck drivers in delivery of material.

**FULLY SUCCESSFUL STANDARD**
Quality of assistance does not cause less than (3) trips daily from loading dock during rating period.

**[C] JOB ELEMENT 2** Loading and Unloading Cargo.

**FULLY SUCCESSFUL STANDARD**
No more than (2) substantiated complaints regarding damage cargo due to carelessness of incumbent during rating period.

**[N] JOB ELEMENT 3** Uniforms and Safety Shoes.

**FULLY SUCCESSFUL STANDARD**
Wear authorized GPO uniforms and safety shoes in a neat, clean and presentable manner with no more than (2) admonishments for either, per rating period.

**SIGNATURES**

SUPERVISOR: [signature] Floyd C. Logan, Supervisor 6-15-02

REVIEWER: [signature] Lemouce Dudley, Chief 6-18-02

EMPLOYEE: [signature] Nathaniel Daniels 6-18-02

PART 1 - EMPLOYMENT COPY

GPO Form 2969a
(P 15-85)

UNITED STATES GOVERNMENT PRINTING OFFICE

# EMPLOYEE PERFORMANCE PLAN

PAGE 2 OF 2

Instructions: This is a supplement to GPO Form 2969, please refer to that form for instructions before completing this form.

NAME: DANIELS, NATHANIEL
TITLE: PPW (MOTOR VEHICLE OPERATOR HELPER)
EMP. NO. 21190
GRADE/STEP: KA-01

DIVISION/SECTION/SHIFT:
PRODUCTION DEPARTMENT
DELIVERY SECTION
SHIFT 1

**[N] JOB ELEMENT 4**
Dependability

FULLY SUCCESSFUL STANDARD
Carries out all work related instructions of truck drivers and work leaders in a timely manner.

**[N] JOB ELEMENT 5**
Observes all safety procedures.

FULLY SUCCESSFUL STANDARD
No more than (2) complaints regarding failure to assist drivers of truck during maneuvers during rating period.

**[N] JOB ELEMENT 6**
Routine Preventive Maintenance.

FULLY SUCCESSFUL STANDARD
Reesponsible for checking engine oil levels, cooling systems fluids, tire pressure and air tank water drain.

**[ ] JOB ELEMENT 7**

FULLY SUCCESSFUL STANDARD

**[ ] JOB ELEMENT 8**

FULLY SUCCESSFUL STANDARD

INITIAL AND DATE    SUPERVISOR _____ 6-18-02    REVIEWER _____ 6-18-02    EMPLOYEE ND 6-18-02

PART 1 - EMPLOYMENT COPY

# Nathaniel Daniels, Jr.
1211 Wicklow Road
Baltimore, MD 21229
(410) ~~945-8724~~
483-6282

## Objective

To obtain a position in which my skills, training and experience in maintenance/ mechanics can be utilized to make a positive contribution to my employer while affording opportunities for growth and advancement.

## Personal Profile

Committed to professional growth and advancement... Self-motivated with the ability to motivate others to work at maximum productivity... Good leadership and management skills... Communicate well with a wide range of individuals... Dedicated, dependable and willing to assume responsibility... Able to catch on to new skills rapidly... Work well independently or in a team environment... Possess good troubleshooting and decision-making skills... Adept in establishing priorities and adapting to changes when necessary... Good organizational skills... Ability to establish and attain goals.

## Skills

Hydraulic Systems... Basic Electrical Repairs... Operation of metal and woodworking equipment... Welding... National Electrical Code... Gear Boxes... Motors... Computer Operation to include Windows 95, Word Processing and Keyboarding... Forklift Operation... Fabrication and repair of tires and tubes...Machine Operator...Electronics assembler

## Work History

**JOHNS HOPKINS BAYVIEW, Baltimore, MD**
*Materials Handler* — 12/98-Present
- Maintain inventory control of incoming supplies and equipment for approximately 500-bed hospital.
- Verify receiving documentation, uploading, sorting and stocking supplies.
- Delivery of supplies to various departments throughout the hospital and processing requests for replenishing supplies.
- Oversee duties of employees and completion of projects within department.
- Driver for Elder Plus, adult daycare center.

**ALPHARMA, INC., Baltimore, MD**
*Incoming Two-Way Inspector* — 007/98-02/99
- In charge of quality assurance and quality control.

**DEBBIE'S STAFFING SERVICE**
**TOTES/ISOTONER DISTRIBUTION CENTER, Blair, VA**
*Forklift Driver/Clerk* — 06/97-01/98
- Filled orders for more than 500 stores within United States and aboard.
- Utilized computer system in filling orders, tracking and maintaining inventory.
- Worked with representatives across the country in person and over the telephone in working up orders.
- Maintained file system.
- Operated forklift in pulling and processing orders for shipment.

**FLAVOR RICH ICE CREAM, Greensboro, NC**
*Mixer Operator* — 04/97-06/97
- Operated and maintained machinery in the process of making ice cream.

**BTR SEALING RUBBER COMPANY, Reidsville, NC**
*Machine Operator* — 09/96-04/97
- Operated machinery that melted down rubber to form shaping for molding around auto window seal.

*Nathaniel Daniels, Jr.*
Page Two

### GREATER BALTIMORE MEDICAL CENTER, Baltimore, MD
*Environmental Services Aid*                                                                 10/94-09/96
- Oversaw duties of employees and completion of projects within department.
- Sanitized and prepared surgical operating rooms and sterilized all instrumentation.

### DEPARTMENT OF VETERAN'S AFFAIRS MEDICAL CENTER, Baltimore, MD
*Environmental Management Services*                                                          03/95-09/95
- Performed full housekeeping duties for approximately 1,000-bed Veteran's Affairs Hospital.

### SAM'S CLUB WAREHOUSE, Baltimore, MD
*Sales Clerk/Men's Clothing Department*                                                      05/94-10/94
- Maintained inventory for men's clothing department.
- Implemented outstanding customer service skills and assisted customers with purchases.

### C.M. OFFRAY & SON, INC., Danville, VA
*Forklift Operator/Reserved Stock Puller*                                                    1992-1994
- Processed orders for the distribution of ribbon and crafts.

### BLACKSTONE AND CHARLES APARTMENTS, Baltimore, MD
*Maintenance and Housekeeping Supervisor*                                                    1990-1991
- Responsible for the upkeep of approximately 300 units in apartment complex.
- Assigned and oversaw the duties of 8 employees in the maintenance and upkeep of apartment complex.

### UNITED STATES POSTAL SERVICES, Baltimore, MD
*Mail Carrier/Maintenance Mechanic*                                                          1998-1990
- Responsible for mail delivery in various routes in the Baltimore area.                     *1988-1990*
- Performed overall plant maintenance as assigned.

### UNITED STATES GYPSUM COMPANY, Baltimore, MD
*Maintenance Mechanic*                                                                       1982-1988
- Performed overall plant maintenance as <u>assigned</u>.

### GOOD YEAR TIRE AND RUBBER COMPANY, Danville, MD
*Machine Operator*                                                                           1974-1980
- Operated machinery in the production of tires.
- Assisted in plant maintenance.

## Military

**UNITED STATES ARMY**
*Vietnam Veteran; E-4 Rank, #RA67066254; Honorable Discharge*                                1966-1968

## Education/Training

GENERAL PHYSICS CORPORATION, Baltimore, MD
*Special Medical/Industrial Waste Incinerator Operator Certification Course*

MARYLAND STATE DEPARTMENT OF EDUCATION, Baltimore, MD
*Certificate of Achievement – Labor Education Achievement Program*
*Computer Course*

DANVILLE COMMUNITY COLLEGE, Danville, VA
*Course Work in Business Management*

JOHN M. LANGSTON HIGH SCHOOL, Danville, VA
*Graduate*

*References Available Upon Request*

| | | | | | | |
|---|---|---|---|---|---|---|
| DANIELS, NATHANIEL P. | | | RA | | | (SSN redacted) |
| ARMY | RA | Unasgd | PVT(P) | E-2 | 27 Sep 68 | |
| | | Danville, Virginia | | | 22 Dec 47 | |

| Selective Service | | | | | |
|---|---|---|---|---|---|
| 44 94 47 448 | LB# 94 Danville, Virginia 24543 | | | NA | |

**Type of Transfer or Discharge:** Transferred to USAR (See 16)
**Station or Installation:** Fort Hood, Texas
**Reason and Authority:** Sec VI Ch 2 AR 635-200 SPN 201 Expiration of Term of Service
**Effective Date:** 20 Dec 68
Co "A" 501st S&T Bn 1st Armd Div Fort Hood, Texas  Fourth US Army
**Character of Service:** HONORABLE
**Type of Certificate Issued:** None
**District, Area Command or Corps to which Reservist Transferred:** Transferred to USAR Control Group(AnlTng) USAAC St Louis MO 63132
**Reenlistment Code:** RE-3A & 3B

| Terminal Date | Source of Entry | Term | Date of Entry |
|---|---|---|---|
| 7 Dec 72 | XX ENLISTED (First Enlistment) | 2 | 8 Dec 66 |

**Prior Regular Enlistments:** None
**Grade at Entry:** PVT(P) E-1
**Place of Entry into Current Active Service:** Roanoke, Virginia

**Home of Record:**
396 West Thomas St
Danville, Virginia 24543

**Specialty Number & Title:** 76W20 Petrol Storage Spec
**Related Civilian Occupation:** 914.168 Dispatcher, Oil

| Statement of Service | Years | Months | Days |
|---|---|---|---|
| Net Service This Period | 2 | 0 | 0 |
| Other Service | 0 | 0 | 0 |
| Total | 2 | 0 | 0 |
| Total Active Service | 2 | 0 | 0 |
| Foreign and/or Sea Service USARPAC | 1 | 0 | 1 |

**Decorations, Medals, Badges, Commendations, Citations and Campaign Ribbons Awarded or Authorized:**
National Defense Service Medal
Vietnam Service Medal w/3 Bronze Service Stars     Marksman (Rifle)
Republic of Vietnam Campaign Medal

**Education and Training Completed:**
QM - Petrol Storage Spec

**Non-Pay Periods/Time Lost (Preceding Two Years):** 24 Aug - 5 Sep 68
**Days Accrued Leave Paid:** None (See 30)
**Insurance in Force:** No
**Amount of Allotment:** NA
**Month Allotment Discontinued:** NA
**VA Claim Number:** NA
**Servicemen's Group Life Insurance Coverage:** $10,000

**Remarks:**
3 years high school       Table 2-3 AR 601-280 applies
Blood Group: "A"
Item 26b: Excess leave of 10 days from 15 Aug 68 thru 24 Aug 68

**Permanent Address for Mailing Purposes:**
396 West Thomas Street
Danville, Virginia 24543

**Signature of Person Being Transferred or Discharged:** /s/ Nathaniel Daniels

**Typed Name, Grade and Title of Authorizing Officer:**
SANDRA S. DRAPER, 2LT, WAC, Acting Asst AG

DD FORM 214        ARMED FORCES OF THE UNITED STATES
                   REPORT OF TRANSFER OR DISCHARGE        2

Rev. 7/91
U.S. Office of Personnel Management
FPM Supp 296-33, Subch 4

# NOTIFICATION OF PERSONNEL ACTION

**1. Name** (Last, First, Middle): DANIELS, NATHANIEL JR
**2. Social Security Number:** [redacted]
**3. Date of Birth:** 12-22-47
**4. Effective Date:** 02-25-02

### FIRST ACTION
- **5-A. Code:** 101
- **5-B. Nature of Action:** CAREER CONDITIONAL APPT
- **5-C. Code:** ACM
- **5-D. Legal Authority:** CS CERT NO WA-01-REG-12701SO
- **5-E. Code:**
- **5-F. Legal Authority:**

### SECOND ACTION
- **6-A. Code:**
- **6-B. Nature of Action:**
- **6-C. Code:**
- **6-D. Legal Authority:**
- **6-E. Code:**
- **6-F. Legal Authority:**

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
PRINTING PLANT WORKER
POS NO. 40475   PD NO. C09226

| 8 Pay Plan | 9 Occ Code | 10 Grade/Level | 11 Step/Rate | 12 Total Salary | 13 Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 12A Basic Pay | 12B Locality Adj | 12C Adj Basic Pay | 12D Other Pay |
|---|---|---|---|
| | | | |

| 16 Pay Plan | 17 Occ Code | 18 Grade/Level | 19 Step/Rate | 20 Total Salary/Award | 21 Pay Basis |
|---|---|---|---|---|---|
| KA | 3502 | 01 | 01 | 13.54 | PH |

| 20A Basic Pay | 20B Locality Adj | 20C Adj Basic Pay | 20D Other Pay |
|---|---|---|---|
| 13.54 | | 13.54 | |

**14. Name and Location of Position's Organization:**

**22. Name and Location of Position's Organization:**
4520(3180)
PRODUCTION DEPARTMENT
OFF OF THE PRODUCTION MANAGER
DELIVERY SECTION
SHIFT 1

## EMPLOYEE DATA

- **23. Veterans Preference:** 1  (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%)
- **24. Tenure:** 2  (0-None, 1-Permanent, 2-Conditional, 3-Indefinite)
- **25. Agency Use:**
- **26. Veterans Preference for RIF:** YES / NO
- **27. FEGLI:** C0 BASIC LIFE ONLY
- **28. Annuitant Indicator:** 9 NOT APPLICABLE
- **29. Pay Rate Determinant:** 0
- **30. Retirement Plan:** K FERS & FICA
- **31. Service Comp. Date (Leave):** 02-25-02
- **32. Work Schedule:** F FULL-TIME
- **33. Part-Time Hours Per Biweekly Pay Period:**

## POSITION DATA

- **34. Position Occupied:** 1  (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved)
- **35. FLSA Category:** N  (E-Exempt, N-Nonexempt)
- **36. Appropriation Code:**
- **37. Bargaining Unit Status:** 0140
- **38. Duty Station Code:** 110010001
- **39. Duty Station** (City-County-State or Overseas Location): WASHINGTON

**40. AGENCY DATA:**
**41.**
**42.** SUPV CD 8
**43.** EMP# 21190
**44.**

**45. Remarks:**

SALARY UNDER 44 USC 305
APPOINTMENT AFFIDAVIT EXECUTED 02-25-02.

APPOINTMENT IS SUBJECT TO COMPLETION OF ONE-YEAR INITIAL PROBATIONARY
PERIOD BEGINNING 02-11-02.
POSITION IS AT THE FULL PERFORMANCE LEVEL.
CREDITABLE MILITARY SERVICE: 2 YEARS 0 MONTHS.
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED.
SERVICE COUNTING TOWARD CAREER TENURE FROM 02-11-02.
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS.
FROZEN SERVICE: 0 YEARS 0 MONTHS.
MAILING ADDRESS:
1639 MONTELLO AVE
WASHINGTON  DC 20002

**46. Employing Department or Agency:** U. S. GOVERNMENT PRINTING OFFICE 2040I
**47. Agency Code:** GP00
**48. Personnel Office ID:** 2966
**49. Approval Date:** 02-25-02
**50. Signature/Authentication and Title of Approving Official:** EXHIBIT 22 p.13  DIRECTOR OF PERSONNEL

TURN OVER FOR IMPORTANT INFORMATION
Part 50-315

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

**1. Name (Last, First, Middle):** DANIELS, NATHANIEL JR
**2. Social Security Number:** [redacted]
**3. Date of Birth:** 12-22-47
**4. Effective Date:** 09-08-02

## FIRST ACTION
- **5-A. Code:** 893
- **5-B. Nature of Action:** WITHIN GRADE INCREASE
- **5-C. Code:** QWM
- **5-D. Legal Authority:** REG 531.404
- **5-E. Code:**
- **5-F. Legal Authority:**

## SECOND ACTION
- **6-A. Code:**
- **6-B. Nature of Action:**
- **6-C. Code:**
- **6-D. Legal Authority:**
- **6-E. Code:**
- **6-F. Legal Authority:**

**7. FROM: Position Title and Number:** PRINTING PLANT WORKER
POS NO. 40475   PD NO. 009228

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| KA | 3502 | 01 | 01 | 13.74 | PH |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 13.74 | | 13.74 | |

**14. Name and Location of Position's Organization:**
4520(3180)
PRODUCTION DEPARTMENT
OFF. OF THE PRODUCTION MANAGER
DELIVERY SECTION
SHIFT 1

**15. TO: Position Title and Number:** PRINTING PLANT WORKER
POS NO. 40475   PD NO. 009228

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| KA | 3502 | 01 | 02 | 14.92 | PH |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| 14.92 | | 14.92 | |

**22. Name and Location of Position's Organization:**
4520(3180)
PRODUCTION DEPARTMENT
OFF. OF THE PRODUCTION MANAGER
DELIVERY SECTION
SHIFT 1

## EMPLOYEE DATA

**23. Veterans Preference:** 1 - None
**24. Tenure:** 2
**25. Agency Use:**
**26. Veterans Preference for RIF:** NO

**27. FEGLI:** X0 - BL + ADD (5X) + STD
**28. Annuitant Indicator:** 9 - NOT APPLICABLE
**29. Pay Rate Determinant:** 0

**30. Retirement Plan:** K - FERS & FICA
**31. Service Comp. Date (Leave):** 07-20-99
**32. Work Schedule:** F - FULL-TIME
**33. Part-Time Hours Per Biweekly Pay Period:**

## POSITION DATA

**34. Position Occupied:** 1 - Competitive Service
**35. FLSA Category:** N - Nonexempt
**36. Appropriation Code:**
**37. Bargaining Unit Status:** 0140

**38. Duty Station Code:** 110010001
**39. Duty Station:** WASHINGTON

**40. AGENCY DATA:**
**41.**
**42.** SUPV CD 8
**43.** EMP# 21190
**44.**

**45. Remarks:**
SALARY UNDER 44 USC 305

**Employing Department or Agency:** U. S. GOVERNMENT PRINTING OFFICE 20401
**Agency Code:** PU0
**48. Personnel Office ID:** 2930
**49. Approval Date:** 09-06-02
**50. Signature/Authentication and Title of Approving Official:** DIRECTOR OF PERSONNEL