**PPW (MOTOR VEHICLE OPERATOR) THIS IS A TEMPORARY POSITION**

PPW (Motor Vehicle Operator) KA-5703-05
Production Department, Office of the Production
Manager, Delivery Section, Shift 1

VACANCY ANNOUNCEMENT: 02-242
OPEN: 08/30/02
CLOSE: 09/16/02

| Name | Current Position Title | Grade |
|---|---|---|
| Brian B. Cornric | Printing Plant Worker | |
| Address | City | State | Zip Code | Daytime Telephone # |
| [illegible] Mantica Dr. | D[illegible] Heights | CA | [redacted] | [redacted] |

Type of Current Appointment

( ) Temporary   ( ) Career or Career Conditional   ( ) Excepted (Schedule A)   ( ) Excepted (Veterans)

**NOTE TO APPLICANT:** Please answer each question in the space provided following each of the questions. You may use additional sheets of plain paper, if necessary. Please PRINT LEGIBLY or TYPE.

a. Have you ever worked in a job where you were required to drive a delivery truck?

  X  Yes   ___ No    If YES, please explain fully.

Did a ten Capacity Truck, Chevy step van with a 5th capacity various other sizes of trucks

b. What were your responsibilities in driving the trucks listed?

Making sure the deliveries were delivered in a safe manner, making sure my truck was in good and safe working condition

c. Where (list companies) did you perform these duties?

Contracted by Jones Operation and maintenance Corp. to USPS in Albany, CA.

d. How many months or years did you do this kind of work?

___ MONTHS    5   YEARS

e. Have you ever had to follow oral and written instructions?

GOVERNMENT EXHIBIT B

2. Have you ever had to follow oral and written instructions?

   _X_ Yes  ___ No   If YES, please explain fully.

   a. Give two examples of any oral instructions you have had to follow in order to get a job done.

   1) Supervisor instructed me to go get a hand truck on a flatbed to facilitate
   loading while tracking as a helpful for my driver. He gives me oral
   instructions on where to put deliveries and how to stamp items into channels.

   2) According with GPO policies.

   Give two examples of any written instructions you have had to follow in order to get a job done.

   1) Driver gives me a written ticket with instructions on Ave
   to deliver the work. I also follow instructions on GPO Labels.

3. Have you ever worked in a job where you had to observe safe driving procedures and precautions?

   _X_ Yes  ___ No   If YES, please explain fully.

   Delivery

   a. What kind of work did you do?

   Delivery

   b. What safety procedures did you follow to avoid accidents?

   Obeying all speed limits, always preparing to stop when I saw a yellow
   traffic light, and coming to a full stop at all stop signs.

   c. What safety precautions did you take to avoid accidents?

   Coming to full stops at all red lights, coming my horn on right turn signals
   when changing lanes. Never exceeding the speed limit.

   d. How many months or years did you do this kind of work?

   ___ MONTHS   5 YEARS

4. Have you ever performed duties where you had to identify and report on minor motor vehicle or machinery problems and malfunctions?

    X   Yes     ___ No   If YES, please explain fully:

a. What kind of work did you do where you had to identify problems or malfunctions?

Truck delivery/delivery person

b. What kinds of problems or malfunctions did you identify and report on?

Lew oil, Low Banke Fluid, Broken Headlights.

c. Where did you get this experience?

While working as a delivery person

d. How many months or years did you do this kind of work?

___ Months   5 Years

5. Have you ever worked in a job where you had to maintain accurate records?

☒ Yes   ☐ No   If YES, please explain fully:

a. What kind of records did you maintain?

Mileage on Trucks
Preventive Maintenance Records.

b. What were your responsibilities to maintain records?

To make sure trucks worked in an efficient manner.

c. Where did you get this experience?

Been working as a delivery person and the
years from 1969 to 1987

d. How many months or years did you work where you had to maintain records?

___ Months   9 Years

6. Have you ever loaded or unloaded items onto or from trucks?

   X  YES _____  NO  If YES, please explain fully:

   a. What kind of items did you load/unload?

   While as a delivery person/Driver for Janitorial service, I unloaded equipment and cleaning equipment. While working as CISO I load and unload skills, cartons and pallets.

   b. What were your responsibilities to load/unload items?

   I made sure deliveries were loaded and unloaded in a proper manner.

   c. What did you use (equipment) etc., to load/unload the items?

   Electric/Power Jack Hand Truck
   I also used hand trucks and by hand.

   d. Did you load/unload items by hand?

   X  YES _____ NO  If YES, what were your responsibilities?

   e. Where did you acquire this type of experience?

   4 years while in the U.S.M.C.
   1 year at CDS, and
   4 years in California

   f. How many months or years did you do this kind of work?

   _____ MONTHS  9  YEARS

7. Have you ever received an award while working for the Federal Government? ___ Yes  _X_ No (If yes please check the appropriate boxes below as to the type of award(s) received. For each type specify the years received and whether or not it was a Cash Award.) NOTE: Letters of Appreciation are NOT considered awards and should not be listed.

**Awards**

| Awards | Year(s) Received | Cash Award |
|---|---|---|
| Outstanding Performance Award | _____ | Yes ___ No ___ |
| Special Achievement Award | _____ | Yes ___ No ___ |
| Quality Step Increase | _____ | Yes ___ No ___ |
| Approved Suggestions | _____ | Yes ___ No ___ |
| Other GPO Awards (Give Names) | | |
| _____ | _____ | Yes ___ No ___ |
| _____ | _____ | Yes ___ No ___ |
| _____ | _____ | Yes ___ No ___ |

Have you ever taken courses or training that were related to the position for which you are applying? ___ Yes ___ No (If yes, please complete the following.) NOTE: On-the-Job Training should NOT be listed.

| Title of Course/Training | Total Hours | Location of Course/Training | Completed | Certificate of Completion Received |
|---|---|---|---|---|
| Harassment Preventive Mgmt. | 80 | GSA (contracted) | yes | yes |
| Anti-driving Course | 80 | California (USMC) | yes | yes |
| Driving in hazardous conditions | 80 | California (USMC) | yes | yes |
| Driving Obstacle course | 80 | California (USMC) | yes | yes |
| Pre Safety | | | | |

I CERTIFY that all of the statements made in this application are true, complete, and correct to the best of my knowledge and belief and are made in good faith.

In completing this form, look it over carefully to make sure that you have answered every question. Be sure that you have given complete information about your experience. You cannot be given credit for work you do not tell us about.

Signature of Applicant: _[signature]_   Date: _7-16-02_

## UNITED STATES GOVERNMENT PRINTING OFFICE
## EMPLOYEE PERFORMANCE RATING

rm 2970
36)

| | |
|---|---|
| MOLE, LAMAR D | DIVISION/SECTION/SHIFT: PRODUCTION DEPARTMENT OFF OF THE PRODUCTION MANAGER DELIVERY SECTION |
| PRINTING PLANT WORKER | |
| DE/STEP /02 | EMPLOYEE NO. EMP. NO. 33160 | 4520 |

EASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

### PERFORMANCE RATINGS FOR INDIVIDUAL ELEMENTS

| JOB ELEMENTS | "C"/"N" | O | FS | U |
|---|---|---|---|---|
| No. 1 | C | ☒ | ☐ | ☐ |
| No. 2 | C | ☒ | ☐ | ☐ |
| No. 3 | N | ☒ | ☐ | ☐ |
| No. 4 | N | ☒ | ☐ | ☐ |
| No. 5 | N | ☒ | ☐ | ☐ |
| No. 6 | N | ☒ | ☐ | ☐ |
| No. 7 | | ☐ | ☐ | ☐ |
| No. 8 | | ☐ | ☐ | ☐ |

SUMMARY RATING FOR THE PERIOD OF 1/28/02 THROUGH 9/12/02

| ☒ Level 5 (OUTSTANDING) | ☐ Level 4 (EXCELLENT) | ☐ Level 3 (FULLY SUCCESSFUL) | ☐ Level 2 (MARGINAL) | ☐ Level 1 (UNACCEPTABLE) |
|---|---|---|---|---|

SIGNATURES:

SUPERVISOR: [signature] 9/12/02
NAME, TITLE, AND DATE

REVIEWERS: Lamance Dudley, Chief 9/12/02 | Carmen Thomas 9/12/02
NAMES, TITLES AND DATES                    BUDGET OFFICIAL

EMPLOYEE: [signature] 9-12-02
NAME AND DATE

GPO Form 2969
(R 10-86) P.58204-2

**UNITED STATES GOVERNMENT PRINTING OFFICE**
# EMPLOYEE PERFORMANCE PLAN

Page 1 of 2

**NAME:** GAMBLE, LAMAR   EMP. NO: [redacted]

**TITLE:** PPW (MOTOR VEHICLE OPERATOR HELPER)

**GRADE/STEP:** KA-01

**DIVISION/SECTION/SHIFT:**
PRODUCTION DEPARTMENT
OFFICE OF THE PRODUCTION MANAGER
DELIVERY SECTION

4520

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

**[C] JOB ELEMENT 1** Assist truck drivers in delivery of materials.

**FULLY SUCCESSFUL STANDARD**
Quality of assistance does not cause less than (3) trips daily from loading dock during rating period.

**[C] JOB ELEMENT 2** Loading and Unloading Cargo.

**FULLY SUCCESSFUL STANDARD**
No more than (2) substantiated complaints regarding damage cargo due to carelessness of incumbent during rating period.

**[N] JOB ELEMENT 3** Uniforms and Safety Shoes.

**FULLY SUCCESSFUL STANDARD**
Wear authorized GPO uniforms and safety shoes in a neat, clean and presentable manner with no more than (2) admonishments for either, per rating period.

**SIGNATURES**

SUPERVISOR: Paul Kirby, Asst. Chief, 9/12/02
NAME, TITLE, AND DATE

REVIEWER: Lumance Dudley, Chief 9/12/02
NAME, TITLE, AND DATE

EMPLOYEE: [signature] 9.12.02
NAME AND DATE

PART 1 - EMPLOYMENT COPY

GPO Form 2963a
(P 10-96)

# UNITED STATES GOVERNMENT PRINTING OFFICE
# EMPLOYEE PERFORMANCE PLAN

Instructions: This is a supplement to GPO Form 2969, please refer to that form for instructions before completing this form.

PAGE 2 OF 2

NAME: GAMBLE, LAMAR

EMP. NO.: [redacted]

TITLE: PPW (MOTOR VEHICLE OPERATOR HELPER)

GRADE/STEP: KA-01

DIVISION/SECTION/SHIFT:
PRODUCTION DEPARTMENT
DELIVERY SECTION
SHIFT 1

**JOB ELEMENT 4** [N]
Dependability

FULLY SUCCESSFUL STANDARD
Carries out all work related instructions of truck drivers and work leaders in a timely manner.

**JOB ELEMENT 5** [N]
Observes all safety procedures.

FULLY SUCCESSFUL STANDARD
No more than (2) complaints regarding failure to assist drivers of truck during maneuvers during rating period.

**JOB ELEMENT 6** [N]
Routine Preventive Maintenance.

FULLY SUCCESSFUL STANDARD
Responsible for checking engine oil levels, cooling systems fluids, tire pressure and air tank water drain.

**JOB ELEMENT 7**

FULLY SUCCESSFUL STANDARD

**JOB ELEMENT 8**

FULLY SUCCESSFUL STANDARD

INITIAL AND DATE    SUPERVISOR: [signature] 9/12/02    REVIEWER: [signature] 9/12/02    EMPLOYEE: [signature]

PART 1 - EMPLOYMENT COPY

**THIS IS AN IMPORTANT RECORD SAFEGUARD IT.**

| Field | Value |
|---|---|
| 1. LAST NAME-FIRST NAME-MIDDLE NAME | GAMBLE, Lamar Douglas |
| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | USMC |
| 2. SERVICE NUMBER | (redacted) |
| 3. SOCIAL SECURITY NUMBER | (redacted) |
| 5a. GRADE, RATE OR RANK | Cpl |
| 5b. PAY GRADE | E-4 |
| 5c. DATE OF RANK | 01 Jul 66 |
| 7. U.S. CITIZEN | ☒ YES ☐ NO |
| 8. PLACE OF BIRTH | Berkeley, California |
| 9. DATE OF BIRTH | 27 Feb 46 |
| 10a. SELECTIVE SERVICE NUMBER | N/A |
| 10b. SELECTIVE SERVICE LOCAL BOARD | N/A |
| 10c. DATE INDUCTED | N/A |
| 11a. TYPE OF TRANSFER OR DISCHARGE | Transferred to Marine Corps Reserve |
| 11b. STATION OR INSTALLATION | MCAS, El Toro, Santa Ana, California |
| 11c. REASON AND AUTHORITY | "202 - Expiration of Enlistment, paragraph 13258, Marine Corps Personnel Manual." |
| 11d. EFFECTIVE DATE | 26 Jun 67 |
| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | H&HS-3 MWHG-3, 3dMAW, MCAS, El Toro, Santa Ana, Calif |
| 13a. CHARACTER OF SERVICE | HONORABLE |
| 13b. TYPE OF CERTIFICATE ISSUED | None |
| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED | Marine Corps Reserve Data Services Center, 1500 E. Bannister Rd., Kansas City, Mo. 64131 |
| 15. REENLISTMENT CODE | RE-1 |
| 16. TERMINAL DATE OF RESERVE/UMT&S OBLIGATION | 26 Jun 69 |
| 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION — SOURCE OF ENTRY | ☒ ENLISTED (First Enlistment) |
| 17b. TERM OF SERVICE | 4 |
| 17c. DATE OF ENTRY | 27 Jun 63 |
| 18. PRIOR REGULAR ENLISTMENTS | None |
| 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC | Pvt E-1 |
| 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE | San Francisco, California |
| 21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE | (redacted) |
| 23a. SPECIALTY NUMBER & TITLE | 5563 - Bandsman Snare Drum |
| 23b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 152.046 - Musician Instrumental |

**22. STATEMENT OF SERVICE**

| | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a.(1) NET SERVICE THIS PERIOD | 04 | 00 | 00 |
| a.(2) OTHER SERVICE | 00 | 00 | 00 |
| a.(3) TOTAL | 04 | 00 | 00 |
| b. TOTAL ACTIVE SERVICE | 04 | 00 | 00 |
| c. FOREIGN AND/OR SEA SERVICE | 01 | 09 | 09 |

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED:
National Defense Service Medal
Good Conduct Medal

25. EDUCATION AND TRAINING COMPLETED: High School - 4 years - Commercial

26a. NON-PAY PERIODS/TIME LOST (Preceding Two Years): None
26b. DAYS ACCRUED LEAVE PAID: "01 Day"
27a. INSURANCE IN FORCE (NSLI or USGLI): ☐ YES ☒ NO
27b. AMOUNT OF ALLOTMENT: $ N/A
27c. MONTH ALLOTMENT DISCONTINUED: N/A
28. VA CLAIM NUMBER: N/A
29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE: ☒ $10,000 ☐ $5,000 ☐ NONE

30. REMARKS: Good Conduct Medal period commences 27Jun66

31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE: (redacted)

32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: /s/ Lamar D. Gamble

33. (Authorizing officer) G. J. PAPCIAK, 2ndLt, USMC, AdminO
34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: /s/ G J Papciak

DD Form 214 MC (1900)