**PPW (MOTOR VEHICLE OPERATOR) THIS IS A TEMPORARY POSITION**

PPW (Motor Vehicle Operator) KA-5703-05
Production Department, Office of the Production
Manager, Delivery Section, Shift 1

VACANCY ANNOUNCEMENT: 02-242
OPEN: 08/30/02
CLOSE: 09/16/02

| Name | Address | Current Position Title | City | Grade | State | Zip Code | Daytime Telephone # |
|---|---|---|---|---|---|---|---|
| DeShawn McMillan | [redacted] | PPW-Custodial Worker | | 3/3 | | | |

Type of Current Appointment

( ) Temporary    ( ) Career or Career Conditional    ( ) Excepted (Schedule A)    ( ) Excepted (Veterans)

*NOTE TO APPLICANT: Please answer each question in the space provided following each of the questions. You may use additional sheets of plain paper, if necessary. Please PRINT LEGIBLY or TYPE.*

1. Have you ever worked in a job where you were required to drive a delivery truck?

   X  Yes    ___ No    If YES, please explain fully:

   a) List the sizes and types or models of trucks you have driven.

   **The size of the truck was approximately ½ ton. The type of truck was a panel truck.**

   What were your responsibilities in driving the trucks listed?

   b) **My responsibilities were to deliver the merchandise to the to pick-up merchandise and return to appropriate place.**

   Where (list companies) did you perform these duties?

   c) **The companies I performed these duties were Peoples Drug Store and the Battery Place.**

   How many months or years did you do this kind of work?

   ___ MONTHS    2 YEARS

2. Have you ever had to follow oral and written instructions?

GOVERNMENT EXHIBIT 9

a. Have you ever had to follow oral and written instructions?

   X    Yes           No     If YES, please explain fully.

a. Give two examples of any oral instructions you have had to follow in order to get a job done.

2-a) 1. Oral instructions that were followed are telephone requests and complaints for service to a specific part of the building.

2. Informing other employees about changes regarding assignments, once my supervisor has informed me.

b. Give two examples of any written instructions you have had to follow in order to get a job done.

2-b) 1. Read list of daily assignment and complete them.

2. Read rules and regulations regarding safety precautions and complete each task assigned.

Have you ever worked in a job where you had to observe safe driving procedures and precautions?

   X    Yes           No     If YES, please explain fully.

a. What kind of work did you do?

In performing this job, I would drive from one location to another to deliver merchandise on 1ton truck and remove trash hoppers with the forklift from one section to another.

b. What safety procedures did you follow to avoid accidents?

The safety procedures I used were as followed: Make sure I had a valid driver's license; check the tire pressure; check windshield wiper blades; check to see if the horn was in working condition; make sure proper amount of oil was in vehicle and check to see if it had gas.

c. What safety precautions did you take to avoid accidents?

The safety precautions I would take to avoid a accident were as followed: Always be aware of my surroundings, always check the clearance, check overhead structure, wear seat belt, adjust mirrors and use horn when needed.

d. How many months or years did you do this kind of work?

             MONTHS     2     YEARS

4. Have you ever performed duties where you had to identify and report on minor motor vehicle or machinery problems and malfunctions?

    X  Yes    ____ No   If YES, please explain fully:

a) What kind of work did you do where you had to identify problems or malfunctions?

    a) **The work I performed was deliver store merchandise and moving trash hoppers.**

b) What kinds of problems or malfunctions did you identify and report on?

    b) **I would take the truck to the shop that the company was assigned to and/or inform my supervisor, and he or she would assign me to another truck, so they could send the truck to the shop themselves.**

c) Where did you get this experience?

    c) **I acquired this experience at Peoples Drug Store, "Battery Place", and GPO.**

d) How many months or years did you do this kind of work?

    ____ Months    **2**    Years

5. Have you ever worked in a job where you had to maintain accurate records?

   X   Yes          No   If YES, please explain fully:

   a. What kind of records did you maintain?

   The records I maintained were forms listed of the items for pick-up.

   b. What were your responsibilities to maintain records?

   My responsibilities were to log the records alphabetically, after I checked off the merchandise on the sheet, once I received the merchandise.

   c. Where did you get this experience?

   I acquired this experience at Peoples Drug Store, "Battery Place", and GPO.

6. How many months or years did you work where you had to maintain records?

   6   Months      2   Years

6. Have you ever loaded or unloaded items onto or from trucks?

   X  YES      NO    If YES, please explain fully:

a What kind of items did you load/unload?

  a) The items I load/unload are new and used auto parts and store merchandise.

b. What were your responsibilities to load/unload items?

  b) My responsibilities in loading/unloading items were to make sure when loading the merchandise, it was stacked properly, so that nothing would get damaged. When unloading, I was responsible to handle it with care and to load it on the hand truck properly, I always had to check off on merchandise list goods being loaded and unloaded.

c. What did you use (equipment) etc., to load/unload the items?

  c) The equipment I used was a Panel Truck and a forklift to load and unload.

d. Did you load/unload items by hand?

   X  YES      NO    If YES, what were your responsibilities?

e. Where did you acquire this type of experience?

  e) I acquired this experience at Peoples Drug Store and also at the "Battery Place".

f. How many months or years did you do this kind of work?

    MONTHS    2    YEARS

7. Have you ever received an award while working for the Federal Government?  Yes ___  No X  (If yes please check the appropriate boxes below as to the type of award(s) received. For each type specify the years received and whether or not it was a (Cash Award.) NOTE: Letters of Appreciation are NOT considered awards and should not be listed.

| Awards | Year(s) Received | Cash Award |
|---|---|---|
| Outstanding Performance Award | | Yes ___ No ___ |
| Special Achievement Award | | Yes ___ No ___ |
| Quality Step Increase | | Yes ___ No ___ |
| Approved Suggestions | | Yes ___ No ___ |
| Other GPO Awards (Give Names) | | Yes ___ No ___ |
| ___ | | Yes ___ No ___ |
| ___ | | Yes ___ No ___ |

8. Have you ever taken courses or training that were related to the position for which you are applying?  Yes ___  No X  (If yes, please complete the following.)
NOTE: On-the-Job Training should NOT be listed.

| Title of Course/Training | Total Hours | Location of Course/Training | Completed | Certificate of Completion Received |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

I CERTIFY that all of the statements made in this application are true, complete, and correct to the best of my knowledge and belief and are made in good faith.

After completing this form, look it over carefully to make sure that you have answered every question. Be sure that you have given complete information about your experience. You cannot be given credit for work you do not tell us about.

Signature of Applicant: _William McMillan_    Date: 9-16-02

## Knowledge Skills & Abilities

### The ability to do work of a printing Plant Worker without more than normal supervision.

Receives instructions from upper level management and immediate supervisor. I train lower level and new employees on Work performed. This requires me to plan my work schedule, establish deadlines, and prioritize my work load. I am fully aware of the responsibilities of a printing plant worker, and the production necessary to complete various task.

### Ability to drive light delivery trucks.

I have driven a panel truck with the size being approximately ½ ton.. I was responsible for delivering merchandise to the proper workstation and pickup merchandise and return to appropriate destination. I performed these duties at Peoples Drug Store and the battery place.

### Ability to follow instruction both oral and written.

I communicate orally and win writing daily while working in the building services Section. I communicate with co-workers, managers, other contractors, and the general population. I attend section meetings and staff meeting to discuss rules regulations, production, and performance. I write union reports, letters, memorandums and other correspondence when representing other employees.

### Knowledge of safe driving precautions to avoid injury to self and others.

I remove trash hoppers with forklift from one section to another. I ensured that my license was maintained and valid, I checked tire pressure, windshield fluid & blades, ensured horn was operable, checked oil level, and fuel. I was to be aware of surroundings, ensure proper clearance, check overhead structure, wore seatbelts, and adjust mirrors.

### Ability to identify minor problems and malfunctions to assure safety and service ability.

While working for the Drug store I had to take the company truck to the shop while my supervisor assigned me to another vehicle. I also identify problems with the equipment used in the Building services branch. This required me to report broken equipment to ensure a safe and serviceable environment.

### Ability to keep accurate records.

The records maintained were forms and reports in the order Division. I also kept these forms in alphabetical and numerical order. I checked merchandise report forms when delivered to other stores having the receiver to sign the manifest.

### Ability to hand weights and loads.

I handle weights and loads on a daily basis. The weight handled is up to 60 pounds or more. I bend stoop, reach, lift, pull, and carry materials and equipment. I have loaded and unloaded commercial vehicles.

GPO Form 2970
(R 10-86)

# UNITED STATES GOVERNMENT PRINTING OFFICE
## EMPLOYEE PERFORMANCE RATING

NAME: MCMILLAN, LESHAWN L
TITLE: PPW (CUSTODIAL WORKER)
GRADE/STEP: 03/03
EMPLOYEE NO: EMP. NO. 59991

DIVISION/SECTION/SHIFT:
ENGINEERING SERVICE
FACILITIES DIVISION
BUILDING SERVICES BRANCH

3400

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

### PERFORMANCE RATINGS FOR INDIVIDUAL ELEMENTS

| JOB ELEMENTS | "C"/"N" | O | FS | U |
|---|---|---|---|---|
| No. 1 | C | ☑ | ☐ | ☐ |
| No. 2 | N | ☑ | ☐ | ☐ |
| No. 3 | N | ☑ | ☐ | ☐ |
| No. 4 | C | ☑ | ☐ | ☐ |
| No. 5 | — | ☐ | ☐ | ☐ |
| No. 6 | — | ☐ | ☐ | ☐ |
| No. 7 | — | ☐ | ☐ | ☐ |
| No. 8 | — | ☐ | ☐ | ☐ |

SUMMARY RATING FOR THE PERIOD OF 10-1-2000 THROUGH 9-30-2001

☑ Level 5 (OUTSTANDING)   ☐ Level 4 (EXCELLENT)   ☐ Level 3 (FULLY SUCCESSFUL)   ☐ Level 2 (MARGINAL)   ☐ Level 1 (UNACCEPTABLE)

SIGNATURES:

SUPERVISOR: [signature] NAME, TITLE AND DATE

REVIEWERS: [signatures] NAMES, TITLES AND DATES      BUDGET OFFICIAL

EMPLOYEE: [signature] NAME AND DATE

DeShawn McMillan

October 25, 2002

## CONDITIONS FOR TEMPORARY PROMOTION

I the undersigned fully understand the conditions set forth below in connection with the Temporary Promotion:

From: <u>Printing Plant Worker (Custodial Worker)</u>
To:   <u>Printing Plant Worker (Motor Vehicle Operator)</u>

1. I will not have grade or salary retention rights to this temporary <u>Printing Plant Worker (Motor Vehicle Operator)</u> position if I am returned to my former position of <u>Printing Plant Worker (Custodial Worker)</u>.

2. This Temporary Promotion may be terminated at the discretion of the Office without advance notice.

3. I am willing to accept the temporary promotion under the conditions cited above.

_____
SIGNATURE

_____10/28/02_____
DATE