*PPW (MOTOR VEHICLE OPERATOR) THIS IS A TEMPORARY POSITION*

PPW (Motor Vehicle Operator) KA-5703-05
Production Department, Office of the Production
Manager, Delivery Section, Shift 1

VACANCY ANNOUNCEMENT: 02-242
OPEN: 08/30/02
CLOSE: 09/16/02

| Name | | | |
|---|---|---|---|
| CHRISTOPHER SILAS | | | |
| Address | | | |
| | City | State | Zip Code |

Current Position Title: PRINTING PLANT WORKER    Grade: WB-3    Daytime Telephone #

Type of Current Appointment

O Temporary    O Career or Career Conditional    O Excepted (Schedule A)    O Excepted (Veterans)

*NOTE TO APPLICANT: Please answer each question in the space provided following each of the questions. You may use additional sheets of plain paper, if necessary. Please PRINT LEGIBLY or TYPE.*

1. Have you ever worked in a job where you were required to drive a delivery truck?

   Yes        No        If YES, please explain fully.

   SEE ATTACHMENT

2. What were your responsibilities in driving the trucks listed?

3. Where (list companies) did you perform these duties?

4. List the sizes and types or models of trucks you have driven.

5. How many months or years did you do this kind of work?

   ____ MONTHS    ____ YEARS

6. Have you ever had to follow oral and written instruction?

GOVERNMENT EXHIBIT 10

2. Have you ever had to follow oral and written instructions?

_____ Yes   _____ No   If YES, please explain fully.

a. Give two examples of any oral instructions you have had to follow in order to get a job done.

b. Give two examples of any written instructions you have had to follow in order to get a job done.

3. Have you ever worked in a job where you had to observe safe driving procedures and precautions?

_____ Yes   _____ No   If YES, please explain fully.

a. What kind of work did you do?

b. What safety procedures did you follow to avoid accidents?

c. What safety precautions did you take to avoid accidents?

d. How many months or years did you do this kind of work?

MONTHS   YEARS

4. Have you ever performed duties where you had to identify and report on minor motor vehicle or machinery problems and malfunctions?

    Yes      No   *If YES, please explain fully:*

a. What kind of work did you do where you had to identify problems or malfunctions?

b. What kinds of problems or malfunctions did you identify and report on?

c. Where did you get this experience?

d. How many months or years did you do this kind of work?

    Months      Years

5. Have you ever worked in a job where you had to maintain accurate records?

    Yes _____    No _____   If YES, please explain fully:

  a. What kind of records did you maintain?

  b. What were your responsibilities to maintain records?

  c. Where did you get this experience?

  d. How many months or years did you work where you had to maintain records?

    _____ Months    _____ Years

6. Have you ever loaded or unloaded items onto or from trucks?

   YES ____   NO ____   If YES, please explain fully:

   a. What kind of items did you load/unload?

   b. What were your responsibilities to load/unload items?

   c. What did you use (equipment) etc., to load/unload the items?

   d. Did you load/unload items by hand?

   YES ____   NO ____   If YES, what were your responsibilities?

   e. Where did you acquire this type of experience?

   f. How many months or years did you do this kind of work?

   ____ MONTHS   ____ YEARS

7. Have you ever received an award while working for the Federal Government? _____ Yes _____ No (If yes, please check the appropriate boxes below as to the type of award(s) received. For each type specify the years received and whether or not it was a Cash Award.) NOTE: Letters of Appreciation are NOT considered awards and should not be listed.

| Awards | Year(s) Received | Cash Award |
|---|---|---|
| Outstanding Performance Award | _____ | ___ Yes ___ No |
| Special Achievement Award | _90 - 92_ | _x_ Yes ___ No |
| Quality Step Increase | _____ | ___ Yes ___ No |
| Approved Suggestions | _____ | ___ Yes ___ No |
| Other GPO Awards (Give Names) | _____ | ___ Yes ___ No |
|  | _____ | ___ Yes ___ No |
|  | _____ | ___ Yes ___ No |

8. Have you ever taken courses or training that were related to the position for which you are applying? _____ Yes _____ No (If yes, please complete the following.)
NOTE: On-the-Job Training should NOT be listed.

| Title of Course/Training | Total Hours | Location of Course/Training | Completed | Certificate of Completion Received |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

In completing this form, look it over carefully to make sure that you have answered every question. Be sure that you have given complete information about your experience. You cannot be given credit for work you do not tell us about.

I CERTIFY that all of the statements made in this application are true, complete, and correct to the best of my knowledge and belief and are made in good faith.

Signature of Applicant: _Christopher A. Yves_   Date: _9-16-02_

PPW(MOTOR OPERATOR)
ANNOUNCEMENT NO. 02-242

1. yes, My responsible at the Fairfax Country Water Authority was to drive various delivery trucks to work sites.

   (a) I have driven Ford Panel Van, 5-ton International Dump Truck, L-Body International, Stack body, Ford Pickup 1 ton

   (b) My responsibility was to make sure the truck was in good running condition before I was to drive such as to pre-trip inspection by checking all major fluids pre up to standard check tire pressure, check wipers, lights turn signals etc. get trip tickets to know were I'm going ability to read maps, and post trip inspections.

   (c) Fairfax County Water Authority, City to Alexandra VA, and Arlington County Va Dept of Public Works, and Army Corps of Engineers

   (d) 20 years and 6 months.

2. yes

   (a) On a daily basis I was told by the Supervisors as to which truck to load and what supplies need to be delivered.

   I was told to check the truck to make sure that the fluids are up to standards.

   (b) I was given daily manifest to read to find out where we are working for that day.

   Also, was given written instructions as to what to pickup at the warehouse.

3. (a) yes, Truck driver/ Motor vehicle operator

   (b) Obey all traffic signals and signs, make sure I have ample braking time distance in front of me, proper speed limit especially in inclement weather, make sure wipers and lights work properly.

   (c) Obey all signals and signs, speed limit and weather conditions yield to pedestrians, and any legal or illegally parked vehicle.

   (d) 20 years and 6 months

4. yes, Truck driver Motor vehicle operator

   (a) Broken lights, pre-trip truck or van to ensure running condition keep vehicle cleaned inside and out, check brakes, check oil and fluid, wiper blades, batteries, lights broken reflectors and fuel. And report problems to the immediate supervisor.

(c) I gained by experience by working with Arlington County Va Dept of Public Works and the City of Alexandra Va Fairfax County Water Authority, and Corps of Engineer

(d) 20 years and 6 months

5. yes

(a) I recorded what type of work was done, tools and material to be used to complete the job.

(b) Kept track of job orders, mileage, quality/quantity of work and what was needed and how much materials is being used.

(c) I gained my experience by working with the Army Corps of Engineers, Arlington County, Va Dept of Public Works and Fairfax County of Virginia Water Authority

(d) 20 years and 6 months

6. yes.

(a) I load/unload duct tile pipes, fittings, cooper, tools and generators, books and paper up to 50 lbs and more.

(b) My responsibility to was load/unload items from various warehouses and trucks to be delivered to various work sites.

(c) I had to load/unload various items using a forklift, backhoe, and hand truck or whatever equipment is feasible to load/unload the items.

(d) yes. I load/unload pipes and shovels, sledge hammer, skids and pallets.

(e) I acquire my experience at the GPO and the Fairfax County Water Authority in Alexandra Va and Arlington County, VA Dept to Public Works

(f) 20 years and 6 months

PPW (MOTOR VEHICLES OPERATOR)
ANNOUNCEMENT NO. 02-242

RANKING FACTORS

PRINTING PLANT WORKER (MOTOR VEHICLE OPERATOR)

1. ABILITY TO DO THE WORK OF A PRINTING PLANT WORKER (MOTOR VEHICLE OPERATOR) WITHOUT MORE THAN NORMAL SUPERVISION.

IN MY FORMER POSITION AS A LABORER FOR THE FAIRFAX COUNTY WATER AUTHORITY. MY RESPONSIBILITY WAS TO OPERATOR VARIOUS LIGHT AND HEAVY MOTOR VEHICLES DELIVERING WORK TO VARIOUS WORK SITES WITHOUT NORMAL SUPERVISION ON A DAILY BASIS.

2. ABILITY TO DRIVE LIGHT DELIVERY TRUCKS.

WHILE WORKING FOR THE FAIRFAX COUNTY WATER AUTHORITY. I WAS REQUIRED TO DRIVE VARIOUS LIGHT WEIGHT DELIVERY TRUCKS (I.E. FORD PANEL VAN. 5 TON INTERNATIONAL DUMP TRUCK, L-BODY INTERNATIONAL. STACK BODY. FORD PICK-UP 1 TON) AND DELIVERING MATERIALS, TOOLS AND MACHINERY AND SUPPLIES TO VARIOUS JOB SITES.

3. ABILITY TO FOLLOW INSTRUCTIONS. BOTH ORAL AND WRITTEN.

IN MY CURRENT POSITION (PPW) AND FORMER POSITION AS A LABORER. I'M GIVEN ORAL AND WRITTEN INSTRUCTIONS DAILY.

(A) I'M TOLD BY MY SUPERVISOR TO GO DOWN STAIRS TO DELIVERY SECTION TO PICKUP CARTONS THAT WAS SENT TO LIBRARY SECTION FROM THE HILL.

(B) ASKED BY VARIOUS EMPLOYEES IN THE SECTION TO MOVE TABLES OF BOOKS FROM END SHEETING MACHINES TO FLATBED CUTTERS.

(C) READ STORE ORDER FORMS IN ORDER TO PICKUP THE RIGHT SUPPLIES FROM STORES DIVISION.

(D) READ MANIFEST FORMS IN ORDER TO SEE WHERE SUPPLIES SHOULD BE DELIVERED.

PAGE 2

4. KNOWLEDGE OF SAFE DRIVING PRECAUTIONS TO AVOID INJURY TO SELF AND OTHERS.

MY KNOWLEDGE AS A DRIVER IS TO OBEY ALL TRAFFIC SIGNALS AND SIGNS. MY SURE THAT THE VEHICLE IS IN WORKING ORDER. MAKING SURE THAT ALL TIRES AND BRAKES, TURN SIGNALS AND LIGHTS, FLUIDS ARE CHECKED EVERY DAY BEFORE OPERATING THE VEHICLE.

5. ABILITY TO IDENTIFY AND REPORT MINOR VEHICLE PROBLEMS AND MALFUNCTIONS TO ASSURE SAFETY AND SERVICE ABILITY.

I DO A COMPLETE PRE-TRIP AND POST- TRIP SAFETY CHECK TO MAKE SURE THAT THE VEHICLE IS OPERATING SAFELY AND THE ALL MINOR PROBLEMS, SUCH AS LOW TIRE PRESSURE, CRACKED WINDOW SHIELD, AND BROKEN MIRRORS AND LOW FLUIDS ARE REPORTED TO THE SUPERVISORS IMMEDIATELY.

6. ABILITY TO KEEP ACCURATE RECORDS.

IN MY FORMER JOB AS AN LABORER FOR THE FAIRFAX COUNTY WATER AUTHORITY I HAD TO KEEP A DAILY MANIFEST OF THE SUPPLIES THAT I DELIVERED AND PICKED UP FROM THE VARIOUS WORK SITES. TO BE TURNED IN DAILY TO MY SUPERVISOR.

7. ABILITY TO HANDLE WEIGHTS AND LOADS.

IN MY FORMER AND PRESENT POSITION I'M REQUIRED TO LOAD AND UNLOAD WORK OF VARIOUS WEIGHTS . I'M ALSO REQUIRED TO DRIVE VARIOUS LIGHT WEIGHT TRUCK CAPABLE OF LOADS WEIGHING UP TO AND INCLUDING ONE TON.