# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

Form Approved
OMB No. 3206-0219

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| Printing Plant Worker (Motor Vehicle Operator) | KA-5703-05 | 02-242 |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| Williams | Derron Thomas | ▓▓▓ |

| 6 Mailing address | | | 7 Phone numbers (include area code) |
|---|---|---|---|
| ▓▓▓ | | | Daytime ▓▓▓ |
| City | State | ZIP Code | Evening ▓▓▓ |

## WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

**1)** Job title (if Federal, include series and grade)
Printing Plant Worker   KA-3502-01

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 6/3/02 | present | $ 13.74 | hr | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Government Printing Office  North Capital and H st., N.W. 20041 | Mr. Paul Kirby  ( 202 ) 512-0614 |

Describe your duties and accomplishments

Load and Unload delivery trucks and related duties.
Assist truck driver with pick-up and delivers.

**2)** Job title (if Federal, include series and grade)
Professional Mover/Leader

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 4/97 | 6/01 | $ 12.13 | hr | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Allstate Professional Mover Company  4852 Stamp Road  Temple Hill Maryland 20747 | Mr. Albert Freeman  ( 301 ) 899-5126 |

Describe your duties and accomplishments

SOME OF MY DUTIES INVOLVED: (1) LOADING AND UNLOADING MOVING TRUCKS AT DIFFERENT GOVERNMENT AGENCIES, (2) LIFTING AND STAACKING BOXES ON SKIDS, (3) WORKING AT THE LOADING DOCKS AND USING A VARIOUS MOVING EQUIPMENT SUCH AS DOLLIES, FORKLIFTS ETC., (4) ASSSEMBLING FURNITURE. (5) AS A CREW LEADER I ASSIGN WORK TO OTHER MOVER, (6) DRIVING THE MOVING VEHICLES.


GOVERNMENT EXHIBIT 11

**GENERAL INFORMATION**

Optional Form 612 (September 1994) (EG)
U S Office of Personnel Management

9 May we contact your current supervisor?  YES [✓]  NO [ ]  ▶ If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

10 Mark highest level completed.   Some HS [ ]   HS/GED [✓]   Associate [ ]   Bachelor [ ]   Master [ ]   Doctoral [ ]

11 Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received

ANACOSTA HIGH SCHOOL  WASHINGTON D. C. 20020        1990

12 Colleges and universities attended. Do not attach a copy of your transcript unless requested

| Name | Total Credits Earned | Major(s) | Degree - Year |
| | Semester / Quarter | | (if any) Received |
|---|---|---|---|
| 1) | | | |
| City / State / ZIP Code | | | |
| 2) | | | |
| 3) | | | |

## OTHER QUALIFICATIONS

13 Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc. Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards.) Give dates, but do not send documents unless requested.

1999 RECEIVED CASH BONUS AND APPRECIATION CERTIFICATE.
2000 RECEIVED CASH BONUS AND APPRECIATION CERTIFICATE.

## GENERAL

14 Are you a U.S. citizen?   YES [✓]   NO [ ] ▶ Give the country of your citizenship. _____

15 Do you claim veterans' preference?  NO [✓]   YES [ ] ▶ Mark your claim of 5 or 10 points below.
   5 points [ ] ▶ Attach your DD 214 or other proof.   10 points [ ] ▶ Attach an Application for 10-Point Veterans' Preference (SF 15) and proof required.

16 Were you ever a Federal civilian employee?
   NO [ ]   YES [✓] ▶ For highest civilian grade give:   Series KA   Grade 01   From (MM/YY) 06/02   To (MM/YY) 09/02

17 Are you eligible for reinstatement based on career or career-conditional Federal status?
   NO [ ]   YES [✓] ▶ If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

18 I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE _[signature]_         DATE SIGNED  9-13-02

ANNOUNCEMENT NUMBER:    02-242
POSITION:   PRINTING PLANT WORKER (MOTOR VEHICLE OPERATOR)

Derron Thomas Williams 

RANKING FACTORS:

1. As a Printing Plant Worker (GPO), I have been able to demonstrate my ability to work without more than normal supervision. As a professional mover with Allstate Professional Mover Company, I had sole responsibility for picking up and delivering different loads.

2. Working at Allstate Professional Mover Company, my daily job involved delivering and/or picking up a variety of items throughout Washington Metropolitan Area; driving large trucks and/or vans.

3. As a professional mover, I received job assignments both oral and written. Being ask to follow written instructions daily and calling in to the office to receive oral instructions from variety of point throughout the metropolitan area.

4. As the driver of the trucks, there was certain safety guideline I had to follow to insure the safety of others, myself, as well as cargo.

5. The experience I gain by working on my own vehicle has enable me to diagnose mechanical problems. This experience has given me the ability to report minor motor vehicle problems and malfunctions. Checking the safety of the vehicle usually entails, brake, lights, horn, steering, windshield wipers, battery, locks, tires and reading the instrument panel gauges, (gas, oil levels etc.).

6. As a driver for Allstate Professional Mover, another part of my responsibilities was maintaining a accurate manifest and mileage log.

7. As a professional mover, loading the truck by hand, fork truck, or with a dollies, it was my responsibility to load the truck properly to distribute the weight to prevent the shifting of the weight while driving especially during inclement weather. Driving a loaded truck, experience teaches you how to handle the sifting of the weight during turns and stops.

**PPM (MOTOR VEHICLE OPERATOR) THIS IS A PERMANENT POSITION**

(Motor Vehicle Operator) KA-5703-05
Section Department, Office of the Production
ger, Delivery Section, Shift 1

VACANCY ANNOUNCEMENT: 02-242
OPEN: 08/30/02
CLOSE: 09/16/02

| Name | Current Position Title | Grade |
|---|---|---|
| DeYon Thomas Williams | Printing Plant Worker | KA-3502-01 |

| Address | City | State | Zip Code | Daytime Telephone # |
|---|---|---|---|---|
| 41 Oakwood Street, SE | Washington | DC | 20032 | ▓▓▓▓ |

Type of Current Appointment

( ) Temporary   (X) Career or Career Conditional   ( ) Excepted (Schedule A)   ( ) Excepted (Veterans)

**NOTE TO APPLICANT:** Please answer each question in the space provided following each of the questions. You may use additional sheets of plain paper, if necessary. Please PRINT LEGIBLY or TYPE.

Have you ever worked in a job where you were required to drive a delivery truck?

X Yes      No    IF YES, please explain fully.

List the sizes and types or models of trucks you have driven.

26FT International Truck
20FT and 26FT Freightline Truck
Dodge 15 Passenger VAN

What were your responsibilities in driving the trucks listed?

1) The International Truck was used to pick-up and Deliver Loads to different Government Agencies
2) The Freightline Truck was use also to pick-up and deliver loads.
3) Drove the 15 passenger van to pick-up elderly church members to attend church services, activities.

Where (list companies) did you perform these duties?

[ ] drove the trucks for Allstate Professional Mover.
[ ] drove the 15 passenger van for Standard of Living Ministry Church.

How many months or years did you do this kind of work?

2   MONTHS      4   YEARS

1. Have you ever had to follow oral and written instructions?

    X     Yes    _____ No   If YES, please explain fully.

    Give two examples of any oral instructions you have had to follow in order to get a job done.

    1) My daily assignment after completing a deliver was to call in. Usually I received oral instructions to pick-up items. (Office furniture, computer equipments, etc.,). from one location and deliver to another.
    2) Most of my jobs consisted of oral instructions. Once I was told to go to storage warehouse to pick-up a safe and deliver to main State Dept loading dock and make sure a person in charge sign.

    Give two examples of any written instructions you have had to follow in order to get a job done.

    1) I was given written instructions to go to Federal Bureau Fo Prisons to Relocate a safe, remove a existing partition and install a new type of partition.
    2) I received written instructions to go to storage warehouse, load up multiple items to be delivered different location specify by the instructions.

2. Have you ever worked in a job where you had to observe safe driving procedures and precautions?

    X     Yes    _____ No   If YES, please explain fully.

    a. What kind of work did you do?
    As a Allstate Professional Mover, my responsibilities involved not only driving, but loading and unloading office furniture, safes, computer equipment, etc. Delivering said items to various government agencies and storage facilities. Job also involved assembling and disassembling a variety of items.

    b. What safety procedures did you follow to avoid accidents?
    (a) Driving at or below posted speed limits
    (b) Driving in a defensive mode, being observant of traffic sign and driving conditions
    (c) Check list of vehicle operating condition.

    c. What safety precautions did you take to avoid accidents?
    I always made a check of the vehicle condition prior to takingv the vehicle off the lot. Checklist usually includes, brakes, ligths, steering, terers, horn, and walking around the vehicles to check for dents and oil leaks and instrument panel gauges for gas, oil pressure etc.

3. How many months or years did you do this kind of work?

    2    MONTHS        4    YEARS

Have you ever performed duties where you had to identify and report on minor motor vehicle or machinery problems and malfunctions?

X  Yes        No  If YES, please explain fully:

a. What kind of work did you do where you had to identify problems or malfunctions?

Allstate Professional Mover/Truck Driver

b. What kinds of problems or malfunctions did you identify and report on?

1. I reported Drakes on the vehicle seem to be loosing pressure.
2. Reported turning signal not working.
3. Reported low oil pressure.

Where did you get this experience?

I gain this experience working with my uncle and older brother on rebuilding and repairing old vehicle.

How many months or years did you do this kind of work?

2  Months  4  Years

Have you ever worked in a job where you had to maintain accurate records?

X Yes    No    If YES, please explain fully:

- What kind of records did you maintain?

1) Manifest of items received and deliver.
2) Mileage log of vehicle
3) Gas receipts

- What were your responsibilities to maintain records?

1) Write in manifest the items pick-up, locations and destination
2) Time of pick-up and delivery.
3) Items pick-up or deliver was sign for by person in charge.

Where did you get this experience?

1) State Professional Mover Company.

How many months or years did you work where you had to maintain records?

Months  ,  4  ,  Years

Have you ever loaded or unloaded items onto or from trucks?

X YES   NO   If YES, please explain fully:

. What kind of items did you load/unload?

1) Office Furniture (Desks, chairs, file cabinets, etc.)
2) Boxes Marked fragile.

. What were your responsibilities to load/unload items?

My responsibilities included placing items on the truck in te order of delivering. curing the items to prevent damage.
Delivering items to loading docks as well as offices, and receiving signature for such delivers and pick-up.

. What did you use (equipment) etc., to load/unload the items?

Dollies, carts, fork truck and walk behind hydraulic lift.

. Did you load/unload items by hand?

YES   NO   If YES, what were your responsibilities?

. Where did you acquire this type of experience?

Allstate Professional Movers Company.

. How many months or years did you do this kind of work?

2 MONTHS   4 YEARS

Have you ever received an award while working for the Federal Government? Yes  X  No (If yes, please check the appropriate boxes below as to the type of award(s) received. For each type specify the years received and whether or not it was a Cash Award.) NOTE: Letters of Appreciation are NOT considered awards and should not be listed.

| | Year(s) Received | Cash Award |
|---|---|---|
| Outstanding Performance Award | | Yes ___ No ___ |
| Special Achievement Award | | Yes ___ No ___ |
| Quality Step Increase | | Yes ___ No ___ |
| Approved Suggestions | | Yes ___ No ___ |
| Other (IPO) Awards (Give Names) | | Yes ___ No ___ |

Have you ever taken courses or training that were related to the position for which you are applying? Yes ___ X No (If yes, please complete the following.) (On-the-Job Training should NOT be listed.)

| Course/Training | Total Hours | Location of Course/Training | Completed | Certificate of Completion Received. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

After completing this form, look it over carefully to make sure that you have answered every question. Be sure that you have given complete information about your experience. You will be given credit for work you do not tell us about.

I CERTIFY that all of the statements made in this application are true, complete, and correct to the best of my knowledge and belief and are made in good faith.

Signature Applicant: _Dawn W Williams_   Date: _9-13-02_

GPO Form 2970
(R 10-86)

UNITED STATES GOVERNMENT PRINTING OFFICE
# EMPLOYEE PERFORMANCE RATING

NAME: WILLIAMS, LEARON T

TITLE: PRINTING PLANT WORKER

GRADE STEP: C1/01

EMPLOYEE NO: EMP.NO. 97197

DIVISION/SECTION/SHIFT:
PRODUCTION DEPARTMENT
OFF OF THE PRODUCTION MANAGER
DELIVERY SECTION

-520

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

PERFORMANCE RATINGS FOR INDIVIDUAL ELEMENTS

| JOB ELEMENTS | TC/N | JOB ELEMENT RATING | | |
|---|---|---|---|---|
| | | O | FS | U |
| No. 1 | C | ☒ | ☐ | ☐ |
| No. 2 | C | ☒ | ☐ | ☐ |
| No. 3 | N | ☒ | ☐ | ☐ |
| No. 4 | N | ☒ | ☐ | ☐ |
| No. 5 | N | ☒ | ☐ | ☐ |
| No. 6 | N | ☒ | ☐ | ☐ |
| No. 7 | | ☐ | ☐ | ☐ |
| No. 8 | | ☐ | ☐ | ☐ |

SUMMARY RATING FOR THE PERIOD OF  6/03/02  THROUGH  9/12/02

☒ Level 5 (OUTSTANDING)   ☐ Level 4 (EXCELLENT)   ☐ Level 3 (FULLY SUCCESSFUL)   ☐ Level 2 (MARGINAL)   ☐ Level 1 (UNACCEPTABLE)

SIGNATURES:

SUPERVISOR: [signature] 9/13/02
NAME, TITLE AND DATE

REVIEWERS: [signatures] 7/12/
NAMES, TITLES AND DATES                    BUDGET OFFICIAL

EMPLOYEE: [signature]
NAME AND DATE

PART 3 - EMPLOYEE COPY

Derron T. Williams

October 25, 2002

CONDITIONS FOR TEMPORARY PROMOTION

I the undersigned fully understand the conditions set forth below in connection with the Temporary Promotion:

From: __Printing Plant Worker__

To: __Printing Plant Worker (Motor Vehicle Operator)__

1. I will not have grade or salary retention rights to this temporary Printing Plant Worker (Motor Vehicle Operator position if I am returned to my former position of Printing Plant Worker).

2. This Temporary Promotion may be terminated at the discretion of the Office without advance notice.

3. I am willing to accept the temporary promotion under the conditions cited above.

_____
SIGNATURE

__10-25-02__
DATE