CERT NO: 02-337
ANN NO: 02-243

UNITED STATES GOVERNMENT
# memorandum

**DATE:** October 2, 2002

**REPLY TO ATTN OF:** Human Resources Specialist

**SUBJECT:** Vacancy - One, **PPW (Motor Vehicle Operator), KA-5703-05,** Production Department, Office of the Production Manager, Delivery Section

**TO:** Chief, Delivery Section

The candidates for the subject vacancy, as determined by the provisions of GPO's **Federal Merit Promotion Program (FMPP)**, are listed below. In addition, candidates who requested consideration via reassignment or change-to-lower grade would also be listed. The applications are attached.

### FMPP CANDIDATES

1. Chandler, Mark
2. Daniels, Nathaniel Jr.
3. Gamble, Lamar D.
4. Petty, James Sr.
5. Watkins, Cynthia D.
6. Williams, Derron T.
7. Young, Rosita

You may select **1** of the **7** candidates. Selection must be made without regard to race, color, religion, sex, age, national origin, non-disqualifying handicap, politics, or any non-merit factor.

Please indicate your selection in the space provided below. Please obtain the appropriate approval signatures and return all papers to the Employment Branch within 30 days of the date of this memorandum or call me for an extension on 512-1193.

*[signature]*
**Kristina J. Kaptur**
Human Resources Specialist

Attachments

---

I recommend ___Lamar D. Gamble___ for this position.

_____    _10/16/02_
Signature                                  Date

Approved: _____    _____
Department/Service Head              Date

**GOVERNMENT EXHIBIT 12**

Cert. No.: 02-356  
Ann. No.: 02-242

**UNITED STATES GOVERNMENT**

# memorandum

**DATE:** October 2, 2002

**REPLY TO ATTN OF:** Human Resources Specialist

**SUBJECT:** Vacancy-Three, Printing Plant Worker (Motor Vehicle Operator) KA-5703-05, Temporary NTE 1 year, Production Department, Office of the Production Manager, Delivery Section.

**TO:** Chief, Delivery Section

The candidates for the subject vacancy, as determined by the provisions of GPO's Federal Merit Promotion Program (FMPP) are listed below. In addition, candidates who requested consideration via reassignment of change-to-lower grade may also be listed. Applications are attached.

**FMPP CANDIDATES (Alphabetical Order)**          **NON-COMPETITIVE**
1. Blalock, Anthony                                **NONE**
2. Daniels, Nathaniel
3. Gamble, Lamar D.
4. Graham, Bobby R.
5. Johnson, Aaron G.
6. McMillan, DeShawn
7. Perkins, Glen D.
8. Silas, Christopher
9. Williams, Derron T.

You may select 3 of 9 of the above candidates. Selection must be made without regard to race, color, religion, sex, age, national origin, non-disqualifying handicap, politics, or any non-merit factor.

Please indicate your selection in the space provided below and return all paperwork to the Employment Branch within 30 days or call for an extension on 512-1193.

*Kristina J. Kaptur* (signature)

**KRISTINA J. KAPTUR**
Human Resources Specialist
Attachment(s)

---

I recommend: __DeShawn McMillan__ , __Christopher Silas__

and __Derron T. Williams__ _____ for these positions.

_____   10/16/02
Signature                   Date

Approved: _____
Department/Service Head      Date

OPTIONAL FORM NO. 10