# Memorandum

**TO:** Chief, Employee Relations & Program Division
**DATE:** February 6, 2003
**FROM:** Chief, Delivery Section
**SUBJECT:** Additional information pertaining Mr. Nathaniel Daniels

On Wednesday morning February 5, 2003, I noticed three large partitions setup in the rear of Delivery platform. I asked both Messrs Paul J. Kirby and Lloyd C. Logan if they had authorized the partitions in Delivery Section, they both answered "No." I then proceeded to ask who placed the partitions in the area. Mr. Simms stated. " He thought Mr. Daniels placed those partitions back there." Approximately 10 minutes later, Mr. Daniels arrived back from his delivery. I called Mr. Daniels in and asked if he place those partitions in the rear of the platform. He stated, "yes." I then proceeded to explain GPO Instruction 655.4a under (Personal Conduct) # 33 and that the protocol is to initiate the proper action to transfer equipment/property, therefore the partitions were in violation of safety regulations. Mr. Daniels stated that he did not see anything wrong with having the partitions. I informed Mr. Daniels to take the partitions down. Approximately one half hour later, I noticed the partitions were still in place. I then instructed Mr. Simms to asked Mr. Daniels to take the partitions down and return them to Stores Division. After I returned from lunch, Mr. Kirby stated to me that Mr. Simms informed him that Mr. Daniels said tell Mr. Dudley to take the partitions down. According to Mr. Kirby, Mr. Daniels paused and stated "Ok." At 2:00 pm Mr. Daniels entered into my office and informed Mr. Kirby and myself that he had a meeting to attend and that he did not have a chance to hit labor or depart on time. I asked Mr. Daniels if he had taken those partitions down, he stated, "No, I will get them in the morning."

On Thursday February 6, 2003. Approximately 7:30 Mr. Lloyd C Logan informed me that Messrs. Howard G. Shade, Walter W. Lancaster, Ronald Woody and Nathaniel Daniels wanted to speak to me in reference to the partitions. I met with them and they wanted to know why they could not keep the partitions up. Once again I explained the protocol is to initiate the proper action to transfer equipment/property, therefore the partitions were in violation. At this time the partitions were still setup in the rear of delivery platform. During the meeting, I asked Mr. Daniels who helped him set the partitions up. He stated, "all of us." I then gave a direct order to the aforementioned names to take the partitions down and return them to Stores Division immediately.



GOVERNMENT EXHIBIT 13

Again, Mr. Daniels actions seem to cause unnecessary disruption in the work place.

*Terrance Dudley*
Terrance Dudley