

**U.S. GOVERNMENT PRINTING OFFICE**

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

July 29, 2003

In reply refer to:

GPO Case Number 03-21

Mr. Nathaniel Daniels, Jr.
5504 Daywalt Avenue
Baltimore, MD 21206

Dear Mr. Daniels:

This letter is to advise you that your formal complaint of discrimination filed on April 29, 2003, is accepted for processing. Based on our review of your formal complaint and the EEO Counseling Report, the following claims are to be investigated:

> Whether you were discriminated against because of your age (55), and subjected to reprisal actions because of your prior involvement in the EEO process when you were allegedly: (1) singled out and questioned by your supervisor on December 19, 2002 regarding a discussion that was taking place near the time clock, (2) sent home even though you had been scheduled to work overtime on February 1 and 2, 2003, and (3) on or about February 5, 2003, you were written up and subsequently terminated during your probationary period for moving salvaged material.

Please review the accepted claim carefully. If you are not satisfied with the accepted claim as stated, you may, within ten (10) calendar days of receipt of this letter,


GOVERNMENT EXHIBIT 14

732 North Capitol Street NW       Washington, DC 20401       http://www.gpo.gov

PAGE 2

If you request a final decision without a hearing, the Director, Equal Employment Opportunity Office, Government Printing Office, will issue a final decision, **within sixty (60) calendar days** of the agency's receipt of your request.

If you are not satisfied with the final agency decision, you may appeal that decision to the EEOC, **within thirty (30) calendar days** of your receipt of the decision, with a copy to the Director, Equal Employment Opportunity Office. Your appeal should be mailed to:

> Equal Employment Opportunity Commission
> Office of Federal Operations
> P.O. Box 19848
> Washington, DC 20036

You have the right to file a civil action in an appropriate United States District Court **after one hundred-eighty (180) calendar days** from the date of filing your complaint has passed, if the agency has not made a final decision, and no appeal has been filed. You have the right to file a civil action **within ninety (90) calendar days** of your receipt of the EEOC's decision, or **after one hundred-eighty (180) calendar days** of filing an appeal if EEOC has not rendered a final decision.

Under the Age Discrimination in Employment Act, you have the right to file a civil action in an appropriate Federal District Court, within ninety (90) calendar days of your receipt of the final agency decision, if no appeal has been filed.

You will continue to receive specific information as your complaint progresses. Enclosed for your information is a copy of the EEO Counselor's Report. If you have any questions regarding this matter, please contact me at (202) 512-2014.

Sincerely,

*[signature]*

JUANITA M. FLORES
Chief, Counseling and Complaints Processing

Enclosure

# COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT
## BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, OR HANDICAP
(Please Type or Print)

(FOR AGENCY USE) **03-21**

**1. WHAT IS YOUR (COMPLAINANT'S) FULL NAME?**
Nathaniel Daniels

**YOUR STREET ADDRESS (OR RD NUMBER OR POST OFFICE BOX NUMBER)**
500 Dorwart Ave

**YOUR CITY / STATE / ZIP CODE**
Baltimore, Maryland 21216

**2. WHAT IS YOUR TELEPHONE NUMBER INCLUDING AREA CODE?**
HOME PHONE: (410) 578-3126
WORK PHONE: (202) 512-0074

**3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU?** (Prepare a separate complaint form for each office which you believe discriminated against you.)

**A. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU:**
Delivery Section Dept

**B. STREET ADDRESS OF OFFICE:**
732 North Capitol Street

**C. CITY / STATE / ZIP CODE**
Washington, D.C. 20401

**D. NAME AND TITLE OF PERSON(S) YOU BELIEVE DISCRIMINATED AGAINST YOU (if you know):**
Mr. Terrance Dudley

**4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?**
☐ YES (ANSWER A, B, C AND D BELOW.)
☐ NO (CONTINUE WITH QUESTION 5.)

**A. NAME OF AGENCY WHERE YOU WORK:**
U.S. Government Printing Office

**B. STREET ADDRESS OF YOUR AGENCY:**
732 North Capitol Street

**C. CITY / STATE / ZIP CODE**
Washington DC 20401

**D. WHAT IS THE TITLE AND GRADE OF YOUR JOB?**
Printer Plant Worker grade 01

**5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE:**
MONTH 02 / DAY 25 / YEAR 03

**6. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST. BECAUSE OF YOUR:**
☐ HANDICAP, IF SO, STATE YOUR HANDICAP ____
☐ RACE, IF SO, STATE YOUR RACE ____
☐ COLOR, IF SO, STATE YOUR COLOR ____
☐ RELIGION, IF SO, STATE YOUR RELIGION ____
☐ NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN ____
☐ SEX, IF SO, STATE YOUR SEX ____
☒ Reprisal
☐ AGE, IF SO, STATE YOUR AGE ____ Termination/Reprisal
(Complaints of discrimination because of age apply only to employees or applicants who are at least 40 years of age at the time the discriminatory action is alleged to have occurred.)

**7. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE OR HANDICAP.** (For each allegation, please state to the best of your knowledge, information and belief what incident occurred and when the incident occurred. You may continue your answer on another sheet of paper if you need more space.)

My termination was due to my reprisal/retaliation because of my involvement in my earlier activity with the EEO process & in my last complaint the harassment stopped.

**8. (a) I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR** (See Instructions)
☒ YES   ☐ NO

**8. (b) NAME OF COUNSELOR:**
Ms. LaSheena Woods

**9. WHAT CORRECTIVE ACTION ARE YOU SEEKING?**
I am requesting a promotion position that pays over twenty dollars per hour.

**10. NAME AND TITLE OF PERSON(S) REPRESENTING YOU IN THE PROCESSING OF THIS COMPLAINT.**

**ADDRESS:**

**TELEPHONE NUMBER:**

**11. DATE OF THIS COMPLAINT**
MONTH 04 / DAY 29 / YEAR 03

**12. SIGN YOUR (COMPLAINANT'S) NAME HERE:**
Nathaniel Daniels

(SEE REVERSE SIDE OF FORM FOR INSTRUCTIONS)

*2003 APR 29 PM 12:11 EEO SERVICE*

# ATTACHMENT TO FORMAL COMPLAINT

### Item #7:

I believe that in retaliation for filing a previous EEO complaint, me and a co-worker who had also previously filed a complaint were singled out from a group of 5 employees on December 19, 2002. We were all talking near the time clock but only the two of us were called into Mr. Dudley's office and questioned about what we were talking about.

Additionally, on two separate incidents (February 1 and 2, 2003) I was scheduled to work overtime but was sent home. I believe these were further acts of reprisal because of my involvement in the EEO process.

Lastly, on February 5, 2003, I was instructed to move salvaged material back to its original location. The material was moved but on the next day I was written up because Mr. Dudley indicated that I did not move the material fast enough. This incident was used to remove me from federal service. Mr. Dudley had informed me after I initiated my first complaint that he could remove me or keep me. I viewed his comment as a threat because he knew that I was in counseling.

*Nathaniel Daniels*