UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATHANIEL DANIELS,                              )
                                                )
            Plaintiff,                          )
                                                )
      v.                                        )
                                                )  Civ. Act. No. 05-245 (GK)
WILLIAM H. TURRI, Acting Public Printer,        )
U.S. Government Printing Office,                )
                                                )
            Defendant.                          )
                                                )

## DECLARATION OF LUEANN C. GREEN

I, LueAnn C. Green, hereby declare:

1.      Before I retired from Federal service on December 31, 2005, I was a Supervisory Employee Relations Specialist and in charge of the Employee Relations and Programs Branch of the Government Printing Office. I became head of the Employee Relations and Programs Branch in 1997.

2.      I have been asked to provide this statement about the rescinded removal of the Plaintiff in the above-captioned matter, Nathaniel Daniels.

3.      My office wrote the February 21, 2003, letter removing Mr. Daniels from employment at GPO, a copy of which is attached to this Declaration and is also set forth at Tab 16 of the Report of Investigation compiled by GPO in response to Agency EEO Complaint No. 03-21.

4.      When I reviewed the February 21, 2003, letter after the date was to take effect, I noted that it made the effective date of his removal to be at 5:00 AM on February 25, 2003. This effective date was erroneous because Mr. Daniels' employment with GPO commenced on February 25, 2002, and his period of probationary employment ended on February 24, 2003. Consequently, I concluded that GPO could not remove Mr. Daniels for unsatisfactory performance during his probationary period if the removal took effect at any time after February 24, 2003.

5.      I do not know why the February 21, 2003, removal letter contained this error. After this erroneous date came to my attention, I believed I had no alternative but to cancel the removal and reinstate Mr. Daniels to employment at GPO with back pay. My office generated the April 9, 2003, letter attached to this Declaration and is also set forth at Tab 16 of the Report of Investigation compiled by GPO in response to Agency EEO Complaint No. 03-21.



GOVERNMENT
EXHIBIT
17

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____          _____
                                LUEANN C. GREEN