

United States Government Printing Office
Washington, DC 20401

April 9, 2003

BY CERTIFIED AND FEDERAL EXPRESS MAIL

Mr. Nathaniel Daniels, Jr.
5604 Daywalt Avenue
Baltimore, MD 21206

Dear Mr. Daniels:

By letter dated February 21, 2003, you were terminated from employment at the Government Printing Office (GPO) for unsatisfactory behavior during your probationary period. However, the termination was improperly processed and therefore, the termination is rescinded and you are reinstated into your position as a Printing Plant Worker, KA-3502-01, in the Delivery Section, Production Department effective April 14, 2003. You will receive back pay for the period of February 25, 2003, to April 14, 2003, the effective date of return.

Even though, your termination has been rescinded, the agency will not tolerate the improper behavior and actions that were described in the letter of February 21, 2003. Upon your return to duty, you will receive verbal warnings for Violation of GPO Instruction 825.5E, entitled *U.S. Government Printing Office Rules and Regulations Governing Building and Grounds*, Section 8; Failure to Carry Out Instructions of a Supervisor; and Disrespectful Language. **If there are any future instances of insubordination, insolence, disruption in the workplace or violations of any GPO rules and regulations, appropriate disciplinary action will be taken.**

You are to pick up your GPO identification badge from the Uniformed Police Branch at the beginning of your tour of duty on April 14, 2003, located on the 1st Floor, Building #3.


GOVERNMENT EXHIBIT 18



If you have any questions, you may contact Ms. Sheri A. Parker, Employee Relations Specialist, Employee Relations and Programs Division at 202-512-1422.

Sincerely,

ROBERT E. SCHWENK
Acting Production Manager