

United States Government Printing Office
Washington, DC 20401

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

March 3, 2003

In reply refer to:

GPO Case Number 03-09

Mr. Nathaniel Daniels
5604 Daywalt Avenue
Baltimore, MD 21206

Dear Mr. Daniels:

This letter is to advise you that the formal complaint of discrimination filed by you on December 31, 2002, is accepted for processing. Based on our review of the formal complaint and the EEO Counseling Report, the following claim is to be investigated:

> Whether you were discriminated against because of your age (55), when you were not selected for the positions of Printing Plant Worker (Motor Vehicle Operator), KA-5703-05, advertised under Vacancy Announcement Numbers 02-242 and 02-243.

Please review the accepted claim carefully. If you are not satisfied with the accepted claim as stated, you may, **within ten (10) calendar days of receipt of this letter,** submit a statement to this office concerning our articulation of your claim(s). Your statement will be considered and will become a part of the complaint file.

GOVERNMENT EXHIBIT 19

Exhibit 7 p. 1-5

PAGE 2

This complaint will be scheduled for investigation within the next few weeks. You will be contacted by an EEO Investigator in advance of their scheduled visit. In accordance with 29 CFR §1614.108 of the regulations, we are required to conduct a complete and fair investigation of the complaint within **one hundred-eighty (180) calendar days** from the date that the complaint was filed, unless you agree in writing to extend the period. If you do not agree to an extension, you may request a hearing before an Administrative Judge (AJ), from the Equal Employment Opportunity Commission (EEOC) at that time.

Upon completion of the investigation, a copy of the Investigative File (IF) will be issued to you for your review and retention. Upon issuance of the IF, you have the right to request a hearing before an EEOC Administrative Judge or a final decision, without a hearing, from the Government Printing Office.

If you elect to have a hearing, you are required to certify to the AJ that you sent a copy of the hearing request to the Government Printing Office. Your request for a hearing should be made directly to the EEOC and sent to the following address:

> Equal Employment Opportunity Commission
> Washington Field Office
> 1400 L Street, N.W., Suite 200
> Washington, DC  20005

A copy of your request for a hearing should also be provided to:

> Juanita M. Flores
> Chief, Counseling and Complaints Processing
> Government Printing Office
> 732 North Capitol Street, NW
> Room C-712
> Washington, DC  20401

If you request a final decision without a hearing, the Director, Equal Employment Opportunity Office, Government Printing Office, will issue a final decision, **within sixty (60) calendar days** of the agency's receipt of your request.

Exhibit 7 p. 2

Page 3

If you are not satisfied with the final agency decision, you may appeal that decision to the EEOC, **within thirty (30) calendar days** of your receipt of the decision, with a copy to the Director, Equal Employment Opportunity Office. Your appeal should be mailed to:

> Equal Employment Opportunity Commission
> Office of Federal Operations
> P.O. Box 19848
> Washington, DC 20036

You have the right to file a civil action in an appropriate United States District Court **after one hundred-eighty (180) calendar days** from the date of filing your complaint has passed, if the agency has not made a final decision, and no appeal has been filed. You have the right to file a civil action **within ninety (90) calendar days** of your receipt of the EEOC's decision, or **after one hundred-eighty (180) calendar days** of filing an appeal if EEOC has not rendered a final decision.

Under the Age Discrimination in Employment Act, you have the right to file a civil action in an appropriate Federal District Court, within ninety (90) calendar days of your receipt of the final agency decision, if no appeal has been filed.

You will continue to receive specific information as your complaint progresses. Enclosed for your information is a copy of the EEO Counselor's Report. If you have any questions regarding this matter, please contact me at (202) 512-2014.

Sincerely,

JUANITA M. FLORES
Chief, Counseling and Complaints Processing

Enclosure

Exhibit 7 p. 3

GPO Form 789

# COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT
BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, OR HANDICAP
(Please Type or Print)

(FOR AGENCY USE) **03-09**

**1. WHAT IS YOUR (COMPLAINANT'S) FULL NAME?** Nathaniel Daniels, Jr.

**YOUR STREET ADDRESS (OR RD NUMBER OR POST OFFICE BOX NUMBER):** 5604 Daywalt Ave.

**YOUR CITY:** Baltimore   **STATE:** Maryland   **ZIP CODE:** 21206

**2. WHAT IS YOUR TELEPHONE NUMBER INCLUDING AREA CODE?**
HOME PHONE: (410) 488-2126
WORK PHONE: 202 512-0614

**3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU?**

A. NAME OF OFFICE: U.S. Government Printing Office
B. STREET ADDRESS OF OFFICE: 732 North Capitol Street, NW
C. CITY/STATE/ZIP: Washington, DC 20401
D. NAME AND TITLE OF PERSON(S) YOU BELIEVE DISCRIMINATED AGAINST YOU (if you know):

**4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?**
☑ YES
☐ NO

A. NAME OF AGENCY WHERE YOU WORK: Delivery Department
B. STREET ADDRESS OF YOUR AGENCY: 732 North Capitol St. NW
C. CITY/STATE/ZIP: Washington D.C. 20401
D. WHAT IS THE TITLE AND GRADE OF YOUR JOB? Printer Plant Worker - 01

**5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE:**
MONTH 9  DAY 25  YEAR 02

**6. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST. BECAUSE OF YOUR:**
☐ HANDICAP, IF SO, STATE YOUR HANDICAP
☐ RACE, IF SO, STATE YOUR RACE
☐ COLOR, IF SO, STATE YOUR COLOR
☐ RELIGION, IF SO, STATE YOUR RELIGION
☐ NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN
☐ SEX, IF SO, STATE YOUR SEX
☑ AGE, IF SO, STATE YOUR AGE 55
(Complaints of discrimination because of age apply only to employees or applicants who are at least 40 years of age at the time the discriminatory action is alleged to have occurred.)

**7. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST...**

From statements and action of Mr. T. Dudley selection for promotion in his department.

**8. (a) I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR:** ☑ YES ☐ NO

**8. (b) NAME OF COUNSELOR:** Diane Ferguson

**9. WHAT CORRECTIVE ACTION ARE YOU SEEKING?** Promotion

**10. NAME AND TITLE OF PERSON(S) REPRESENTING YOU IN THE PROCESSING OF THIS COMPLAINT:** N/A

ADDRESS:
TELEPHONE NUMBER:

**11. DATE OF THIS COMPLAINT:** MONTH 12  DAY 31  YEAR 02

**12. SIGN YOUR (COMPLAINANT'S) NAME HERE:** /s/ Nathaniel Daniel

Exhibit 3  p. 1-2

SEE REVERSE SIDE OF FORM FOR INSTRUCTIONS

## READ CAREFULLY

- This form should be used only if you, as an applicant for Federal employment or a Federal employee, think you have been discriminated against because of race, color, religion, sex, national origin, age, or handicap by a FEDERAL agency and have presented the matter for informal resolution to an Equal Employment Opportunity Counselor within 30 calendar days of the date the incident occurred or, if a personnel action, within 30 calendar days of its effective date.

- Your complaint must be filed within 15 calendar days of the date of your final interview with the Equal Employment Opportunity Counselor. If the matter has not been resolved to your satisfaction within 21 calendar days of your first interview with the Equal Employment Opportunity Counselor and the final counseling interview has not been completed within that time, you have a right to file a complaint at any time thereafter up to 15 days after the final interview.

- These time limits may be extended if you show that you were not notified of the time limits and were not otherwise aware of them, or that you were prevented by circumstances beyond your control from submitting the matter within the time limits, or for other reasons considered sufficient by the agency.

- If you need help in the preparation of your complaint, you may contact the Equal Employment Opportunity Officer or the Equal Employment Opportunity Counselor at the office where the alleged discrimination occurred, or you may secure help from a representative of your choice.

- Your written complaint should be filed by you or by your designated representative with the Equal Employment Opportunity Officer, the Public Printer, the Director of EEO or the Federal Women's Program Manager.

- You may have a representative of your own choosing at all stages of the processing of your complaint.

- You will have an opportunity to talk with an investigator and present all the facts which you believe show discrimination. The investigator will not be under the jurisdiction of the head of that part of the agency in which the alleged discrimination took place.

- After the investigation of your complaint has been completed, you will be furnished a copy of the investigative file and an attempt will be made by the agency to adjust the matter.

- If your complaint is not adjusted satisfactorily, you will be given an opportunity to request a hearing, which will be conducted by an independent Complaints Examiner certified by the Equal Employment Opportunity Commission. The hearing will be held at a convenient time and place. At the hearing, you may present witnesses and other evidence in your behalf.

- The final decision (in writing) will be made by the head of the agency or his or her designee. If a hearing is held on your complaint, the head of the agency or the designee will review the decision recommended by the Complaints Examiner before making a final decision, and will furnish you with a transcript of the hearing, a copy of the findings, analysis, and recommended decision of the Complaints Examiner, along with the agency's final decision letter.

- If you are not satisfied with the final agency decision, you have the right to appeal that decision within 20 calendar days after receipt to the Director, Office of Review and Appeals of the Equal Employment Opportunity Commission, Washington, D.C. 20415.

- If your complaint is based on race, color, religion, sex, national origin, age or handicap, you may file a civil action in an appropriate Federal District Court within 30 days of receipt of the agency's decision or, if you elect to file an appeal with the Commission, you may still file a civil action in a Federal District Court within 30 days of the Commission's decision if you are dissatisfied with the decision.

- If your complaint is based on race, color, religion, sex, national origin, age or handicap, you also may file a civil action in an appropriate Federal District Court if you have not received a final agency decision within 180 days of filing your complaint with the agency or if you have not received a final Commission decision within 180 days of filing your appeal with the Commission's Office of Review and Appeals.

NOTE: Special statutory provisions (P.L. 93-259) relating to the right to file a civil action apply to age discrimination complaints.

PLEASE FILL OUT THE OTHER SIDE OF THIS SHEET   Exhibit ___3___ p. ___2___