# REQUEST FOR PERSONNEL ACTION

| 1. Actions Requested | | 2. Request Number |
|---|---|---|
| FILL POSITION (1)  VICE DIXON | | 13-DES-02 |

| 3. For Additional Information Call (Name and Telephone Number) | 4. Proposed Effective Date |
|---|---|
| TERRANCE L. DUDLEY  512-0614 | |

| 5. Action Requested By (Typed Name, Title, Signature, and Request Date) | 6. Action Authorized By (Typed Name, Title, Signature, and Concurrence Date) |
|---|---|
| TERRANCE L. DUDLEY, CHIEF, DELIVERY SECTION  08/13/02 | DONALD L. LADD, PRODUCTION MANAGER  AUG 13 '02 |

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| GAMBLE, LAMAR D. | | 02-27-46 | 11-03-02 |

| 5-A Code | 5-B Nature of Action | 6-A Code | 6-B Nature of Action |
|---|---|---|---|
| 702 | PROMOTION | | |
| 5-C Code | 5-D Legal Authority | 6-C Code | 6-D Legal Authority |
| N3M | REG 335.102 COMP | | |
| 5-E Code | 5-F Legal Authority | 6-E Code | 6-F Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| PRINTING PLANT WORKER  POS NO. 40475   PD NO. 009228 | PPW (MOTOR VEHICLE OPERATOR)  POS. NO. 40380   PD NO. 009226 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KA | 3502 | 01 | 02 | $14.92 | PH | KA | 5703 | 05 | 01 | 17.29 | PH. |

| 12A Basic Pay | 12B Locality Adj. | 12C Adj. Basic Pay | 12D Other Pay | 20A Basic Pay | 20B Locality Adj. | 20C Adj. Basic Pay | 20D Other Pay |
|---|---|---|---|---|---|---|---|
| $14.92 | | $14.92 | | $17.29 | | $17.29 | |

| 14. Name and Location of Position's Organization  4520(3180) | 22. Name and Location of Position's Organization |
|---|---|
| PRODUCTION DEPARTMENT  OFFICE OF THE PRODUCTION MANAGER  DELIVERY SECTION  SHIFT 1 | PRODUCTION DEPARTMENT  OFFICE OF THE PRODUCTION MANAGER  DELIVERY SECTION  4520 (3180)  SHIFT 1   7:30 AM TO 4:00 PM |

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2 | 2 | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| | | F | |

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 | N | | 0140 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) | |
|---|---|---|
| 110010001 | WASHINGTON DC | PAYCLASS S |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| XY | C: A | 78:5 | EMP# 33160 | FMPP ANN NO. 02-243   CERT NO. 02-357 |

| 45. Educational Level | 46. Year Degree Attained | 47. Academic Discipline | 48. Functional Class | 49. Citizenship | 50. Veterans Status | 51. Supervisory Status |
|---|---|---|---|---|---|---|
| | | | | 1  1-USA 8-Other | | 8 |

| Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. AUG 14 2002 | watts | 9/19/02 | D. | | |
| B. | Jm | 10/25/02 | E. | | |
| C. | KJK | 10/28/02 | F. | | |

2. Approval: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

Signature: Ginger T. Thomas    Approval Date: 10/28/02

CONTINUED ON REVERSE SIDE
52-119                                                              OVER                                Editions Prior to 7/91 Are Not Usable After 6/30/93
                                                                                                       NSN 7540-01-333-6239

GOVERNMENT EXHIBIT 20

(Note to Supervisors: Do you know of additional or conflicting reasons for the employee's resignation/retirement? If "YES", please state these facts on a separate sheet and attach to SF 52.)   ☐ YES   ☐ NO

**I CERTIFY THAT THE FILLING OF THIS POSITION IS WITHIN MY FTE LEVEL, REPLACING DONALD DIXON WHO RETIRED ON 7/10/02.**

### Privacy Act Statement

You are requested to furnish a specific reason resignation or retirement and a forwarding address. Your reason may be considered any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.

This information is requested under authority of sections 301, 3301, and 8506 of title 5, U.S. Code. Sections 301 and 3301 authorized OPM and agencies to issue regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary of Labor or a State agency in connection with administration of unemployment compensation programs.

The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; and (3) any unemployment compensation benefits to which you may be entitled.

1. Reasons for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits. Please be specific and avoid generalizations. Your resignation/retirement is effective at the end of the day - midnight - unless you specify otherwise.)

| 2. Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address (Number, Street, City, State, ZIP Code) |
|---|---|---|---|
| | | | |

K12  Selected from Cert No. 02-357 dated 10-02-02
K18  Position is at the full performance level.

EMPLOYMENT BRANCH 2002 AUG 14 AM 8:47

EMPLOYMENT BRANCH 2002 AUG 21 PM 11:13