UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHANIEL DANIELS,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | Civ. Act. No. 05-2455 (GK) |
| ) | |
| **BRUCE JAMES, PUBLIC PRINTER** ) | |
| **U.S. Government Printing Office,** ) | |
| ) | |
| **DEFENDANT** ) | |

### PROPOSED ORDER

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, and the entire record herein, it is this ____ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**