UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL DANIELS, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civ. Act. No. 05-2455 (GK) |
| ) | |
| BRUCE JAMES, PUBLIC PRINTER ) | |
| U.S. Government Printing Office, ) | |
| ) | |
| DEFENDANT ) | |

### NOTICE OF FILING INDEX OF EXHIBITS ATTACHED TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes Defendant and hereby files an Index to the exhibits attached to the Defendant's Motion for Summary Judgment:

| | |
|---|---|
| Exhibit 1 | 2002 Daniels SF-50 Hiring Form |
| Exhibit 2 | Position Description for Daniels' Former Delivery Section Job |
| Exhibit 3 | Vacancy Announcements 02-242 and 02-243 |
| Exhibit 4 | 2007 Affidavit of Terrance Dudley |
| Exhibit 5 | 2007 Affidavit of Paul Kirby |
| Exhibit 6 | 2003 Affidavit of Nathaniel Daniels |
| Exhibit 7 | Daniels' Application for Position 02-242 |
| Exhibit 8 | Gamble's Application for Position 02-243 |
| Exhibit 9 | McMillan's Application for Position 02-242 |
| Exhibit 10 | Silas' Application for Position 02-242 |
| Exhibit 11 | Williams' Application for Position 02-242 |

| | |
|---|---|
| Exhibit 12 | Selection Certificates for Position 02-242 |
| Exhibit 13 | February 5, 2003 Memorandum from Terrance Dudley Regarding Daniels' Removal |
| Exhibit 14 | Daniels' April 29, 2003 Formal EEO Complaint w/ letter of Agency acceptance. |
| Exhibit 15 | Government Printing Office F.A.D. |
| Exhibit 16 | Daniels' Removal Letter signed by Robert Schwenk |
| Exhibit 17 | 2007 Affidavit of Lueann C. Green |
| Exhibit 18 | Daniels' Reinstatement Letter signed by Robert Schwenk |
| Exhibit 19 | Daniels' December 31, 2002 Formal EEO Complaint w/letter of Agency acceptance. |
| Exhibit 20 | SF-52 Showing Selectee Gamble's Age |

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334