UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL DANIELS : <br> 2513 North Rosedale Street : <br> Baltimore, MD 21216 : <br>  : <br> **Plaintiff,** : <br>  : <br> BRUCE R. JAMES, PUBLIC PRINTER : <br> U.S. Government Printing Office : <br> 732 North Capitol Street, N.W. : <br> Washington, D.C. 20401 : <br>  : <br> **Defendant.** : | Civil Action No.: 05-2455 (GK) |

**PROPOSED ORDER**

**UPON CONSIDERATION** of Plaintiff's Motion for an Enlargement of Time To File his Response to Defendant's Motion for Summary Judgment up to September 15, 2007, and the entire record herein, it is this ____ day of _____, 2007, hereby **ORDERED**, that Plaintiff's motion is **GRANTED**.

                                                    _____
                                                    **UNITED STATES DISTRICT JUDGE**