UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHANIEL DANIELS,**             ) | |
|                                   ) | |
| **PLAINTIFF**      ) | |
|                                   ) | |
| v.                                ) | Civ. Act. No.  05-2455 (GK) |
|                                   ) | |
| **BRUCE JAMES, PUBLIC PRINTER**    ) | |
| U.S. Government Printing Office,  ) | |
|                                   ) | |
| **DEFENDANT**      ) | |

**PROPOSED ORDER**

UPON CONSIDERATION of Defendant's Motion for an Enlargement of Time To file its' Motion for Summary Judgment up to July 26, 2007, and the entire record herein, it is this \_\_\_\_ day of _____, 2007, hereby

ORDERED, that Defendant's motion is GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**