**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NATHANIEL DANIELS** | : | |
| **2513 North Rosedale Street** | : | |
| **Baltimore, MD 21216** | : | |
| | : | **Civil Action No.: 05-2455 (GK)** |
| **Plaintiff,** | : | |
| | : | |
| **BRUCE R. JAMES, PUBLIC PRINTER** | : | |
| **U.S. Government Printing Office** | : | |
| **732 North Capitol Street, N.W.** | : | |
| **Washington, D.C.  20401** | : | |
| | : | |
| **Defendant.** | : | |

**PROPOSED ORDER**

UPON CONSIDERATION of Plaintiff's Motion for an Enlargement of Time To

File his Response to Defendant's Motion for Summary Judgment After Time Has

Expired up to September 24th, 2007, and the entire record herein, it is this _____ day of

_____, 2007, hereby **ORDERED**, that Plaintiff's motion is **GRANTED**.


_____

**UNITED STATES DISTRICT JUDGE**