IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NATHANIEL DANIELS,**          \*
                                \*
    **Plaintiff,**          \*
                                \*
    v.                      \*    Civil Action No. DKC-97-3459
                                \*
**TOGO D. WEST, JR.,**          \*
**Secretary of the Army,**      \*
                                \*
    **Defendant.**           \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF FILING INDEX OF EXHIBITS ATTACHED TO
PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT

Comes now the Plaintiff, Nathaniel Daniels, by and through his attorney, Donald S. Johnson, Sr. and hereby files an index to the exhibits attached to the Plaintiff's Response to Defendant's Motion for Summary Judgment:

Exhibit  1    Affidavits of Nathaniel Daniels

Exhibit  2    List of Referred Candidates for Vacancy Nos. 02-242 and 02-243

Exhibit  3    Applications of two of the Selectees

Exhibit  4    Plaintiff's Application for Vacancy Announcement 02-242

Exhibit  5    Affidavits of Ronald Woody

Exhibit  6    Affidavits of Walter Lancaster

Exhibit  7    Affidavits of John Hawkins

Exhibit  8    Affidavit of Terence Dudley

Exhibit  9    Affidavit of William Gross

Exhibit 10    Affidavit of Lloyd Logan

Exhibit 11   Plaintiff's Performance Appraisal for June 18, 2002

                                      Respectfully submitted,

                                      _____/S/_____
                                      Donald S. Johnson, Sr.
                                      Bar No. 372774
                                      P.O. Box 4703
                                      Capitol Heights, Md. 20791
                                      (301) 808-6770
                                      Attorneys for Plaintiff
                                      Nathaniel Daniels