UNITED STATES GOVERNMENT
# memorandum

DATE:

REPLY TO
ATTN OF: Panel Raters Members

SUBJECT: Certification of **Best Qualified** Candidates for the position of **PPW (Motor Vehicle Operator) KA-5703-05** Announcement No. **02-242**

TO: Chief, Employment Branch

The candidates listed below have been determined to be the Best Qualified candidates for the above position by the promotion panel.

DoB
- 2/27/46    1. Gamble, Lamar (sdule) 02-243
- 1/11/61    2. Silas, Christopher (sdule) 02-242
- 12/22/47   3. Daniels, Nathaniel CP
- 10/12/71   4. Williams, Derron (sdule) 02-242
- 7/5/62     5. ~~APP A~~

DoB
- 3/19/70    6. ~~APP B~~
- 3/14/67    7. ~~APP C~~
- 8/23/53    8. ~~APP D~~
- 3/2/71     9. McMillan, DeShawn (sdule) 02-242

Note - DoB Annotated by Investigator →

Panel Member  _April King_ Signature    9-30-02  Date

Panel Member  _Evangeline R Brown_ Signature   9-30-02 Date

Chairperson  _Gregory E Robinson_ Signature    9/30/02 Date

OPTIONAL FORM NO. 10
GSA
(REV. 1-94)
5010-118
NSN 7540-00-656-0924
FPI-SST

Exhibit __22__ p. __1__

## PANEL RATING SUMMARY

POSITION: PPW (Motor Vehicle Operator)  ANN. NO.: 02-242
GRADE: KA-5703-05  DATE OF PANEL: 09-26-02

APP A
CP
Sbocku
APP C
APP B
Sbocku
APP D
Sbocku
Sbocku

| Name | Supv'y Eval | Educ/ Training | Experience | Suggest/ Award | Other | Total | Rank |
|---|---|---|---|---|---|---|---|
| 1. ▓▓▓▓▓▓ | 15 | 2 | 60 | 0 | | 77 | 5 |
| 2. Daniels, Nathaniel Jr. | 20 | 0 | 65 | 0 | | 85 | 3 |
| 3. Gamble, Lamar D. | 20 | 8 | 65 | 0 | | 93 | 1 |
| 4. ▓▓▓▓▓▓ | 0 | 0 | 73 | 0 | | 73 | 6 |
| 5. ▓▓▓▓▓▓ | 10 | 0 | 43 | 2 | | 55 | 9 |
| 6. ▓▓▓▓▓▓ | 15 | 0 | 58 | 0 | | 73 | 6 |
| 7. McMillan, DeShawn | 20 | 0 | 48 | 0 | | 68 | 7 |
| 8. ▓▓▓▓▓▓ | 0 | 0 | 73 | 0 | | 73 | 6 |
| 9. Silas, Christopher | 0 | 0 | 85 | 1 | | 86 | 2 |
| 10. ▓▓▓▓▓▓ | 10 | 0 | 57 | 0 | | 67 | 8 |
| 11. Williams, Derron T. | 20 | 0 | 60 | 0 | | 80 | 4 |

REMARKS:

PANEL MEMBER: _April King_  DATE: 9/30/02
EEO REPRESENTATIVE: _Evangeline E Brown_  DATE: 9/30/02
CHAIRPERSON: _Gregory E Robinson_  DATE: 9/30/02

Exhibit __21__ p. __1__

UNITED STATES GOVERNMENT

# memorandum

DATE: 10-1-02

REPLY TO ATTN OF: Panel Raters Members

SUBJECT: Certification of **Best Qualified** Candidates for the position of <u>PPW (Motor Vehicle Operator)</u> Announcement No. <u>02-243</u>

TO: Chief, Employment Branch

The candidates listed below have been determined to be the Best Qualified candidates for the above position by the promotion panel.

DoD

2/27/46  1. Gamble, LaMar D.
         Selected - 02-243

3/15/57  2. ▓▓▓▓▓▓▓▓▓▓
         APP G

12/22/47 3. Daniels, Nathaniel Jr.
         CP

12/13/58 4. ▓▓▓▓▓▓▓▓▓▓
         APP E

10/12/71 5. Williams, Derron T.
         Selected 02-242

6. ▓▓▓▓▓▓▓▓▓▓  6/29/60
   APP H

7. ▓▓▓▓▓▓▓▓▓▓  7/01/49
   APP E

Panel Member  April King        10-1-02
              Signature         Date

Panel Member  Evangeline R Brown  10-1-02
              Signature           Date

Chairperson   Gregory E Roberson  10-1-02
              Signature           Date

OPTIONAL FORM NO. 10
GSA
(REV. 1-94)
5010-116
NSN 7540-00-656-0924
FPI-SST

Exhibit 37 p. 1

## PANEL RATING SUMMARY

POSITION: PPW (Motor Vehicle Operator)   ANN. NO.: 02-243
GRADE: KA-5703-05   DATE OF PANEL: 09-26-02

| Name | Supv'y Eval | Educ/Training | Experience | Suggest/Award | Other | Total | Rank |
|---|---|---|---|---|---|---|---|
| 1. ▓▓▓ | 15 | 2 | 60 | 0 | | 77 | 5 |
| 2. ▓▓▓ | 20 | 2 | 58 | 0 | | 80 | 4 |
| 3. Daniels, Nathaniel Jr. | 20 | 0 | 65 | 0 | | 85 | 3 |
| 4. Gamble, Lamar D. | 20 | 8 | 65 | 0 | | 93 | 1 |
| 5. ▓▓▓ | 0 | 0 | 73 | 0 | | 73 | 6 |
| 6. ▓▓▓ | 10 | 0 | 43 | 2 | | 55 | 9 |
| 7. ▓▓▓ | 15 | 0 | 58 | 0 | | 73 | 6 |
| 8. McMillan, DeShawn | 20 | 0 | 48 | 0 | | 68 | 7 |
| 9. ▓▓▓ | 15 | 2 | 60 | 0 | | 77 | 5 |
| 10. ▓▓▓ | 10 | 0 | 57 | 0 | | 67 | 8 |
| 11. ▓▓▓ | 0 | 0 | 50 | 5 | | 55 | 9 |
| 12. ▓▓▓ | 20 | 6 | 65 | 1/2 | | 91 1/2 | 2 |
| 13. Williams, Derron T. | 20 | 0 | 60 | 0 | | 80 | 4 |
| 14. ▓▓▓ | 20 | 0 | 60 | 0 | | 80 | 4 |

Margin notes:
App A
App E
CP includes
App C
App B includes
App F
App G includes
App H

REMARKS:

PANEL MEMBER: Paul King   DATE: 10-1-02
EEO REPRESENTATIVE: [signature]   DATE: 10-1-02
CHAIRPERSON: [signature] E. Robinson   DATE: 10-1-02

Exhibit 36 p. 1