Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| Printing Plant Worker (Motor Vehicle Operator) | KA-5703-05 | 02-242 |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| Williams | Derron Thomas | |

| 6 Mailing address | | 7 Phone numbers (include area code) |
|---|---|---|
| | | Daytime |
| City | State   ZIP Code | Evening |

**WORK EXPERIENCE**

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attach job descriptions.

1) Job title (if Federal, include series and grade)
   Printing Plant Worker    KA-3502-01

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 6/3/02 | present | $ 13.74 | hr | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Government Printing Office  North Capital and H st., N. W.  20041 | Mr. Paul Kirby ( 202 ) 512-0614 |

Describe your duties and accomplishments

Load and Unload delivery trucks and related duties.
Assist truck driver with pick-up and delivers.

2) Job title (if Federal, include series and grade)
   Professional Mover/Leader

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 4/97 | 6/01 | $ 12.13 | hr | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Allstate Professional Mover Company  4852 Stamp Road  Temple Hill Maryland 20747 | Mr. Albert Freeman ( 301 ) 899-5126 |

Describe your duties and accomplishments

SOME OF MY DUTIES INVOLVED: (1)LOADING AND UNLOADING MOVING TRUCKS AT DIFFERENT GOVERNMENT AGENCIES, (2) LIFTING AND STAACKING BOXES ON SKIDS, (3) WORKING AT THE LOADING DOCKS AND USING A VARIOUS MOVING EQUIPMENT SUCH AS DOLLIES, FORKLIFTS ETC.,
(4) ASSSEMBLING FURNITURE, (5) AS A CREW LEADER I ASSIGN WORK TO OTHER MOVER, (6) DRIVING THE MOVING VEHICLES.

**GENERAL INFORMATION**

Optional Form 612 (September 1994) (EG)
U.S. Office of Personnel Management

Exhibit 26 p. 1-11

9 May we contact your current supervisor?    YES [ ✓ ]    NO [  ]▶ If we need to contact your current supervisor before making an offer, we will contact you first.

**EDUCATION**

10 Mark highest level completed.    Some HS [  ]    HS/GED [ ✓ ]    Associate [  ]    Bachelor [  ]    Master [  ]    Doctoral [  ]

11 Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.

ANACOSTA HIGH SCHOOL  WASHINGTON D. C. 20020        1990

12 Colleges and universities attended. Do not attach a copy of your transcript unless requested.

| Name / City, State, ZIP Code | Total Credits Earned (Semester / Quarter) | Major(s) | Degree (if any) - Year Received |
|---|---|---|---|
| 1) | | | |
| 2) | | | |
| 3) | | | |

**OTHER QUALIFICATIONS**

13 Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc. Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards.) Give dates, but do not send documents unless requested.

1999 RECEIVED CASH BONUS AND APPRECIATION CERTIFICATE.
2000 RECEIVED CASH BONUS AND APPRECIATION CERTIFICATE.

**GENERAL**

14 Are you a U.S. citizen?    YES [ ✓ ]    NO [  ]▶ Give the country of your citizenship. _____

15 Do you claim veterans' preference?  NO [ ✓ ]    YES [  ]▶ Mark your claim of 5 or 10 points below.
    5 points [  ]▶ Attach your DD 214 or other proof.    10 points [  ]▶ Attach an Application for 10-Point Veterans' Preference (SF 15) and proof required.

16 Were you ever a Federal civilian employee?    NO [  ]    YES [ ✓ ]▶ For highest civilian grade give:    Series: KA    Grade: 01    From (MM/YY): 06/02    To (MM/YY): 09/02

17 Are you eligible for reinstatement based on career or career-conditional Federal status?    NO [  ]    YES [ ✓ ]▶ If requested, attach SF 50 proof.

**APPLICANT CERTIFICATION**

18 I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE  *[signed] Alton Williams*    DATE SIGNED  9-13-02

Exhibit ___ p. 2

ANNOUNCEMENT NUMBER:   02-242
POSITION:   PRINTING PLANT WORKER (MOTOR VEHICLE OPERATOR)

Derron Thomas Williams 

RANKING FACTORS:

1. As a Printing Plant Worker (GPO), I have been able to demonstrate my ability to work without more than normal supervision. As a professional mover with Allstate Professional Mover Company, I had sole responsibility for picking up and delivering different loads.

2. Working at Allstate Professional Mover Company, my daily job involved delivering and/or picking up a variety of items throughout Washington Metropolitan Area; driving large trucks and/or vans.

3. As a professional mover, I received job assignments both oral and written. Being ask to follow written instructions daily and calling in to the office to receive oral instructions from variety of point throughout the metropolitan area.

4. As the driver of the trucks, there was certain safety guideline I had to follow to insure the safety of others, myself, as well as cargo.

5. The experience I gain by working on my own vehicle has enable me to diagnose mechanical problems. This experience has given me the ability to report minor motor vehicle problems and malfunctions. Checking the safety of the vehicle usually entails, brake, lights, horn, steering, windshield wipers, battery, locks, tires and reading the instrument panel gauges, (gas, oil levels etc.).

6. As a driver for Allstate Professional Mover, another part of my responsibilities was maintaining a accurate manifest and mileage log.

7. As a professional mover, loading the truck by hand, fork truck, or with a dollies, it was my responsibility to load the truck properly to distribute the weight to prevent the shifting of the weight while driving especially during inclement weather. Driving a loaded truck, experience teaches you how to handle the sifting of the weight during turns and stops.

Exhibit 24 p. 3

*PPW (MOTOR VEHICLE OPERATOR) THIS IS A PERMANENT POSITION*

PPW (Motor Vehicle Operator) KA-5703-05
Production Department, Office of the Production
Manager, Delivery Section, Shift 1

VACANCY ANNOUNCEMENT: 02-242
OPEN: 08/30/02
CLOSE: 09/16/02

| Name | Current Position Title | Grade | Daytime Telephone # |
|---|---|---|---|
| Derron Thomas Williams | Printing Plant Worker | KA-3502-01 | |

| Address | City | State | ZipCode |
|---|---|---|---|
| 441 Oakwood Street, SE | Washington | DC | 20032 |

Type of Current Appointment

0 Temporary   ☒ Career or Career Conditional   0 Excepted (Schedule A)   0 Excepted (Veterans)

---

*NOTE TO APPLICANT: Please answer each question in the space provided following each of the questions. You may use additional sheets of plain paper, if necessary. Please PRINT LEGIBLY or TYPE.*

---

Have you ever worked in a job where you were required to drive a delivery truck?

__X__ Yes   _____ No   If YES, please **explain fully**.

a. List the sizes and types or models of trucks you have driven.

   26FT   International Truck
   20FT and 26FT   Freightline Truck
   Dodge 15 Passenger VAN

b. What were your responsibilities in driving the trucks listed?
   1) The International Truck was used to pick-up and Deliver Loads to different Government Agencies
   2) The Freightline Truck was use also to pick-up and deliver loads.
   3) Drove the 15 passenger van to pick-up elderly church members to attend church services, activities.

c. Where (list companies) did you perform these duties?
   I droved the trucks for Allstate Professional Mover.
   I droved the 15 passenger van for Standard of Living Ministry Church.

d. How many months or years did you do this kind of work?

   __2__ MONTHS   __4__ YEARS

Exhibit __26__ p. __4__

Have you ever had to follow oral and written instruction?

__X__ Yes  ____ No   If YES, please explain fully.

a. Give two examples of any oral instructions you have had to follow in order to get a job done.
1) My daily assignment after completing a deliver was to call in. Usually I received oral instructions to pick-up items, (Office furniture, computer equipments, etc.,), from one location and deliver to another.
2) Most of my jobs consisted of oral instructions. Once I was told to go to storage warehouse to pick-up a safe and deliver to main State Dept loading dock and make sure a person in charge sign.

b. Give two examples of any written instructions you have had to follow in order to get a job done.
1) I wasgiven written instructions to go to Federal Bureau fo Prisons to Relocate a safe, remove a existing partition and install a new type of partition.
   I received written instructions to go to storage warehouse. Load up multiple items to be delivered different locations as specify by the instructions.

Have you ever worked in a job where you had to observe safe driving procedures and precautions?

__X__ Yes  ____ No   If YES, please explain fully.

a. What kind of work did you do?
As a Allstate Professional Mover, my responsibilities involved not only driving, but loading and unloading office furniture, safes, computer equipment, etc. Delivering said items to various government agencies and storage facilities. Job also involved assembling and disassembling a variety of items.

b. What safety procedures did you follow to avoid accidents?
(a) Driving at or below posted speed limits
    Driving in a defensive mode, being observant of traffice sign and driving conditions
(c) Check list of vehicle operating condition.

c. What safety precautions did you take to avoid accidents?
I always made a check of the vehicle condition prior to takingv the vehicle off the lot.
 (a) Checklist usually includes, brakes, ligths, steering, terers, horn, and walking around the vehicles to check for dents and oil leaks and instrument panel gauges for gas, oil pressure etc.

d. How many months or years did you do this kind of work?

__2__ MONTHS  __4__ YEARS

Exhibit 4

Have you ever performed duties where you had to identify and report on minor motor vehicle or machinery problems and malfunctions?

__X__ Yes  _____ No  **If YES, please explain fully:**

a. What kind of work did you do where you had to identify problems or malfunctions?

Allstate Professional Mover/Truck Driver

b. What kinds of problems or malfunctions did you identify and report on?

1) I reported Brakes on the vehicle seem to be loosing pressure.
2) Reported turning signal not working.
3) Reported low oil pressure.

c. Where did you get this experience?

I gain this experience working with my uncle and older brother on rebuilding and repairing old vehicle.

d. How many months or years did you do this kind of work?

__2__ Months  __4__ Years

Exhibit __24__ p. __6__

Have you ever worked in a job where you had to maintain accurate records?

   X   Yes        No   If YES, please explain fully:

a. What kind of records did you maintain?

1) Manifest of items received and deliver.
2) Mileage log of vehicle
3) Gas receipts

Exhibit 26 p. 7

b. What were your responsibilities to maintain records?

1) Write in manifest the items pick-up, locations and destination
2) Time of pick-up and delivery.
3) Items pick-up or deliver was sign for by person in charge.

c. Where did you get this experience?

Allstate Professional Mover Company.

d. How many months or years did you work where you had to maintain records?

   __2__ Months   __4__ Years

Have you ever loaded or unloaded items onto or from trucks?

   X    YES       NO    If YES, please <u>explain fully</u>:

a. What kind of items did you load/unload?

1) Office Furniture (Desks, chairs, file cabinets, etc.)
2) Boxes Marked fragile.

b. What were your responsibilities to load/unload items?

1) My responsibilities included placing items on the truck in te order of delivering.
2) Securing the items to prevent damage.
3) Delivering items to loading docks as well as offices, and receiving signature for such delivers and pick-up.

c. What did you use (equipment) etc., to load/unload the items?

1) Dollies, carts, fork truck and walk behind hydraulic lift.

d. Did you load/unload items by hand?

   X    YES       NO    If YES, what were your responsibilities?

e. Where did you acquire this type of experience?

Allstate Professional Movers Company.

f. How many months or years did you do this kind of work?

  2   MONTHS   4   YEARS

Exhibit _____ p. 8

Have you ever received an award while working for the Federal Government? Yes ___ X ___ No (If yes please check the appropriate boxes below as to the type of award(s) received. For each type specify the years received and whether or not it was a Cash Award.) NOTE: Letters of Appreciation are NOT considered awards and should not be listed.

**Awards** — **Year(s) Received** — **Cash Award**

- Outstanding Performance Award _____ Yes ___ No ___
- Special Achievement Award _____ Yes ___ No ___
- Quality Step Increase _____ Yes ___ No ___
- Approved Suggestions _____ Yes ___ No ___
- Other GPO Awards (Give Names)
  _____ _____ Yes ___ No ___
  _____ _____ Yes ___ No ___
  _____ _____ Yes ___ No ___

Have you ever taken courses or training that were related to the position for which you are applying? Yes ___ X ___ No (If yes, please complete the following.)
NOTE: On-the-Job Training should NOT be listed.

| Title of Course/Training | Total Hours | Location of Course/Training | Completed | Certificate of Completion Received |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

After completing this form, look it over carefully to make sure that you have answered every question. Be sure that you have given complete information about your experience, or be given credit for work you do not tell us about.

I CERTIFY that all of the statements made in this Application are true, complete, and correct to the best of my knowledge and belief and are made in good faith.

Signature of Applicant: _____ Date: 9-13-02

Exhibit ___ p. 9

GPO Form 2970
(R 10-86)

# UNITED STATES GOVERNMENT PRINTING OFFICE
# EMPLOYEE PERFORMANCE RATING

NAME: WILLIAMS, DERRON T

TITLE: PRINTING PLANT WORKER

GRADE/STEP: 01/01

EMPLOYEE NO: EMP.NO. 97197

DIVISION/SECTION/SHIFT: PRODUCTION DEPARTMENT
OFF OF THE PRODUCTION MANAGER
DELIVERY SECTION

4520

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

PERFORMANCE RATINGS FOR INDIVIDUAL ELEMENTS

| JOB ELEMENTS | "C"/"N" | O | FS | U |
|---|---|---|---|---|
| No. 1 | C | ☒ | ☐ | ☐ |
| No. 2 | C | ☒ | ☐ | ☐ |
| No. 3 | N | ☒ | ☐ | ☐ |
| No. 4 | N | ☒ | ☐ | ☐ |
| No. 5 | N | ☒ | ☐ | ☐ |
| No. 6 | N | ☒ | ☐ | ☐ |
| No. 7 | | ☐ | ☐ | ☐ |
| No. 8 | | ☐ | ☐ | ☐ |

SUMMARY RATING FOR THE PERIOD OF 6/03/02 THROUGH 9/12/02

☒ Level 5 (OUTSTANDING)   ☐ Level 4 (EXCELLENT)   ☐ Level 3 (FULLY SUCCESSFUL)   ☐ Level 2 (MARGINAL)   ☐ Level 1 (UNACCEPTABLE)

SIGNATURES:

SUPERVISOR: [signature] 9/12/02

REVIEWERS: [signatures] 9/12/02

EMPLOYEE: [signature Derron Williams]

PART 3 - EMPLOYEE COPY

Exhibit 26 p. 10

Derron T. Williams

October 25, 2002

## CONDITIONS FOR TEMPORARY PROMOTION

I the undersigned fully understand the conditions set forth below in connection with the Temporary Promotion:

From: __Printing Plant Worker__

To: __Printing Plant Worker (Motor Vehicle Operator)__

1. I will not have grade or salary retention rights to this temporary __Printing Plant Worker (Motor Vehicle Operator__ position if I am returned to my former position of __Printing Plant Worker)__.

2. This Temporary Promotion may be terminated at the discretion of the Office without advance notice.

3. I am willing to accept the temporary promotion under the conditions cited above.

_[signed] Derron Williams_
SIGNATURE

_10-25-02_
DATE

Exhibit __26__ p. __11__

PPW (MOTOR VEHICLE OPERATOR) THIS IS A TEMPORARY POSITION

PPW (Motor Vehicle Operator) KA-5703-05
Production Department, Office of the Production
Manager, Delivery Section, Shift 1

VACANCY ANNOUNCEMENT: 02-242
OPEN: 08/30/02
CLOSE: 09/16/02

| Name | Address | | Current Position Title | City | Grade | State | Daytime Telephone # | ZipCode |
|---|---|---|---|---|---|---|---|---|
| DeShawn McMillan | ████ | | PPW-Custodial Worker | | 3/3 | ████ | ████ | ████ |

Type of Current Appointment

0 Temporary    ☑ Career or Career Conditional    0 Excepted (Schedule A)    0 Excepted (Veterans)

NOTE TO APPLICANT: Please answer each question in the space provided following each of the questions. You may use additional sheets of plain paper, if necessary. Please PRINT LEGIBLY or TYPE.

1. Have you ever worked in a job where you were required to drive a delivery truck?

    X  Yes    ___ No    If YES, please explain fully.

    a) List the sizes and types or models of trucks you have driven.

       **The size of the truck was approximately ½ ton. The type of truck was a panel truck.**

    b) What were your responsibilities in driving the trucks listed?

       **My responsibilities were to deliver the merchandise to the proper workstation, and also to pick-up merchandise and return to appropriate place.**

    c) Where (list companies) did you perform these duties?

       **The companies I performed these duties were Peoples Drug Store and the Battery Place.**

    d) How many months or years did you do this kind of work?

       ___ MONTHS    2 YEARS

2. Have you ever had to follow oral and written instruction?

Exhibit 24 p. 1-9

2002 SEP 16 FRI 2:56
████████████

2. Have you ever had to follow oral and written instruction?

   X   Yes   \_\_\_\_\_No   If YES, please explain fully.

a. Give two examples of any oral instructions you have had to follow in order to get a job done.

2-a) 1. Oral Instructions that were followed are telephone requests and complaints for service to a specific part of the building.

     2. Informing other employees about changes regarding assignments, once my supervisor has informed me.

b. Give two examples of any written instructions you have had to follow in order to get a job done.

2-b) 1. Read list of daily assignment and complete them.

     2. Read rules and regulations regarding safety precautions and complete each task assigned.

3. Have you ever worked in a job where you had to observe safe driving procedures and precautions?

   X   Yes   \_\_\_\_\_No   If YES, please explain fully.

a. What kind of work did you do?

In performing this job, I would drive from one location to another to deliver merchandise on 4ton truck and remove trash hoppers with the forklift from one section to another.

b. What safety procedures did you follow to avoid accidents?

The safety procedures I used were as followed: Make sure I had a valid driver's license; check the tire pressure; check windshield wiper blades; check to see if the horn was in working condition; make sure proper amount of oil was in vehicle and check to see if it had gas.

c. What safety precautions did you take to avoid accidents?

The safety precautions I would take to avoid a accident were as followed: Always be aware of my surroundings, always check the clearance, check overhead structure, wear seat belt, adjust mirrors and use horn when needed.

d. How many months or years did you do this kind of work?

\_\_\_\_\_ MONTHS    2   YEARS

Exhibit  24  p.  2

4. Have you ever performed duties where you had to identify and report on minor motor vehicle or machinery problems and malfunctions?

   X   Yes   _____ No  If YES, please <u>explain fully</u>:

a. What kind of work did you do where you had to identify problems or malfunctions?

   a) **The work I performed was deliver store merchandise and moving trash hoppers.**

b. What kinds of problems or malfunctions did you identify and report on?

   b) **I would take the truck to the shop that the company was assigned to and/or inform my supervisor, and he or she would assign me to another truck, so they could send the truck to the shop themselves.**

c. Where did you get this experience?

   c) **I acquired this experience at Peoples Drug Store, "Battery Place", and GPO.**

d. How many months or years did you do this kind of work?

   Months   2   Years

Exhibit __24__ p. __3__

5. Have you ever worked in a job where you had to maintain accurate records?

   __X__ Yes  _____ No  If YES, please explain fully:

   a. What kind of records did you maintain?

   The records I maintained were forms listed of the items for pick-up.

   b. What were your responsibilities to maintain records?

   My responsibilities were to log the records alphabetically, after I checked off the merchandise on the sheet, once I received the merchandise.

   c. Where did you get this experience?

   I acquired this experience at Peoples Drug Store, "Battery Place", and GPO.

   d. How many months or years did you work where you had to maintain records?

   __6__ Months   __2__ Years

Exhibit __24__ p. __4__

6. Have you ever loaded or unloaded items onto or from trucks?

   X  YES _____ NO   If YES, please explain fully:

a. What kind of items did you load/unload?

   a) The items I load/unload are new and used auto parts and store merchandise.

b. What were your responsibilities to load/unload items?

   b) My responsibilities in loading/unloading items were to make sure when loading the merchandise, it was stacked properly, so that nothing would get damaged. When unloading, I was responsible to handle it with care and to load it on the hand truck properly. I always had to check off on merchandise list goods being loaded and unloaded.

   c) What did you use (equipment) etc., to load/unload the items?

   c) The equipment I used was a Panel Truck and a forklift to load and unload.

d. Did you load/unload items by hand?

   X  YES _____ NO   If YES, what were your responsibilities?

e. Where did you acquire this type of experience?

   e) I acquired this experience at Peoples Drug Store and also at the "Battery Place".

f. How many months or years did you do this kind of work?

   _____ MONTHS   2  YEARS

Exhibit 20 p. 5

7. Have you ever received an award while working for the Federal Government? ___ Yes  _X_ No (If yes please check the appropriate boxes below as to the type of award(s) received. For each type specify the years received and whether or not it was a Cash Award.) NOTE: Letters of Appreciation are NOT considered awards and should not be listed.

| Awards | Year(s) Received | Cash Award |
|---|---|---|
| Outstanding Performance Award | _____ | Yes ___ No ___ |
| Special Achievement Award | _____ | Yes ___ No ___ |
| Quality Step Increase | _____ | Yes ___ No ___ |
| Approved Suggestions | _____ | Yes ___ No ___ |
| Other GPO Awards (Give Names) | _____ | Yes ___ No ___ |
| | _____ | Yes ___ No ___ |
| | _____ | Yes ___ No ___ |

8. Have you ever taken courses or training that were related to the position for which you are applying? ___ Yes  _X_ No (If yes, please complete the following.)
NOTE: On-the-Job Training should NOT be listed.

| Title of Course/Training | Total Hours | Location of Course/Training | Completed | Certificate of Completion Received |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

After completing this form, look it over carefully to make sure that you have **answered every question**. Be sure that you have given complete information about your experience. You cannot be given credit for work you do not tell us about.

I CERTIFY that all of the statements made in this application are true, complete, and correct to the best of my knowledge and belief and are made in good faith.

Signature of Applicant: _William McMullen_   Date: _9-16-02_

Exhibit __24__ p. __6__

## Knowledge Skills & Abilities

**The ability to do work of a printing Plant Worker without more than normal supervision.**

Receives instructions from upper level management and immediate supervisor. I train lower level and new employees on Work performed. This requires me to plan my work schedule, establish deadlines, and prioritize my work load. I am fully aware of the responsibilities of a printing plant worker, and the production necessary to complete various task.

**Ability to drive light delivery trucks.**

I have driven a panel truck with the size being approximately ½ ton.. I was responsible for delivering merchandise to the proper workstation and pickup merchandise and return to appropriate destination. I performed these duties at Peoples Drug Store and the battery place.

**Ability to follow instruction both oral and written.**

I communicate orally and win writing daily while working in the building services Section. I communicate with co-workers, managers, other contractors, and the general population. I attend section meetings and staff meeting to discuss rules regulations, production, and performance. I write union reports, letters, memorandums and other correspondence when representing other employees.

**Knowledge of safe driving precautions to avoid injury to self and others.**

I remove trash hoppers with forklift from one section to another. I ensured that my license was maintained and valid, I checked tire pressure, windshield fluid & blades, ensured horn was operable, checked oil level, and fuel. I was to be aware of surroundings, ensure proper clearance, check overhead structure, wore seatbelts, and adjust mirrors.

**Ability to identify minor problems and malfunctions to assure safety and service ability.**

While working for the Drug store I had to take the company truck to the shop while my supervisor assigned me to another vehicle. I also identify problems with the equipment used in the Building services branch. This required me to report broken equipment to ensure a safe and serviceable environment.

**Ability to keep accurate records.**

The records maintained were forms and reports in the order Division. I also kept these forms in alphabetical and numerical order. I checked merchandise report forms when delivered to other stores having the receiver to sign the manifest.

**Ability to hand weights and loads.**

I handle weights and loads on a daily basis. The weight handled is up to 60 pounds or more. I bend stoop, reach, lift, pull, and carry materials and equipment. I have loaded and unloaded commercial vehicles.

Exhibit 24 p. 7

GPO Form 2970
(R 10-86)

# UNITED STATES GOVERNMENT PRINTING OFFICE
## EMPLOYEE PERFORMANCE RATING

| NAME | DIVISION/SECTION/SHIFT: |
|---|---|
| MCMILLAN, DESHAWN L | ENGINEERING SERVICE |
| **TITLE** | FACILITIES DIVISION |
| PPW (CUSTODIAL WORKER) | BUILDING SERVICES BRANCH |
| **GRADE/STEP** 03/03  **EMPLOYEE NO.** EMP.NO. 59991 | 3400 |

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

### PERFORMANCE RATINGS FOR INDIVIDUAL ELEMENTS

| JOB ELEMENTS | "C"/"N" | O | FS | U |
|---|---|---|---|---|
| No. 1 | C | ☑ | ☐ | ☐ |
| No. 2 | N | ☑ | ☐ | ☐ |
| No. 3 | N | ☑ | ☐ | ☐ |
| No. 4 | C | ☑ | ☐ | ☐ |
| No. 5 | ___ | ☐ | ☐ | ☐ |
| No. 6 | ___ | ☐ | ☐ | ☐ |
| No. 7 | ___ | ☐ | ☐ | ☐ |
| No. 8 | ___ | ☐ | ☐ | ☐ |

SUMMARY RATING FOR THE PERIOD OF 10-1-2000 THROUGH 9-30-2001

| ☑ Level 5 (OUTSTANDING) | ☐ Level 4 (EXCELLENT) | ☐ Level 3 (FULLY SUCCESSFUL) | ☐ Level 2 (MARGINAL) | ☐ Level 1 (UNACCEPTABLE) |

SIGNATURES:

SUPERVISOR: _Joyce J. Brown, PPW Supervisor, 1/3/0_ 
NAME, TITLE, AND DATE

REVIEWERS: _____ 9/6/01 _____
NAMES, TITLES, AND DATES     BUDGET OFFICIAL

EMPLOYEE: _____ 1/3/01
NAME AND DATE

Exhibit 24 p. 8

DeShawn McMillan

October 25, 2002

## CONDITIONS FOR TEMPORARY PROMOTION

I the undersigned fully understand the conditions set forth below in connection with the Temporary Promotion:

   From:   Printing Plant Worker (Custodial Worker)
   To:     Printing Plant Worker (Motor Vehicle Operator)

1. I will not have grade or salary retention rights to this temporary Printing Plant Worker (Motor Vehicle Operator position if I am returned to my former position of Printing Plant Worker (Custodial Worker).

2. This Temporary Promotion may be terminated at the discretion of the Office without advance notice.

3. I am willing to accept the temporary promotion under the conditions cited above.

_____
SIGNATURE

____10/28/02_____
DATE

Exhibit __24__ p. __9__