CITY OF:   Washington, D.C.

I, Ronald Woody, PPW Truck Driver, WG-7, Delivery Section, Production Department, U.S. Government Printing Office, hereby solemnly swear or affirm:

I am submitting this affidavit in response to questions by Investigator J.F. Deasel, to answer the complaint of discrimination by Nathanial Daniels, Jr.

For the record, I am 56 years old (1/11/47).

    I have worked at GPO since 1971. I've been a truck driver in the delivery section since the early 1980's. I worked closely with Mr. Daniels during his 1 year of employment at GPO. He often times worked as a helper on my truck, loading and unloading printed materials.

    From working with Mr. Daniels I found to be a superior worker. There's no better helper in the section. Mr. Daniels was very dependable. He would always report to work on time and readily pitch in to do his fair share of the work while we saw Mr. Daniels work performance, conduct, and behavior to be outstanding. I never had any problems whatsoever working with Mr. Daniels.

    I know Mr. Daniels applied for one of the motor vehicle operator positions in the section last year. I was surprised when I heard he was not selected for one of the positions. I thought he would make an excellent truck driver. From working in the section, he got to learn the delivery routes as well as our customers. He is very dependable and friendly and seems to get along with everyone. In addition, he was a very hard worker. Thus, I thought his loyalty, dependability, production, and honesty made him an outstanding candidate; certainly much more so than some of the selectees. For

example, Ms. McMillan was selected and did not even work in the section. I believe she worked in the cleaning section when Mr. Dudley chose her. Another selectee, Mr. Williams had only worked in the delivery section about 2 to 3 months when selected. My experience with Mr. Williams was that he was somewhat lazy. He was not as good a worker as Mr. Daniels.

I believe Mr. Dudley may have discriminated against Mr. Daniels because of his age and not selecting him for one of the truck driver positions. I believe this because I've heard Mr. Dudley make slurs about employee's ages in the past. For example, I heard him once comment that "the section would be a lot better off as soon as he got rid of these old people." Based on this comment and the fact that younger, less experienced candidates were selected over Mr. Daniels, I must conclude that age may have been a factor in the selection process.

I have read the above statement, consisting of 3 pages, and I declare under penalty of perjury that it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

_Ronald Woody_
Signature

4/4/03
Date

Washington, District of Columbia

Subscribed and sworn to before me, in my presence, this 4 day of April, 2003
by Janet K. Washington
Notary Public

My Commission Expires January 1, 2008

_Investigator's Signature_