CITY OF:   Washington, D.C.

I, John Hawkins, Motor Vehicle Operator, WG-7, Delivery Section, Production Department, U.S. Government Printing Office, hereby solemnly swear or affirm:

I am submitting this affidavit in response to questions by Investigator J.F. Deasel, to answer the complaint of discrimination by Nathanial Daniels, Jr..

For the record, I am 56 years old (3/6/47).

    I have between in my current position about twelve years. I worked closely with Mr. Daniels throughout his employment at the Government Printing Office. He often times worked as a helper on my truck. In my opinion Mr. Daniels was the best printing plant worker hired in the section in quite some time. I found Mr. Daniels to be very conscientious, dependable, and a hard worker. In addition he was always on time for work and was very personable and dealing with his co-workers and customers. From working on the trucks, Mr. Daniels was beginning to learn all of the truck routes for our deliveries. In my opinion Mr. Daniels would have made a very good truck driver.

    I believe Mr. Terence Dudley, former Chief, Delivery Section does discriminate on the basis of age regarding who he selects for vacant positions. About 2 years ago I applied for the vacant position of Assistant Section Chief under Mr. Dudley. There was no doubt in my mind that I was the best qualified person for the job based on my knowledge, skills, and experience from working in the section. Instead of selecting me, Mr. Dudley selected Paul Kirby a much younger candidate who did not have nearly as a much experience as I had. There was no doubt my mind that Mr. Dudley based his selection in part on age. I also believe Mr. Dudley made his selection in part on his

friendship with Mr. Kirby. Mr. Dudley seems to favor his friends with respect to promotions, awards, etc. His friends are generally younger, around the same age as he.

Another reason why believe Mr. Dudley bases his selection on age is because of a comment Mr. Dudley made to me and others on more than one occasion. A few years ago Mr. Dudley told me that, " He will be glad when all you old guys leave the section." Whether he made the same comment to Mr. Daniels I really cannot say, but he did make the statement ~~to me~~ IN MY PRESENTS.

In summary, I believe Mr. Daniels was an excellent candidate for one of the four motor vehicle operator positions that were filled last year. I know he would have been a better selection that least two of the selectees, Mr. Williams and Ms. Mcmillian. Ms. McMillian was selected even though she was not working in the section ~~of~~ AT the time. I believe she was employed in the cleaning section. Mr. Williams had only worked in the delivery section about 2 to 3 months when he was selected. I believe Mr. Daniels was better qualified than both of them.

Page 2 of 3 pages        Exhibit __13__ p. __2__        Affiant's Initials __GW__

I have read the above statement, consisting of 3 pages, and I declare under penalty of perjury that it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties.

_____
Signature

4-2-03
_____
Date

_____
Investigator's Signature