GPO Form 2969
(R 10-86) F.56204-2

UNITED STATES GOVERNMENT PRINTING OFFICE
## EMPLOYEE PERFORMANCE PLAN

Page 1 of 2

| NAME | | DIVISION /SECTION /SHIFT |
|---|---|---|
| DANIELS, NATHANIAL | EMP. NO. 21190 | PRODUCTION DEPARTMENT |
| TITLE | | OFFICE OF THE PRODUCTION MANAGER |
| PPW (MOTOR VEHICLE OPERATOR HELPER) | | DELIVERY SECTION |
| GRADE/STEP | | 4520 |
| KA-01 | | |

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

[C] **JOB ELEMENT 1** Assist truck drivers in delivery of material.

FULLY SUCCESSFUL STANDARD

Quality of assistance does not cause less than (3) trips daily from loading dock during rating period.

[C] **JOB ELEMENT 2** Loading and Unloading Cargo.

FULLY SUCCESSFUL STANDARD

No more than (2) substaniated complaints regarding damage cargo due to carelessness of incumbent during rating period.

[N] **JOB ELEMENT 3** Uniforms and Safety Shoes.

FULLY SUCCESSFUL STANDARD

Wear authorized GPO uniforms and safety shoes in a neat, clean and presentable manner with no more than (2) admonishments for either, per rating period.

SIGNATURES

SUPERVISOR  Floyd C. Logan  Supervisor  6-18-02
NAME, TITLE, AND DATE

REVIEWER  Lemance Dudley, Chief  6-18-02
NAME, TITLE, AND DATE

EMPLOYEE  Nathaniel Daniels  6-18-02
NAME AND DATE

PART 1 - EMPLOYMENT COPY

17
Attachment 10

GPO Form 2969a
(R 10-96)

UNITED STATES GOVERNMENT PRINTING OFF.
# EMPLOYEE PERFORMANCE PLAN

PAGE 2 OF 2

Instructions: This is a supplement to GPO Form 2969, please refer to that form for instructions before completing this form.

| NAME | DIVISION/SECTION/SHIFT |
|---|---|
| DANIELS, NATHANIEL    EMP. NO. 21190 | PRODUCTION DEPARTMENT |
| TITLE | DELIVERY SECTION |
| PPW (MOTOR VEHICLE OPERATOR HELPER) | SHIFT 1 |
| GRADE/STEP | |
| KA-01 | |

**[N] JOB ELEMENT 4**
Dependability

FULLY SUCCESSFUL STANDARD
Carries out all work related instructions of truck drivers and work leaders in a timely manner.

**[N] JOB ELEMENT 5**
Observes all safety procedures.

FULLY SUCCESSFUL STANDARD
No more than (2) complaints regarding failure to assist drivers of truck during maneuvers during rating period.

**[N] JOB ELEMENT 6**
Routine Preventive Maintenance.

FULLY SUCCESSFUL STANDARD
Responsible for checking engine oil levels, cooling systems fluids, tire pressure and air tank water drain.

**[ ] JOB ELEMENT 7**

FULLY SUCCESSFUL STANDARD

**[ ] JOB ELEMENT 8**

FULLY SUCCESSFUL STANDARD

INITIAL AND DATE:   SUPERVISOR _XCX_   REVIEWER _JO 6-18-02_   EMPLOYEE _ND 6-18-02_
                        06-18-02

PART 1 - EMPLOYMENT COPY

GPO Form 2970
(R 10-66)

UNITED STATES GOVERNMENT PRINTING OFFICE

# EMPLOYEE PERFORMANCE RATING

NAME: DANIELS, NATHANIEL
TITLE: PRINTING PLANT WORKER
GRADE/STEP: 01/02
EMPLOYEE NO.: EMP. NO. 21190

DIVISION /SECTION /SHIFT:
PRODUCTION DEPARTMENT
OFFICE OF THE PRODUCTION MANAGER
DELIVERY SECTION
4520

PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING THIS FORM.

PERFORMANCE RATINGS FOR INDIVIDUAL ELEMENTS

| JOB ELEMENTS | "C"/"N" | O | FS | U |
|---|---|---|---|---|
| No. 1 | C | ☑ | ☐ | ☐ |
| No. 2 | C | ☑ | ☐ | ☐ |
| No. 3 | N | ☑ | ☐ | ☐ |
| No. 4 | N | ☑ | ☐ | ☐ |
| No. 5 | N | ☑ | ☐ | ☐ |
| No. 6 | N | ☑ | ☐ | ☐ |
| No. 7 | | ☐ | ☐ | ☐ |
| No. 8 | | ☐ | ☐ | ☐ |

SUMMARY RATING FOR THE PERIOD OF 2/25/02 THROUGH 6/17/02

☑ Level 5 (OUTSTANDING)
☐ Level 4 (EXCELLENT)
☐ Level 3 (FULLY SUCCESSFUL)
☐ Level 2 (MARGINAL)
☐ Level 1 (UNACCEPTABLE)

SIGNATURES:

SUPERVISOR: Floyd C. Fagan    Supervisor  6-18-02

REVIEWERS: Veronica Dudley Chief 6-18-02 | Carren Thomas 6/17

EMPLOYEE: Nathaniel Daniels Jr 6-18-02

PART 1 - EMPLOYMENT COPY