UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL DANIELS, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civ. Act. No. 05-2455 (GK) |
| ) | |
| BRUCE JAMES, PUBLIC PRINTER ) | |
| U.S. Government Printing Office, ) | |
| ) | |
| DEFENDANT. ) | |

**MOTION FOR AN ENLARGEMENT OF TIME
TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

Federal Defendant, the Government Printing Office, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an enlargement of time within which to file its reply to Plaintiff's Opposition to his Motion for Summary Judgment, until Thursday, October 25, 2007.  The reply is now due on Friday, October 5, 2007.  This action is brought under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 et seq.  Grant of this motion will not require the rescheduling of any other due dates in this action.  Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) but has not returned the call prior to the filing of this motion.

Counsel is requesting this additional time primarily due to the fact that the Assistant United States Attorney assigned responsibility for this matter has been out of the office for the majority of September [three weeks] due to an emergency medical condition.  Counsel did not return until Monday, September 24, 2007.  The additional time is necessary to allow counsel

time to prepare a response and to obtain the proper internal review prior to filing. .

This motion is not for purposes of delay but for good cause shown and no prejudice results to any party.

                                                Respectfully submitted,

                                                /s/
                                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                                         United States Attorney

                                                /s/
                                         RUDOLPH CONTRERAS, D.C. BAR # 434122
                                         Assistant United States Attorney

                                                /s/
                                         HEATHER GRAHAM-OLIVER
                                         Assistant United States Attorney
                                         Judiciary Center Building
                                         555 4th Street, NW - Civil Division
                                         Rm. 4-4808
                                         Washington, D.C.  20530
                                         (202) 305-1334

                                         Attorneys for Defendant