UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL DANIELS, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civ. Act. No. 05-2455 (GK) |
| ) | |
| BRUCE JAMES, PUBLIC PRINTER ) | |
| U.S. Government Printing Office, ) | |
| ) | |
| DEFENDANT. ) | |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT**

Federal Defendant, the Government Printing Office, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an additional enlargement of time of two weeks within which to file its reply to Plaintiff's Opposition to his Motion for Summary Judgment, until Thursday, November 8, 2007.  The reply is now due on Friday, October 25, 2007.  This action is brought under Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 et seq.  Grant of this motion will not require the rescheduling of any other due dates in this action.  Counsel for the Plaintiff has been contacted pursuant to LCvR 7(m) and has consented to the filing of this motion.

The additional time is necessary to allow counsel time to prepare a response, consult with the Agency and to obtain the proper internal review prior to filing.  In addition, the additional time is requested because since returning to the office from medical leave counsel has had responsibility for filing motions to dismiss in Zhang v. Chertoff, Civ. Act. No. 07-1209

(RWR) and Moore v. USDA, Civ. Act. No. 07-1014 (PLF); filing reply memorandums in Davis v. United States, Civ. Act. No. 88-0130 (HKK); Shannell James v. US Customs, Civ. Act. No. 06-0562 (RMC); and Shelton Roseboro v. Billington, Civ. Act. No. (RWR); responding to discovery requests in Esquibel v. FAA, Civ. Act. No. 06-1485 (PLF); responding to subpoena requests for documents in Ex Rel Dawn Barrett v. Cigna Corporation, Civ. Act. No. 03-2382 (1st Cir.), and for requests for depositions in Roy Langbord, et al., v. Dep't of the Treasury, et al., Civ. Act. No. 06-5315 (1st Cir); and reviewing resumes and interviewing candidates for document and privilege review project in Anderson v. Department of Education, Civ. Act. No. 06-1565 (RMC).

Accordingly, the defendant's request for an extension of time to file its reply until Thursday, November 8, 2007, is made for good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


_____/s/_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building

2

555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334

Attorneys for Defendant