UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL DANIELS, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civ. Act. No.  05-2455 (GK) |
| ) | |
| BRUCE JAMES, PUBLIC PRINTER ) | |
| U.S. Government Printing Office, ) | |
| ) | |
| DEFENDANT ) | |

## DEFENDANT'S NOTICE OF FILING EXCERPTS OF PLAINTIFF'S DEPOSITION THAT WERE REFERENCED IN DEFENDANT'S REPLY.

    Now comes Defendant and hereby files excerpts of the Plaintiff's deposition that were referenced in Defendant's Rely filed on November 8, 2007. See attached pages 35 - 37 and 53.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division

Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334