COPY

1

```
 1 |         UNITED STATES DISTRICT COURT

 2 |         FOR THE DISTRICT OF COLUMBIA

 3 |

 4 | - - - - - - - - - - - - - - - - - -x

 5 | NATHANIEL DANIELS               :

 6 |          Plaintiff             :   Case Number:

 7 |     vs.                        :   1:05-CV-02455 GK

 8 | BRUCE R. JAMES, PUBLIC PRINTER  :

 9 |          Defendant             :

10 | - - - - - - - - - - - - - - - - - -x

11 |

12 |                          Washington, D.C.

13 |                          Thursday, December 28, 2006

14 |

15 |

16 | Deposition of:

17 |               NATHANIEL DANIELS

18 | the Deponent, called for examination by counsel for the

19 | Defendants, pursuant to notice and agreement as to time and

20 | place, at 501 3rd Street, N.W., Fourth Floor, Washington,

21 | D.C., before Timothy J. Atkinson, Jr., a Notary Public in and

22 | for the District of Columbia.

23 |

24 |

25 |
```

2

```
 1  APPEARANCES:

 2              On Behalf of the Plaintiff:

 3              DONALD S. JOHNSON, SR., ESQUIRE

 4              P.O. Box 4703

 5              Capitol Heights, Maryland  20791-4703

 6              (301) 808-6770

 7

 8              On Behalf of the Defendant:

 9              HEATHER D. GRAHAM-OLIVER, ESQUIRE

10              Assistant United States Attorney

11              555 4th Street, N.W.

12              Washington, D.C.  20530

13              (202) 305-1334

14

15              On Behalf of the Government Printing Office:

16              THOMAS KELLY, ESQUIRE

17              Office of the General Counsel

18              U.S. Government Printing Office

19              Washington, D.C.  20401

20              (202) 512-0033

21

22

23

24

25
```

1       A.      Because of my association with Walter Lancaster, my

2   coworker.

3       Q.      Who's Walter Lancaster?

4       A.      A coworker.

5       Q.      What about the association with Walter Lancaster?

6       A.      Well, he had filed a EEO complaint against the

7   Agency.

8       Q.      What type of EEO complaint?

9       A.      I don't know what kind of complaint.  It was before

10  I got there.

11      Q.      And what was it about your association with Walter

12  Lancaster?

13      A.      Because I didn't take side with management.  He was

14  saying like long as you deal with Walter Lancaster you'll

15  never get a promotion.

16      Q.      And how was it that -- you said you did not take the

17  side of management.  What do you mean?

18      A.      Because they had an argument on the loading dock one

19  day.

20      Q.      Who had an argument?

21      A.      Gerald Simms and Walter Lancaster.

22      Q.      And what happened?

23      A.      Mr. Dudley called me in the office in front of

24  Gerald Simms and asked me did I hear him use profane language

25  toward a supervisor.  I told him I did hear him.  It was

36

1   because of that fact, I guess, they blackballed me, what they

2   call it.  That's why he had -- he told me I'd never get a

3   promotion.

4          Q.    That's why Mr. Simms told you.  And did he tell you

5   how he knew this?

6          A.    Ma'am, they're close.  Management's close.

7          Q.    Um-hum.

8          A.    They all work together.

9          Q.    Did he tell you if Mr. Dudley told him this?

10         A.    No, he didn't say that.  No, he didn't say that.

11         Q.    Okay.  Did you -- was there anything else about your

12  association with Mr. Lancaster that Mr. Simms mentioned?

13         A.    Not Mr. Simms, but -- see, it's so much involved in

14  this -- in these cases from that section.  It's a number of

15  things that go on over and over there, and it's a lot of

16  things not right and people get treated different because of

17  who associate with or what, and that's why I ended up getting

18  all the flack behind that.  I had just come in.  I didn't know

19  what's going on in that section.  I didn't know what was going

20  on in there.  I didn't know nobody.  I was -- to everybody.

21  When I picked Mr. Lancaster as a friend, they just kept me

22  down.  I couldn't do anything.

23         Q.    Did you associate with Mr. Lancaster outside of

24  work?

25         A.    No.

37

1      Q.    And when you say by you picking Mr. Lancaster as a

2  friend, was he a driver?  How did you come to know him?

3      A.    Because he load the truck up.  He a forklift driver.

4      Q.    He's a forklift driver?

5      A.    Yes.  He load the truck up, unload.

6      Q.    Okay.  And that's how you came to know him?

7      A.    Yes.

8      Q.    Okay.  And did you come to act as a witness for him

9  or --

10     A.    In that incident when they called me in the office

11  to ask me did I witness Mr. Lancaster cursing Gerald Simms I

12  told them no.

13     Q.    Did you sign any document to that effect?

14     A.    No.  They just told me -- they asked me.  I told

15  them no, I don't want to get involved with that.

16     Q.    Okay.  Was there any other incidents involving

17  management and Mr. Lancaster that you were involved in?

18     A.    Yes.

19     Q.    When?

20     A.    When they fired me.

21     Q.    That was at the -- in 2003, is that correct?

22     A.    Yeah, yeah.

23     Q.    Okay.  This incident that we're talking about here

24  with respect to you saying that you didn't hear any profane

25  language --

53

1   a complaint he stopped speaking to me.

2        Q.    Do you know when Mr. Dudley made the comment that

3   the section would be better off if the old people left?

4        A.    Right before I got there.

5        Q.    Right before you got there?

6        A.    Yeah.

7        Q.    Okay.  Meaning sometime in what, what year?

8        A.    I think it was in 2000, maybe about 2000.  I'm not

9   sure because I wasn't there when that happened.

10       Q.    Okay.  And then you're also claiming that there were

11  certain retaliatory acts that were taken against you --

12       A.    Yes.

13       Q.    -- and that occurred on December 19th, 2002 with Mr.

14  Dudley.  Would you please explain what that incident was?

15       A.    My shift start at 5:00, 5 to 1:30.  This particular

16  day we all were standing out on the loading dock talking.  At

17  that time I questioned the guy about the time card, to explain

18  to me what the number on the time card mean.  Mr. Walter

19  Lancaster walked me over to the clock and explained to me what

20  the card number represented, our time, so each employee got a

21  number to go by.  Once he did that to me we walked back to the

22  end of the bench.  At that time Mr. Dudley came out of the

23  office in a loud burst in front of all us, Ronnie Woody,

24  Howard Shaid, John Hawkins, Walt Lancaster and myself.  Mr.

25  John Henderson was on the other side of the wall.  I'm not

83

CERTIFICATE

1

2          I, Timothy J. Atkinson, a Shorthand Reporter and a Notary

3   Public, do hereby certify that the foregoing witness,

4   NATHANIEL DANIELS, was duly sworn on the date indicated, and

5   that the foregoing is a true and accurate transcription of my

6   stenographic notes and is a true record of the testimony given

7   by the foregoing witness.

8          I further certify that I am not employed by or related to

9   any party to this action by blood or marriage and that I am in

10  no way interested in the outcome of this matter.

11         In witness whereof, I have hereunto set my hand this

12  16th day of January, 2007.

13

14

15  _____/S/_____

16                    Timothy J. Atkinson,

17                    Notary Public in and for the

18                    District of Columbia

19

20

21

22  My commission expires:

23  February 28, 2011

24

25