UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL DANIELS, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | Civ. Act. No.  05-2455 (GK) |
| ) | |
| ROBERT C. TAPELLA, PUBLIC PRINTER[1] ) | |
| U.S. Government Printing Office, ) | |
| ) | |
| DEFENDANT ) | |

## DEFENDANT'S ERRATA

_____Now comes Defendant and hereby files attached Declaration of Paul Kirby correcting the date in Paragraph 3 of his first declaration, which was attached as Exhibit 5 to Defendant's Motion for Summary Judgment, filed on July 31, 2007.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER

---

[1] The new U.S. Public Printer is Robert C. Tapella.

Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C. 20530
(202) 305-1334