UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATHANIEL DANIELS, )
)
Plaintiff, )
)
v. ) Civil Action No. 05-2455(GK)
)
ROBERT C. TAPELLA, )
PUBLIC PRINTER )
U.S. Government Printing Office, )
)
Defendant. )

## DECLARATION OF PAUL J. KIRBY

I, Paul J. Kirby, hereby declare:

1. After reviewing my Declaration of May 31, 2007, in the above-captioned matter, I noticed an error in Paragraph 3 which I want to correct.

2. Accordingly, the reference to October 2, 2003, which currently appears in Paragraph 3 of my Declaration should instead be changed to October 2, 2002.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/8/07

PAUL J. KIRBY