UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**NATHANIEL DANIELS**,               )
                                    )
    **Plaintiff**,                  )
                                    )
  v.                               )  Civil Action No. 05-2455 (GK)
                                    )
**ROBERT C. TAPELLA**,[1]            )
**Public Printer**,                  )
**U.S. Government Printing**         )
**Office**,                          )
                                    )
    **Defendant**.                  )
_____ )

**ORDER**

    Plaintiff Nathaniel Daniels, an employee of the Government Printing Office ("GPO"), brings this action against Robert C. Tapella in his official capacity as Public Printer. Plaintiff alleges gender discrimination in violation of Title VII of the Civil Right Act of 1964, 42 U.S.C. § 2000e, et seq. (Count I); retaliation (Count II); age discrimination in violation of the Age Discrimination in Employment Act of 1967 ("ADEA") 29 U.S.C. § 621 et seq. (Count III); and intentional infliction of emotional distress resulting from the alleged violations of these statutes (Count IV). This matter is before the Court on Defendant's Motion for Summary Judgment [**Dkt. No. 19**]. Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for

_____

[1] Pursuant to Fed. R. Civ. P. 25(d), Public Printer Robert C. Tapella is automatically substituted as defendant for former Public Printer Bruce James.

the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment is **granted** as to Counts I and II and **denied** as to Counts III and IV; it is further

**ORDERED** that a status conference shall be held on **September 4, 2008 at 10:45 a.m.**

August 18, 2008

/s/
Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**