```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                              )
**NATHANIEL DANIELS,**        )
                              )
    **Plaintiff,**     )
                              )
  v.                          )   **Civil Action No. 05-2455 (GK)**
                              )
**ROBERT C. TAPELLA,**        )
**Public Printer,**           )
**U.S. Government Printing**  )
**Office,**                   )
                              )
                              )
    **Defendant.**     )
_____)

## ORDER

A Status Conference was held in the above-captioned case on September 4, 2008. In light of the representations of counsel and the entire record herein, it is hereby

**ORDERED,** that a Status Conference will be held in this case on **September 22, 2008** at **10:00 a.m.**

September 4, 2008                  /s/_____
                                          Gladys Kessler
                                          United States District Judge

**Copies to: Attorneys of record via ECF**